| | |
|---|---|
| 1 | **SANDRA D. LYNCH, ESQ., P.C.**<br>C&A BUILDING, SUITE 101 |
| 2 | 251 MARTYR STREET<br>HAGÅTÑA, GUAM 96910 |
| 3 | Telephone: (671) 472-6848<br>Fax: (671) 477-5790 |
| 4 | E-Mail: sdl@cbblaw.net |
| 5 | *Attorneys for Michelle D. Ramos,*<br>*Ricardo G. "Gino" Perez, and Nona Perez* |

FILED
DISTRICT COURT OF GUAM
AUG 1 8 2003
MARY L. M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS,<br>RICARDO G. "GINO" PEREZ,<br>and NONA A. PEREZ,<br><br>    Plaintiffs,<br><br>vs.<br><br>LSG Lufthansa Service Holding AG,<br>LSG Lufthansa Service [LSG] Guam, Inc.,<br>LSG Catering Guam, Inc.,<br>LSG Lufthansa Service USA Corporation,<br>LSG Lufthansa Service [LSG] Asia, Ltd.,<br>LSG Lufthansa Service [LSG]Saipan, Inc.,<br>LSG Catering Saipan, Inc.<br>LSG Sky Chefs, Hyung K. Cheung,<br>Fritz Pandalitschka, Kelvin Chan,<br>and DOES 1 through 20,<br><br>    Defendants. | CIVIL CASE NO. 03-00028<br><br><br><br><br><br>**DECLARATION**<br>**OF SERVICE**<br>on<br>**Kelvin Chan** |

I, Lucia Lagos, hereby Declare that I served the following:

1. A copy of the Complaint and
2. The Original Summons to:

        **Kelvin Chan**
At:     LSG offices in Tamuning

On the 29th day of July, 2003. The attached copy of the Summons with my original Return of Service accurately represents my efforts.

*Lucia Lagos*
Lucia Lagos
Special Process Server

8. 8. 03

*Michelle D. Ramos, et al. v. LSG Lufthansa Service Holding AG, et al.*
*Civil Case No. 03-00028*
*Declaration of Service*

-2-

# United States District Court

DISTRICT OF GUAM

Michelle D. Ramos,
Ricardo G. "Gino" Perez,
Nona A. Perez,

V.

LSG Lufthansa Service Holding AG,
LSG Lufthansa Service [LSG] Guam, Inc.,
LSG Catering Guam, Inc., LSG Lufthansa Service
USA Corporation, LSG Lufthansa Service [LSG] Asia, Ltd.,
LSG Lufthansa Service [LSG] Saipan, Inc., LSG Catering
Saipan, Inc., LSG Sky Chefs, Hyung K. Cheung,
Fritz Pandalitschka, Kelvin Chan, and DOES 1 through 20,

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 03-00028

TO: (Name and address of defendant)

Kelvin Chan
LSG Catering Guam, Inc.
P O Box 6172
Tamuning, GU 96931

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Sandra D. Lynch, Esq.
251 Martyr Street
Suite 101
Agana, Guam 96910

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

DATE: JUL 29 2003

AO 440 (Rev. 10/93) Summons In a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 7.29.03 |
| NAME OF SERVER (PRINT) LUCIA J. LAGOS | TITLE Special Process Server |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 166 Guerrero St., Harmon Industrial, LSG

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL Vehicle | SERVICES Serve Summons | TOTAL 35— |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7.29.03
Date

Lucia Lagos #0088-03
Signature of Server
192 W. San Antonio
Dededo, Guam 96929
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.