SANDRA D. LYNCH, ESQ., P.C.
C&A BUILDING, SUITE 101
251 MARTYR STREET
HAGÅTÑA, GUAM 96910
Telephone: (671) 472-6848
Fax: (671) 477-5790
E-Mail: sdl@cbblaw.net

*Attorneys for Michelle D. Ramos,
Ricardo G. "Gino" Perez, and Nona Perez*

FILED
DISTRICT COURT OF GUAM
AUG 20 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ, and NONA A. PEREZ, <br><br> Plaintiffs, <br><br> vs. <br><br> LSG Lufthansa Service Holding AG, LSG Lufthansa Service [LSG] Guam, Inc., LSG Catering Guam, Inc., LSG Lufthansa Service USA Corporation, LSG Lufthansa Service [LSG] Asia, Ltd., LSG Lufthansa Service [LSG]Saipan, Inc., LSG Catering Saipan, Inc. LSG Sky Chefs, Hyung K. Cheung, Fritz Pandalitschka, Kelvin Chan, and DOES 1 through 20, <br><br> Defendants. | CIVIL CASE NO. 03-00028 <br><br><br> **DECLARATION OF SERVICE** <br> on <br> **LSG Sky Chefs** |

I, Lucia Lagos, hereby Declare that I served the following:

1. A copy of the Complaint and
2. The Original Summons to:

        Fritz Pandalitschka, as agent for **LSG Sky Chefs**
At:     LSG offices in Tamuning

1     On the 29th day of July, 2003. The attached copy of the Summons with my original Return of Service accurately represents my efforts.

2

3

                                                    Lucia Lagos

4                                                     Special Process Server

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27 *Michelle D. Ramos, et al. v. LSG Lufthansa Service Holding AG, et al.*
*Civil Case No. 03-00028*
*Declaration of Service*

28                                                             -2-

AO 440 (Rev. 10/93) Summons in Civil Action

# United States District Court

DISTRICT OF GUAM

Michelle D. Ramos,
Ricardo G. "Gino" Perez,
Nona A. Perez,

V.

LSG Lufthansa Service Holding AG,
LSG Lufthansa Service [LSG] Guam, Inc.,
LSG Catering Guam, Inc., LSG Lufthansa Service
USA Corporation, LSG Lufthansa Service [LSG] Asia, Ltd.,
LSG Lufthansa Service [LSG] Saipan, Inc., LSG Catering
Saipan, Inc., LSG Sky Chefs, Hyung K. Cheung,
Fritz Pandalitschka, Kelvin Chan, and DOES 1 through 20,

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 03-00028

TO: (Name and address of defendant)

LSG Sky Chefs
P O Box 6172
Tamuning, GU 96931

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Sandra D. Lynch, Esq.
251 Martyr Street
Suite 101
Agana, Guam 96910

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK  Mary L. M. Moran

(BY) DEPUTY CLERK

DATE  JUL 29 2003

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 7.29.03 |
| NAME OF SERVER (PRINT) Lucia J. Lagos | TITLE Special Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Agent - Fritz Pandalitschka

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL Vehicle | SERVICES Serve Summons | TOTAL — |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7.29.03
             Date

Lucia Lagos #0088-03
Signature of Server
192 W. San Antonio
Dededo Guam 96929
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

———————— DISTRICT OF ————————
GUAM

Michelle D. Ramos,
Ricardo G. "Gino" Perez,
Nona A. Perez,

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 03-00028

LSG Lufthansa Service Holding AG,
LSG Lufthansa Service [LSG] Guam, Inc.,
LSG Catering Guam, Inc., LSG Lufthansa Service
USA Corporation, LSG Lufthansa Service [LSG] Asia, Ltd.,
LSG Lufthansa Service [LSG] Saipan, Inc., LSG Catering
Saipan, Inc., LSG Sky Chefs, Hyung K. Cheung,
Fritz Pandalitschka, Kelvin Chan, and DOES 1 through 20,

TO: (Name and address of defendant)

LSG Sky Chefs
P O Box 6172
Tamuning, GU 96931

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Sandra D. Lynch, Esq.
251 Martyr Street
Suite 101
Agana, Guam 96910

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Mary L. M. Moran_
CLERK

JUL 29 2003
DATE

_[signature]_
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 7.29.03 |
| NAME OF SERVER (PRINT) Lucia J. Lagos | TITLE Special Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Agent - Fritz Pandalitschka

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL vehicle | SERVICES Serve Summons | TOTAL — |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7.29.03
Date

Lucia Lagos #0088-03
Signature of Server
192 W. San Antonio
Dededo Guam 96929
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

DISTRICT OF GUAM

Michelle D. Ramos,
Ricardo G. "Gino" Perez,
Nona A. Perez,

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 03-00028

LSG Lufthansa Service Holding AG,
LSG Lufthansa Service [LSG] Guam, Inc.,
LSG Catering Guam, Inc., LSG Lufthansa Service
USA Corporation, LSG Lufthansa Service [LSG] Asia, Ltd.,
LSG Lufthansa Service [LSG] Saipan, Inc., LSG Catering
Saipan, Inc., LSG Sky Chefs, Hyung K. Cheung,
Fritz Pandalitschka, Kelvin Chan, and DOES 1 through 20,

TO: (Name and address of defendant)

LSG Sky Chefs
P O Box 6172
Tamuning, GU 96931

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Sandra D. Lynch, Esq.
251 Martyr Street
Suite 101
Agana, Guam 96910

an answer to the complaint which is herewith served upon you, within _20_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK  Mary L. M. Moran

DATE  JUL 29 2003

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 7.29.03 |
| NAME OF SERVER (PRINT) Lucia J. Lagos | TITLE Special Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Agent - Fritz Pandalitschka

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL Vehicle | SERVICES Serve Summons | TOTAL — |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7.29.03
Date

Lucia Lagos #0088-03
Signature of Server
192 W. San Antonio
Dededo Guam 96929
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.