TORRES LIMTIACO CRUZ & SISON, PLLC
173 Aspinall Ave., Suite 206A
Hagåtña, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-477-0001
Email: mail@torreslaw.com

Attorneys for Defendants

FILED
DISTRICT COURT OF GUAM
OCT 01 2003
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ and NONA A. PEREZ, <br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE HOLDING AG; LSG LUFTHANSA SERVICE (LSG) GUAM, INC.; LSG CATERING GUAM, INC.; LSG LUFTHANSA SERVICE USA CORPORATION; LSG LUFTHANSA SERVICE (LSG) ASIA, LTD.; LSG LUFTHANSA SERVICE (LSG) SAIPAN, INC.; LSG CATERING SAIPAN, INC.; LSG SKY CHEFS; HYUNG K. CHEUNG; FRITZ PANDALITSCHKA; KELVIN CHAN; and DOES 1 through 20,<br><br>Defendants. | Civil Case No. 03-00028<br><br><br><br><br><br>**AGREEMENT OF HEARING DATE** |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1.    I, Robert J. Torres, Esq., am one of the attorneys for the Defendants in this matter. I contacted the attorney for the opposing party in this action to agree upon a date for oral arguments of our Motion to Dismiss pursuant to Fed. R. 12(b)(1), (2) and (6).

2.    The attorney for the opposing party is Sandra Lynch.

ORIGINAL

| | |
|---|---|
| 1 | 3. We agreed upon the following date: October 31, 2003 at the hour of 10:30 a.m. |
| 2 | 4. I called the Deputy Clerk of Court to ensure that the Court is available on the above date. |

Dated: 10-1-03

Respectfully submitted.

TORRES LIMTIACO CRUZ & SISON, PLLC

By: _____
ROBERT J. TORRES, JR.,
a duly licensed employee.

U:\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\Pleadings\Motion to dismiss\Agreement of Hearing Date (9.30.03) tab.doc