**TORRES LIMTIACO CRUZ & SISON, PLLC**
173 Aspinall Ave., Suite 206A
Hagåtña, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-477-0001
Email: mail@torreslaw.com

**Attorneys for Defendants**

FILED
DISTRICT COURT OF GUAM
OCT 02 2003
MARY L. M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ and NONA A. PEREZ, <br><br> Plaintiffs, <br><br> vs. <br><br> LSG LUFTHANSA SERVICE HOLDING AG; LSG LUFTHANSA SERVICE (LSG) GUAM, INC.; LSG CATERING GUAM, INC.; LSG LUFTHANSA SERVICE USA CORPORATION; LSG LUFTHANSA SERVICE (LSG) ASIA, LTD.; LSG LUFTHANSA SERVICE (LSG) SAIPAN, INC.; LSG CATERING SAIPAN, INC.; LSG SKY CHEFS; HYUNG K. CHEUNG; FRITZ PANDALITSCHKA; KELVIN CHAN; and DOES 1 through 20, <br><br> Defendants. | Civil Case No. 03-00028 <br><br><br><br><br><br><br><br> **MOTION FOR LEAVE OF COURT TO FILE FACSIMILES OF DECLARATIONS** |

COMES NOW, Donna M. Cruz, Esq., of the Law Offices of Torres Limtiaco Cruz & Sison, PLLC, Counsel for Defendants LSG Lufthsansa Service Holding, AG, LSG Lufthansa Service USA, LSG Lufthansa Service Asia, Inc., LSG Lufthansa Service Saipan, Inc., LSG Catering Saipan, Inc., Hing K. Cheung; Friedrich Pandalitschka, and Kelvin Chan (collectively the "Defendants") and hereby submits this Motion for Leave of Court to File Facsimiles of the following Declarations:

1

1. Declaration of Hing Kai Cheung, Executive Vice President for LSG Lufthansa Service Asia, Inc.;

2. Declaration of Dr. Klaus Engelen, Global Senior Vice President, Legal, Corporate Affairs/Subsidiaries for LSG Lufthansa Service Holding, AG;

3. Declaration of Charles Miller, Assistant Secretary for Sky Chefs, Inc. d/b/a LSG Sky Chefs K., a Delaware Company;

4. Declaration of David Wainman, Vice President for LSG Lufthansa Catering Saipan, Inc.;

5. Declaration of David Wainman, Vice President for LSG Lufthansa Service Saipan, Inc.; and

6. Declaration of Hing Kai Cheung.

This motion is supported by the Memorandum of Points and Authorities filed contemporaneously herewith, all pleadings and documents on file herein and upon such further evidence and legal argument as may be presented at a hearing on this matter.

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to District Court of Guam General Rule 5.1, Defendants hereby move this Court to accept as the original for filing the facsimile declarations described above pending receipt and filing of the originally executed declarations with the original signatures. Counsel for Defendants brings this motion on the basis that such facsimile filing is necessary to ensure the timely filing of the declarations

///

///

1  which are being attached to the Defendants' Motion to Dismiss. Counsel for Defendants brings this
2  motion on the basis that such facsimile filing is necessary to ensure the timely filing of the motion to
3  which the facsimile are attached hereto.

TORRES LIMTIACO CRUZ & SISON, PLLC
Attorneys for Defendants

By: _____
DONNA M. CRUZ

U:\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\Pleadings\Motion to dismiss\Motion for Facsimile Filing 2.DOC