TORRES LIMTIACO CRUZ & SISON, PLLC
173 Aspinall Ave., Suite 206A
Hagåtña, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-477-0001
Email: mail@torreslaw.com

SIDLEY AUSTIN BROWN & WOOD
MAX C. FISCHER
555 West Fifth Street 40th Floor
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Defendants

**FILED**
DISTRICT COURT OF GUAM
OCT 02 2003
MARY L. M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.,<br><br>Defendants. | CIVIL CASE NO. 03-00028<br><br>**PETITION OF PETER I. OSTROFF FOR ADMISSION *PRO HAC VICE*; CONSENT OF CO-COUNSEL** |

COMES NOW Peter I. Ostroff (hereinafter "Petitioner") of the law firm of Sidley Austin Brown & Wood, and hereby files this Petition for Admission *Pro Hac Vice* pursuant to General Rule ("GR") 17.1 of the Local Rules of Practice for the District Court of Guam (effective April 15, 1997; amended July 12, 2000) and states the following under penalty of perjury:

1

District Court of Guam Civil Case No. 03-00028
Petition of Peter I. Ostroff for Admission *Pro Hac Vice*; Consent of Co-Counsel

1. Petitioner is a member in good standing with the Bar of the State of California and the Bar of the State of Illinois, and eligible to practice before the highest courts of the State of California and the State of Illinois.

2. Petitioner is of good moral character and has never been suspended or disbarred by any court.

3. Petitioner's office address is: Sidley Austin Brown & Wood, 555 West Fifth Street, Los Angeles, California 90013; Telephone: (213) 896-6612.

4. Petitioner was admitted to the State Bar of California in 1970 and the State Bar of Illinois in 1967.

5. Petitioner has not concurrently or within the year preceding this current application made any *pro hac vice* applications to this Court.

6. Petitioner does not permanently reside in Guam and shall be in Guam on a temporary basis during the pendency of the above-entitled action.

7. Petitioner's law firm has been retained by defendant LSG Lufthansa Service Guam, Inc., to represent and assist said defendant in the above-entitled action.

8. Petitioner has designated the Law Offices of Torres Limtiaco Cruz & Sison, A Professional Limited Liability Company, whose attorneys are active members in good standing of the Bar of this Court, are duly licensed and authorized to practice law before all of the courts of Guam, and who reside in and have an office in Guam, to serve as co-counsel for defendant in the above-entitled action, and does hereby designate the Law Offices of Torres Limtiaco Cruz & Sison, A Professional Limited Liability Company, whose address is 173 Aspinall Avenue, Suite 206A, Hagåtña, Guam 96910,

1  District Court of Guam Civil Case No. 03-00028
   Petition of Peter I. Ostroff for Admission *Pro Hac Vice*; Consent of Co-Counsel

2

3  and telephone number is (671) 477-0000, as co-counsel in this action with whom the

4  Court and opposing counsel may readily communicate regarding the conduct of the case

5

6  and upon whom papers shall be served.

7     9.   Subscribed below is the written consent of co-counsel to this Petitioner in

8  all respects.

9  DATED this __18__ day of August, 2003.

10

11                  SIDLEY AUSTIN BROWN & WOOD

12

13         By: _____
                PETER I. OSTROFF

14               Petitioner

15

## CONSENT OF CO-COUNSEL

16

17  The Law Offices of Torres Limtiaco Cruz & Sison, A Professional Limited

18  Liability Company, hereby states that it is co-counsel for defendant LSG Lufthansa

19  Service Guam, Inc., with the aforementioned Petitioner for admission *pro hac vice* in this

20  action, and consents to the same in all respects and agrees to act in all respects as therein

21  referred to and under the local rules of this Court.

22  DATED this __1st__ day of ~~August~~ OCTOBER, 2003.

23

24                  TORRES LIMTIACO CRUZ & SISON
                   A Professional Limited Liability Company

25

26         By: _____
               ROBERT J. TORRES, JR.

27               Counsel for Defendant LSG Lufthansa
                Service Guam, Inc.

28