TORRES LIMTIACO CRUZ & SISON, PLLC
173 Aspinall Ave., Suite 206A
Hagåtña, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-477-0001
Email: mail@torreslaw.com

SIDLEY AUSTIN BROWN & WOOD
PETER I. OSTROFF
555 West Fifth Street 40th Floor
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Defendants

FILED
DISTRICT COURT OF GUAM
OCT 02 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, et al. )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>LSG LUFTHANSA SERVICE )<br>GUAM, INC. et al., )<br>)<br>Defendants. )<br>_____) | CIVIL CASE NO. 03-00028<br><br><br>PETITION OF PETER I.<br>OSTROFF FOR ADMISSION<br>*PRO HAC VICE*;<br>MEMORANDUM OF POINTS<br>AND AUTHORITIES IN<br>SUPPORT THEREOF |

Defendant LSG Lufthansa Service Guam, Inc., hereby petitions this Court for an order permitting the admission *pro hac vice* of Peter I. Ostroff, whose petition is filed concurrently herewith, in association with the Law Offices of Torres Limtiaco Cruz & Sison, A Professional Limited Liability Company, currently counsel of record for LSG Lufthansa Service Guam, Inc., in the above-entitled action.

1

This petition is made pursuant to General Rule ("GR") 17.1 of the Local Rules of Practice for the District Court of Guam (effective April 15, 1997; amended July 12, 2000), the memorandum of points and authorities filed herewith, the accompanying petition of Peter I. Ostroff, the written consent of co-counsel, and all pleadings and papers filed herein.

## MEMORANDUM OF POINTS AND AUTHORITIES

General Rule ("GR") 17.1 of the Local Rules of Practice for the District Court of Guam (effective April 15, 1997; amended July 12, 2000) provides as follows:

. . . .

(d) <u>Pro Hac Vice</u>. An attorney who is not eligible for admission under paragraph (b) hereof, but who is a member in good standing of, and eligible to practice before, the bar of any United States Court or of the highest court of any State or of any Territory or Insular Possession of the United States, who is of good moral character, and who has been retained to appear in this Court, may, upon written application and in the discretion of the Court, be permitted to appear and participate in a particular case.

. . . .

Pursuant to GR 17.1, this Court is authorized to admit Peter I. Ostroff as counsel *pro hac vice* in the above-entitled action.

As set forth in the accompanying petition, Peter I. Ostroff is an attorney with Sidley Austin Brown & Wood, which has been retained by defendant LSG Lufthansa Service Guam, Inc., to represent them in the above-entitled action. Attorney Ostroff is a member in good standing of the Bar of the State of California and the Bar of the State of Illinois, and eligible to practice before the highest courts of the State of California and the State of Illinois.

The Law Offices of Torres Limtiaco Cruz & Sison, A Professional Limited Liability Company, has been designated by Attorney Ostroff as co-counsel in the above-entitled action. The attorneys of the Law Offices of Torres Limtiaco Cruz & Sison, A Professional Limited Liability Company, are active members of the Bar of this Court and are authorized to practice law before all of the courts of Guam. The Law Offices of Torres Limtiaco Cruz & Sison, A Professional Limited Liability Company, has consented to accept communications from the Court and opposing counsel regarding the conduct of this case, and service of any papers filed in this action.

DATED this 1ST day of October, 2003.

        TORRES LIMTIACO CRUZ & SISON
        A Professional Limited Liability Company

By: _____
ROBERT J. TORRES, JR.
Counsel for Defendant LSG Lufthansa Service Guam, Inc.

U:\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\Pleadings\Prohacvice(Orloff)petition.rev.doc

3