TORRES LIMTIACO CRUZ & SISON, PLLC
173 Aspinall Ave., Suite 206A
Hagåtña, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-477-0001
Email: mail@torreslaw.com

SIDLEY AUSTIN BROWN & WOOD
MAX C. FISCHER
555 West Fifth Street 40th Floor
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Defendants

FILED
DISTRICT COURT OF GUAM
OCT 02 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, et al.<br><br>Plaintiff,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.,<br><br>Defendants. | CIVIL CASE NO. 03-00028<br><br>**PETITION OF MAX C. FISCHER FOR ADMISSION** *PRO HAC VICE*; **CONSENT OF CO-COUNSEL** |

COMES NOW Max C. Fischer (hereinafter "Petitioner") of the law firm of Sidley Austin Brown & Wood, and hereby files this Petition for Admission *Pro Hac Vice* pursuant to General Rule ("GR") 17.1 of the Local Rules of Practice for the District Court of Guam (effective April 15, 1997; amended July 12, 2000) and states the following under penalty of perjury:

1

1. Petitioner is a member in good standing with the Bar of the State of California and with the Bar of the State of Illinois, and eligible to practice before the highest courts of the State of California and the State of Illinois.

2. Petitioner is of good moral character and has never been suspended or disbarred by any court.

3. Petitioner's office address is: Sidley Austin Brown & Wood, 555 West Fifth Street, Los Angeles, California 90013; Telephone: (213) 896-6612.

4. Petitioner was admitted to State of Illinois in 1995, N.D. Illinois in 1995, Seventh Circuit in 1999, the Second Circuit in 2000, and admitted to State of California in July, 2003, and the Central District of California in July, 2003.

5. Petitioner has not concurrently or within the year preceding this current application made any *pro hac vice* applications to this Court.

6. Petitioner does not permanently reside in Guam and shall be in Guam on a temporary basis during the pendency of the above-entitled action.

7. Petitioner's law firm has been retained by defendant LSG Lufthansa Service Guam, Inc., to represent and assist said defendant in the above-entitled action.

8. Petitioner has designated the Law Offices of Torres Limtiaco Cruz & Sison, A Professional Limited Liability Company, whose attorneys are active members in good standing of the Bar of this Court, are duly licensed and authorized to practice law before all of the courts of Guam, and who reside in and have an office in Guam, to serve as co-counsel for defendant in the above-entitled action, and does hereby designate the Law Offices of Torres Limtiaco Cruz & Sison, A Professional Limited Liability Company, whose address is 173 Aspinall Avenue, Suite 206A, Hagåtña, Guam 96910,

District Court of Guam Civil Case No. 03-00028
Petition of Max C. Fischer for Admission *Pro Hac Vice*; Consent of Co-Counsel

and telephone number is (671) 477-0000, as co-counsel in this action with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served.

9. Subscribed below is the written consent of co-counsel to this Petitioner in all respects.

DATED this 15th day of September, 2003.

SIDLEY AUSTIN BROWN & WOOD

By: _____
MAX C. FISCHER
Petitioner

CONSENT OF CO-COUNSEL

The Law Offices of Torres Limtiaco Cruz & Sison, A Professional Limited Liability Company, hereby states that it is co-counsel for defendant LSG Lufthansa Service Guam, Inc., with the aforementioned Petitioner for admission *pro hac vice* in this action, and consents to the same in all respects and agrees to act in all respects as therein referred to and under the local rules of this Court.

DATED this 1st day of October, 2003.

TORRES LIMTIACO CRUZ & SISON
A Professional Limited Liability Company

By: _____
ROBERT J. TORRES, JR.
Counsel for Defendant LSG Lufthansa
Service Guam, Inc.

C:\TempInet\Temporary Internet Files\OLK6\ProHacVice(Fischer)consent.counsel.doc