TORRES LIMTIACO CRUZ & SISON, PLLC
173 Aspinall Ave., Suite 206A
Hagåtña, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-477-0001
Email: mail@torreslaw.com

Attorneys for Defendants

**FILED**
DISTRICT COURT OF GUAM
OCT 03 2003
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ and NONA A. PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE HOLDING AG; LSG LUFTHANSA SERVICE (LSG) GUAM, INC.; LSG CATERING GUAM, INC.; LSG LUFTHANSA SERVICE USA CORPORATION; LSG LUFTHANSA SERVICE (LSG) ASIA, LTD.; LSG LUFTHANSA SERVICE (LSG) SAIPAN, INC.; LSG CATERING SAIPAN, INC.; LSG SKY CHEFS; HYUNG K. CHEUNG; FRITZ PANDALITSCHKA; KELVIN CHAN; and DOES 1 through 20,<br><br>Defendants. | Civil Case No. 03-00028<br><br>**ADDENDUM TO EXHIBIT 3 OF DEFENDANTS NOTICE OF MOTION; MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1), (2) AND (6) FOR LACK OF PERSONAL JURISDICTION, FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, AND LACK OF SUBJECT MATTER JURISDICTION; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |

Attached hereto is the facsimile signature of Declarant Charles Miller to replace the Declaration attached as Exhibit 3 to the above-mentioned Motion to Dismiss. This declaration is subject to filing upon approval by this Court.

ORIGINAL

DATED: 10/3/03 .

TORRES LIMTIACO CRUZ & SISON, PLLC,

By: _____
DONNA M. CRUZ,
a duly licensed employee.

U:\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\Pleadings\Motion to dismiss\Ramos - Addendum to Revised Motion to Dismiss (2)2.DOC

TORRES LIMTIACO CRUZ & SISON, PLLC
173 Aspinall Ave., Suite 206A
Hagåtña, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-477-0001
Email: mail@torreslaw.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ and NONA A. PEREZ, <br><br> Plaintiffs, <br><br> vs. <br><br> LSG LUFTHANSA SERVICE HOLDING AG; LSG LUFTHANSA SERVICE (LSG) GUAM, INC.; LSG CATERING GUAM, INC.; LSG LUFTHANSA SERVICE USA CORPORATION; LSG LUFTHANSA SERVICE (LSG) ASIA, LTD.; LSG LUFTHANSA SERVICE (LSG) SAIPAN, INC.; LSG CATERING SAIPAN, INC.; LSG SKY CHEFS; HYUNG K. CHEUNG; FRITZ PANDALITSCHKA; KELVIN CHAN; and DOES 1 through 20, <br><br> Defendants. | Civil Case No. 03-00028 <br><br><br><br><br><br> **DECLARATION OF CHARLES MILLER ASSISTANT SECRETARY FOR SKY CHEFS, INC. PURSUANT TO 28 U.S.C. § 1746** |

I, Charles Miller, swear under penalty of perjury of the laws of the United States of America, that the foregoing is true and correct to the best of my personal knowledge, information, and belief.

1. I am Assistant Secretary for Sky Chefs, Inc. d/b/a LSG Sky Chefs K., a Delaware Company. ("LSG Sky Chefs"). In my capacity as Assistant Secretary for LSG Sky Chefs, I am familiar with the

1

1  structure of LSG Lufthansa Service USA ("LSG Service USA"), the makeup and organization of its
2  management team, and the nature and scope of its business activities.

4  2. LSG Service USA's principal place of business is in Wilmington, Delaware, and it is not
5  licensed to do business in Guam.

7  3. LSG Service USA does not provide any service directly to the public in Guam.

9  4. LSG Service USA does not have any bank accounts in Guam. Nor does it own or rent any
10  buildings, vehicles, or other assets in Guam. LSG Service USA is not required to and does not pay
11  any taxes in Guam.

13  5. LSG Service USA does not have any employees in Guam, nor does it have an appointed
14  agent to receive service of process.

16  6. I swear that the foregoing is true and correct to the best of my personal knowledge,
17  information and belief.

Dated: October 2, 2003

*Charles Miller* (signature)

Charles Miller

U:\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\Pleadings\Motion to dismiss\Ramos - LSG Sky Chefs declaration 3.DOC

2