TORRES LIMTIACO CRUZ & SISON, PLLC
173 Aspinall Ave., Suite 206A
Hagåtña, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-477-0001
Email: mail@torreslaw.com

Attorneys for Defendants

FILED
DISTRICT COURT OF GUAM
OCT 06 2003
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ and NONA A. PEREZ, <br><br>Plaintiffs, <br><br>vs. <br><br>LSG LUFTHANSA SERVICE HOLDING AG; LSG LUFTHANSA SERVICE (LSG) GUAM, INC.; LSG CATERING GUAM, INC.; LSG LUFTHANSA SERVICE USA CORPORATION; LSG LUFTHANSA SERVICE (LSG) ASIA, LTD.; LSG LUFTHANSA SERVICE (LSG) SAIPAN, INC.; LSG CATERING SAIPAN, INC.; LSG SKY CHEFS; HYUNG K. CHEUNG; FRITZ PANDALITSCHKA; KELVIN CHAN; and DOES 1 through 20, <br><br>Defendants. | Civil Case No. 03-00028 <br><br><br><br><br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that a true and correct copy of The ADDENDUM TO EXHIBIT 3 OF DEFENDANTS NOTICE OF MOTION; MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1), (2), and (6) FOR LACK OF PERSONAL JURISDICITON, FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE

1

ORIGINAL

GRANTED, AND LACK OF SUBJECT MATTER JURISDICTION; AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THERE OF was served as follows:

by Hand Delivery on October 3, 2003:

Law Offices of Sandra D. Lynch
Suite 101, C&A Professional Bldg.
251 Martyr Street
Hagatna, Guam 96910

Dated this ___3rd___ day of October, 2003.

_____
Christine A. Chargualaf

2

Case 1:03-cv-00028    Document 22    Filed 10/06/2003    Page 2 of 2