<mark>FILED</mark>
DISTRICT COURT OF GUAM
OCT 1 4 2003
MARY L. M. MORAN
CLERK OF COURT



# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ, and NONA A. PEREZ,

    Plaintiffs,

vs.

LSG LUFTHANSA SERVICE HOLDING AG, et al.,

    Defendants.

Civil Case No. 03-00028

**ORDER**

The Court is in receipt of Defendants' Motion for Leave of Court to File Facsimiles of Declarations, filed on October 2, 2003. General Rule 5.1(a) states: "No facsimile filings shall be accepted as the original for filing unless the party seeking to file by facsimile has secured the permission of the Court to file by facsimile by motion to the Court."

In this case, Defendants wish to file with the Court the facsimile reproductions of the following declarations: (1) Declaration of Hing Kai Cheung, Executive Vice President for LSG Lufthansa Service Asia, Inc., (2) Declaration of Dr. Klaus Engelen, Global Senior Vice President, Legal, Corporate Affairs/Subsidiaries for LSG Lufthansa Service Holding, AG, (3) Declaration of Charles Miller, Assistant Secretary for Sky Chefs, Inc. d/b/a LSG Sky Chefs K., a Delaware Company, (4) Declaration of David Wainman, Vice President for LSG Lufthansa Catering Saipan, Inc., (5) Declaration of David Wainman, Vice President for LSG Lufthansa

Service Saipan, Inc., and (6) Declaration of Hing Kai Cheung. Defendants assert that the filing of these facsimile reproductions is necessary to ensure the timely filing of the declarations which are being attached to Defendants' Motion to Dismiss. The Court finds Defendants' request reasonable. Therefore, the Court grants Defendants' motion to file with the Court the facsimile reproductions of these declarations. However, upon receipt of the originally executed declarations, Defendants must immediately file such originals with the Court.

SO ORDERED this 14th day of October, 2003.

JOHN S. UNPINGO
District Judge