TORRES LIMTIACO CRUZ & SISON, PLLC
173 Aspinall Ave., Suite 206A
Hagåtña, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-477-0001
Email: mail@torreslaw.com

SIDLEY AUSTIN BROWN & WOOD
PETER I. OSTROFF
555 West Fifth Street 40th Floor
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Defendants

FILED
DISTRICT COURT OF GUAM
OCT 15 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, et al._<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.<br><br>Defendant. | CIVIL CASE NO. 03-00028<br><br>[PROPOSED] ORDER GRANTING PETITION OF PETER I. OSTROFF FOR ADMISSION *PRO HAC VICE* |

The petition of Peter I. Ostroff for admission *pro hac* vice having come before this Court on October 2, 2003, and good cause appearing therefor,

//

//

1

District Court of Guam Civil Case No. CV03-0028
[Proposed] Order Granting Petition of Peter I. Ostroff for Admission *Pro Hac Vice*

IT IS HEREBY ORDERED that Peter I. Ostroff be and is hereby admitted to appear in the above-entitled action as counsel *pro hac vice*, on behalf of defendant LSG Lufthansa Service Guam, Inc.

DATED: OCT 1 5 2003

HONORABLE JOHN S. UNPINGCO
CHIEF JUDGE, DISTRICT COURT OF GUAM.

U:\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\Pleadings\ProHacVice(Orloff)proposed.order.my.doc

RECEIVED
OCT 02 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM

2