TORRES LIMTIACO CRUZ & SISON, PLLC
173 Aspinall Ave., Suite 206A
Hagåtña, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-477-0001
Email: mail@torreslaw.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ and NONA A. PEREZ,

Plaintiffs,

vs.

LSG LUFTHANSA SERVICE HOLDING AG; LSG LUFTHANSA SERVICE (LSG) GUAM, INC.; LSG CATERING GUAM, INC.; LSG LUFTHANSA SERVICE USA CORPORATION; LSG LUFTHANSA SERVICE (LSG) ASIA, LTD.; LSG LUFTHANSA SERVICE (LSG) SAIPAN, INC.; LSG CATERING SAIPAN, INC.; LSG SKY CHEFS; HYUNG K. CHEUNG; FRITZ PANDALITSCHKA; KELVIN CHAN; and DOES 1 through 20,

Defendants.

Civil Case No. 03-00028

DECLARATION OF
TERESA A. BORJA
PURSUANT TO 28 U.S.C. § 1746

I, Teresa A. Borja, swear under penalty of perjury of the laws of the United States of America, that the foregoing is true and correct to the best of my personal knowledge, information, and belief.

Michelle D. Ramos, et al. v. LSG Lufthansa Service Holding AG, et al.
District Court of Guam Civil Case No. 03-00028
Declaration of Teresa A. Borja Pursuant to 28 U.S.C. §1746

1. I am employed as a paralegal with the Law Offices of Torres Limtiaco Cruz & Sison, PLLC.

2. Our office represents Defendants LSG Lufthansa Service Guam, Inc., LSG Catering Guam, Inc., LSG Lufthsansa Service Holding, AG, LSG Lufthansa Service USA, LSG Lufthansa Service Asia, Ltd., LSG Lufthansa Service Saipan, Inc., LSG Catering Saipan, Inc., Hing K. Cheung, Friedrich Pandalitschka, and Kelvin Chan.

3. Our office received, via federal express, the following declarations with original signatures affixed thereto: 1) Declaration of Hing Kai Cheung Executive Vice President for LSG Lufthansa Service Asia, Inc., 2) Declaration of Klaus Engelen, Global Senior Vice President, Legal, Corporate Affairs, Subsidiaries, for LSG Lufthansa Service Holding, AG, 3) Charles Miller, Assistant Secretary for Sky Chefs, Inc., 4) Declaration of David Wainman, Vice President for Lufthansa Catering Saipan, Inc., 5) Declaration of David Wainman, Vice President for LSG Lufthansa Service Saipan, Inc., and 6) Declaration of Hing Kai Cheung.

4. These declarations are being presented to the Court for filing pursuant to its October 14, 2003 Order to ensure the timely filing of these declarations which are being attached to Defendant's Motion to Dismiss.

Further Declarant sayeth naught.

DATED: October 15, 2003.

_____
Teresa A. Borja

U:\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\Pleadings\Motion to dismiss\Declaration re original signatures (facsimile signatures) tab 10.15.03.DOC

2