TORRES LIMTIACO CRUZ & SISON, PLLC
173 Aspinall Ave., Suite 206A
Hagåtña, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-477-0001
Email: mail@torreslaw.com

Attorneys for Defendants

FILED
DISTRICT COURT OF GUAM
OCT 16 2003
MARY L. M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ and NONA A. PEREZ, <br><br> Plaintiffs, <br><br> vs. <br><br> LSG LUFTHANSA SERVICE HOLDING AG; LSG LUFTHANSA SERVICE (LSG) GUAM, INC.; LSG CATERING GUAM, INC.; LSG LUFTHANSA SERVICE USA CORPORATION; LSG LUFTHANSA SERVICE (LSG) ASIA, LTD.; LSG LUFTHANSA SERVICE (LSG) SAIPAN, INC.; LSG CATERING SAIPAN, INC.; LSG SKY CHEFS; HYUNG K. CHEUNG; FRITZ PANDALITSCHKA; KELVIN CHAN; and DOES 1 through 20, <br><br> Defendants. | Civil Case No. 03-00028 <br><br><br><br><br><br><br><br> **DECLARATION OF CHARLES MILLER ASSISTANT SECRETARY FOR SKY CHEFS, INC. PURSUANT TO 28 U.S.C. § 1746** |

I, Charles Miller, swear under penalty of perjury of the laws of the United States of America, that the foregoing is true and correct to the best of my personal knowledge, information, and belief.

1. I am Assistant Secretary for Sky Chefs, Inc. d/b/a LSG Sky Chefs K., a Delaware Company. ("LSG Sky Chefs"). In my capacity as Assistant Secretary for LSG Sky Chefs, I am familiar with the

structure of LSG Lufthansa Service USA ("LSG Service USA"), the makeup and organization of its management team, and the nature and scope of its business activities.

2. LSG Service USA's principal place of business is in Wilmington, Delaware, and it is not licensed to do business in Guam.

3. LSG Service USA does not provide any service directly to the public in Guam.

4. LSG Service USA does not have any bank accounts in Guam. Nor does it own or rent any buildings, vehicles, or other assets in Guam. LSG Service USA is not required to and does not pay any taxes in Guam.

5. LSG Service USA does not have any employees in Guam, nor does it have an appointed agent to receive service of process.

6. I swear that the foregoing is true and correct to the best of my personal knowledge, information and belief.

Dated: October 2, 2003

_____
Charles Miller

U:\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\Pleadings\Motion to dismiss\Ramos - LSG Sky Chefs declaration 3.DOC

2