**TORRES LIMTIACO CRUZ & SISON, PLLC**
173 Aspinall Ave., Suite 206A
Hagåtña, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-477-0001
Email: mail@torreslaw.com

Attorneys for Defendants

FILED
DISTRICT COURT OF GUAM
OCT 16 2003
MARY L. M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ and NONA A. PEREZ, <br><br> Plaintiffs, <br><br> vs. <br><br> LSG LUFTHANSA SERVICE HOLDING AG; LSG LUFTHANSA SERVICE (LSG) GUAM, INC.; LSG CATERING GUAM, INC.; LSG LUFTHANSA SERVICE USA CORPORATION; LSG LUFTHANSA SERVICE (LSG) ASIA, LTD.; LSG LUFTHANSA SERVICE (LSG) SAIPAN, INC.; LSG CATERING SAIPAN, INC.; LSG SKY CHEFS; HYUNG K. CHEUNG; FRITZ PANDALITSCHKA; KELVIN CHAN; and DOES 1 through 20, <br><br> Defendants. | Civil Case No. 03-00028 <br><br><br><br><br><br> **DECLARATION OF HING KAI CHEUNG PURSUANT TO 28 U.S.C. § 1746** |

I, Hing Kai Cheung, swear under penalty of perjury of the laws of the United States of America, that the foregoing is true and correct to the best of my personal knowledge, information, and belief.

1



1. I am a citizen of the United Kingdom of Great Britain and Northern Ireland and am a resident of Hong Kong, P.R.C.

2. I do not rent or own any property on Guam. Nor do I have a bank account on Guam. Nor do I have any vehicles registered in Guam or a Guam-issued drivers license. I am not required to, nor do I pay any income taxes in Guam.

3. I have visited Guam approximately three times in the past two years. Each time, the purpose of my visit was solely related to conducting business as a director on behalf of LSG Lufthansa Service Guam, Inc. and LSG Catering Guam, Inc.

I swear that the foregoing is true and correct to the best of my personal knowledge, information and belief.

_____
Hing Kai Cheung

U:\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\Pleadings\Motion to dismiss\Ramos - LSG Service Asia declaration 3-Kwok.DOC

2