```
TORRES LIMTIACO CRUZ & SISON, PLLC
173 Aspinall Ave., Suite 206A
Hagåtña, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-477-0001
Email: mail@torreslaw.com
```

**FILED**
DISTRICT COURT OF GUAM
OCT 16 2003
MARY L. M. MORAN
CLERK OF COURT

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ and NONA A. PEREZ, <br><br> Plaintiffs, <br><br> vs. <br><br> LSG LUFTHANSA SERVICE HOLDING AG; LSG LUFTHANSA SERVICE (LSG) GUAM, INC.; LSG CATERING GUAM, INC.; LSG LUFTHANSA SERVICE USA CORPORATION; LSG LUFTHANSA SERVICE (LSG) ASIA, LTD.; LSG LUFTHANSA SERVICE (LSG) SAIPAN, INC.; LSG CATERING SAIPAN, INC.; LSG SKY CHEFS; HYUNG K. CHEUNG; FRITZ PANDALITSCHKA; KELVIN CHAN; and DOES 1 through 20, <br><br> Defendants. | Civil Case No. 03-00028 <br><br><br><br><br><br> **DECLARATION OF DAVID WAINMAN, VICE PRESIDENT FOR LSG LUFTHANSA SERVICE SAIPAN, INC., PURSUANT TO 28 U.S.C. § 1746** |

I, David Wainman, swear under penalty of perjury of the laws of the United States of America, that the foregoing is true and correct to the best of my personal knowledge, information, and belief.

1



1. I am Vice President for LSG Lufthansa Service Saipan, Inc. ("LSG Service Saipan"). In my capacity as Vice President, I am familiar with the corporate structure of LSG Service Saipan, the makeup and organization of its management team, and the nature and scope of its business activities.

2. LSG Service Saipan's principal place of business is in Saipan, the Commonwealth of the Northern Marianas Islands, and it is not licensed to do business in Guam.

3. LSG Service Saipan does not provide any service directly to the public in Guam.

4. LSG Service Saipan does not have any bank accounts in Guam, but it does have a bank account with the Saipan Branch of the Bank of Guam. LSG Service Saipan does not own or rent any buildings, vehicles, or other assets in Guam. LSG Service Saipan is not required to, and does not, pay any taxes in Guam.

5. LSG Service Saipan does not have any employees in Guam. Nor does it have an appointed agent to receive service of process.

I swear that the foregoing is true and correct to the best of my personal knowledge, information and belief.

Dated: September 30, 2003

_____
David Wainman

U:\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\Pleadings\Motion to dismiss\Ramos - LSG Service Saipan declaration 3.DOC

2

Case 1:03-cv-00028 Document 29 Filed 10/16/2003 Page 2 of 2