TORRES LIMTIACO CRUZ & SISON, PLLC
173 Aspinall Ave., Suite 206A
Hagåtña, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-477-0001
Email: mail@torreslaw.com

Attorneys for Defendants

FILED
DISTRICT COURT OF GUAM
OCT 16 2003
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

MICHELLE D. RAMOS, RICARDO G. ) Civil Case No. 03-00028
"GINO" PEREZ and NONA A. PEREZ, )
)
    Plaintiffs, )
)
vs. )
)
LSG LUFTHANSA SERVICE HOLDING )
AG; LSG LUFTHANSA SERVICE (LSG) )
GUAM, INC.; LSG CATERING GUAM, )
INC.; LSG LUFTHANSA SERVICE USA ) **DECLARATION OF DAVID WAINMAN,**
CORPORATION; LSG LUFTHANSA ) **VICE PRESIDENT FOR LUFTHANSA**
SERVICE (LSG) ASIA, LTD.; LSG ) **CATERING SAIPAN, INC.,**
LUFTHANSA SERVICE (LSG) SAIPAN, ) **PURSUANT TO 28 U.S.C. §1746**
INC.; LSG CATERING SAIPAN, INC.; )
LSG SKY CHEFS; HYUNG K. CHEUNG; )
FRITZ PANDALITSCHKA; KELVIN )
CHAN; and DOES 1 through 20, )
)
    Defendants. )
_____)

I, David Wainman, swear under penalty of perjury of the laws of the United States of America,

that the foregoing is true and correct to the best of my personal knowledge, information, and belief.

1

1. I am the Vice President for Lufthansa Catering Saipan, Inc. ("LSG Catering Saipan"). In my capacity as Vice President, I am familiar with the corporate structure of LSG Catering Saipan, the makeup and organization of its management team, and the nature and scope of its business activities.

2. LSG Catering Saipan's principal place of business is in the Commonwealth of the Northern Marianas Islands, Saipan, and it is not licensed to do business in Guam.

3. LSG Catering Saipan does not provide any service directly to the public in Guam.

4. LSG Catering Saipan does not have any bank accounts in Guam. Nor does it own or rent any buildings, vehicles, or other assets in Guam. LSG Catering Saipan is not required to, and does not, pay any taxes in Guam.

5. LSG Catering Saipan does not have any employees in Guam. Nor does it have an appointed agent to receive service of process.

I swear that the foregoing is true and correct to the best of my personal knowledge, information and belief.

Dated: September 30, 2003

_____
David Wainman

U:\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\Pleadings\Motion to dismiss\Ramos - LSG Catering Saipan declaration 3.DOC

2