TORRES LIMTIACO CRUZ & SISON, PLLC
173 Aspinall Ave., Suite 206A
Hagåtña, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-477-0001
Email: mail@torreslaw.com

Attorneys for Defendants

```
                         FILED
                 DISTRICT COURT OF GUAM
                      OCT 16 2003
                   MARY L. M. MORAN
                   CLERK OF COURT
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ and NONA A. PEREZ, <br><br>Plaintiffs, <br><br>vs. <br><br>LSG LUFTHANSA SERVICE HOLDING AG; LSG LUFTHANSA SERVICE (LSG) GUAM, INC.; LSG CATERING GUAM, INC.; LSG LUFTHANSA SERVICE USA CORPORATION; LSG LUFTHANSA SERVICE (LSG) ASIA, LTD.; LSG LUFTHANSA SERVICE (LSG) SAIPAN, INC.; LSG CATERING SAIPAN, INC.; LSG SKY CHEFS; HYUNG K. CHEUNG; FRITZ PANDALITSCHKA; KELVIN CHAN; and DOES 1 through 20, <br><br>Defendants. | Civil Case No. 03-00028 <br><br><br><br><br><br>**DECLARATION OF KLAUS ENGELEN, GLOBAL SENIOR VICE PRESIDENT, LEGAL, CORPORATE AFFAIRS/ SUBSIDIARIES, FOR LSG LUFTHANSA SERVICE HOLDING, AG, PURSUANT TO 28 U.S.C. § 1746** |

I, Dr. Klaus Engelen, swear under penalty of perjury of the laws of the United States of America, that the foregoing is true and correct to the best of my personal knowledge, information, and belief.

1. I am the Global Senior Vice President, Legal, Corporate Affairs/Subsidiaries, for LSG Lufthansa Service Holding, AG ("LSG Service AG"). In my capacity as Global Senior Vice

1

ORIGINAL

President, I am familiar with the corporate structure of LSG Service AG, the makeup and organization of its management team, and the nature and scope of its business activities.

2. LSG Service AG's principal place of business is in Neu-Isenburg, Germany, and it is not licensed to do business in Guam.

3. LSG Service AG does not provide any service directly to the public in Guam.

4. LSG Service AG does not have any bank accounts in Guam. Nor does it own or rent any buildings, vehicles, or other assets in Guam. LSG Service AG is not required to, and does not, pay any taxes in Guam.

5. LSG Service AG does not have any employees in Guam. Nor does it have an appointed agent to receive service of process.

I swear that the foregoing is true and correct to the best of my personal knowledge, information and belief.

Dated: 30 Sept 2003

_____
Dr. Klaus Engelen

U:\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\Pleadings\Motion to dismiss\Ramos - LSG AG declaration 3.DOC

2