| | |
|---|---|
| 1 | TORRES LIMTIACO CRUZ & SISON, PLLC |
| | 173 Aspinall Ave., Suite 206A |
| 2 | Hagåtña, Guam 96910 |
| | Telephone: 671-477-0000 |
| 3 | Facsimile: 671-477-0001 |
| | Email: mail@torreslaw.com |
| 4 | |
| 5 | Attorneys for Defendants |

**FILED**
DISTRICT COURT OF GUAM
OCT 16 2003
MARY L. M. MORAN
CLERK OF COURT

(29)

## UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | | |
|---|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ and NONA A. PEREZ, | ) ) ) | Civil Case No. 03-00028 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| LSG LUFTHANSA SERVICE HOLDING AG; LSG LUFTHANSA SERVICE (LSG) GUAM, INC.; LSG CATERING GUAM, INC.; LSG LUFTHANSA SERVICE USA CORPORATION; LSG LUFTHANSA SERVICE (LSG) ASIA, LTD.; LSG LUFTHANSA SERVICE (LSG) SAIPAN, INC.; LSG CATERING SAIPAN, INC.; LSG SKY CHEFS; HYUNG K. CHEUNG; FRITZ PANDALITSCHKA; KELVIN CHAN; and DOES 1 through 20, | ) ) ) ) ) ) ) ) ) ) ) ) | **DECLARATION OF HING KAI CHEUNG EXECUTIVE VICE PRESIDENT FOR LSG LUFTHANSA SERVICE ASIA, INC. PURSUANT TO 28 U.S.C. § 1746** |
| Defendants. | ) ) | |

I, Hing Kai Cheung, swear under penalty of perjury of the laws of the United States of America, that the foregoing is true and correct to the best of my personal knowledge, information, and belief.

1. I am the Executive Vice President for LSG Lufthsansa Service Asia, Inc. ("LSG Service Asia"). In my capacity as Executive Vice President, I am familiar with the corporate structure of LSG Service Asia, the makeup and organization of its management team, and the nature and scope of its business activities.

2. LSG Service Asia's headquarters are in Hong Kong, PRC, and it is not licensed to do business in Guam.

3. LSG Service Asia does not provide any service directly to the public in Guam.

4. LSG Service Asia does not have any bank accounts in Guam. Nor does it own or rent any buildings, vehicles, or other assets in Guam. LSG Service Asia is not required to, and does not, pay any taxes in Guam.

5. LSG Service Asia does not have any employees in Guam. Nor does it have an appointed agent to receive service of process.

I swear that the foregoing is true and correct to the best of my personal knowledge, information and belief.

Dated: September 30, 2003

_____
Hing Kai Cheung

U:\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\Pleadings\Motion to dismiss\Ramos - LSG Service Asia declaration (3)1-Kwok.DOC

2