# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
HONORABLE JOHN S. UNPINGCO, CHIEF JUDGE, PRESIDING
### CIVIL MINUTES - GENERAL

**FILED DISTRICT COURT OF GUAM OCT 31 2003 MARY L. M. MORAN CLERK OF COURT**

**CASE NO. CV-03-00028**  **DATE: 10/31/2003**  **TIME: 10:31 a.m.**

**CAPTION:** MICHELLE D. RAMOS, et al -vs- LUFTHANSA SERVICE HOLDING AG, et al

***

Courtroom Deputy: Leilani Toves Hernandez
Court Reporter: Wanda Miles
Hearing Electronically Recorded: (Run Time: 10:31:18 - 10:50:44)

Law Clerk: D. LUJAN

CSO: J. Lizama

**APPEARANCES**

**COUNSEL FOR PLAINTIFF(s):**
SANDRA LYNCH

**COUNSEL FOR DEFENDANT(s):**
ROBERT TORRES

***

**PROCEEDINGS:**

- MOTION TO DISMISS PURSUANT TO FRCivP 12(b)(1), (2), and (6) FOR LACK OF PERSONAL JURISDICTION, FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED, AND LACK OF SUBJECT MATTER JURISDICTION

( X ) MOTION (S) ARGUED BY    ( X ) PLAINTIFF    ( X ) DEFENDANT
( X ) MOTION(s)  __ Granted  __ Denied  __ Settled  __ Withdrawn  _X_ Under Advisement
(  ) ORDER SUBMITTED  __ Approved  __ Disapproved
( X ) ORDER to be Prepared By: Court
(  ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

The Court to take matter under advisement and will issue its decision in one week.

COURTROOM DEPUTY: _____
L:\Docs\COURTROOM MINUTES\CIVIL MINUTES\CV-03-00028.wpd

END TIME: 10:50 a.m.