TORRES LIMTIACO CRUZ & SISON, PLLC
173 Aspinall Ave., Suite 206A
Hagåtña, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-477-0001
Email: mail@torreslaw.com

Attorneys for Defendants

FILED
DISTRICT COURT OF GUAM
NOV 20 2003
MARY L. M. MORAN
CLERK OF COURT

(34)

# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ and NONA A. PEREZ, <br><br> Plaintiffs, <br><br> vs. <br><br> LSG LUFTHANSA SERVICE HOLDING AG; LSG LUFTHANSA SERVICE (LSG) GUAM, INC.; LSG CATERING GUAM, INC.; LSG LUFTHANSA SERVICE USA CORPORATION; LSG LUFTHANSA SERVICE (LSG) ASIA, LTD.; LSG LUFTHANSA SERVICE (LSG) SAIPAN, INC.; LSG CATERING SAIPAN, INC.; LSG SKY CHEFS; HYUNG K. CHEUNG; FRITZ PANDALITSCHKA; KELVIN CHAN; and DOES 1 through 20, <br><br> Defendants. | Civil Case No. 03-00028 <br><br><br><br><br><br><br><br><br><br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that a true and correct copy of the DEFENDANTS' MOTION FOR RECONSIDERATION AND MEMORANDUM OF POINTS MEMORANDUM OF POINTS THEREOF and [PROPOSED] ORDER GRANTING DEFENDANTS LSG LUFTHANSA SERVICE HOLDING AG, LSG LUFTHANSA SERVICE USA, LSG LUFTHANSA SERVICE ASIA, LTD., LSG LUFTHANSA SERVICE SAIPAN, INC., LSG LUFTHANSA CATERING SAIPAN, INC., and HING K. CHEUNG FOR RECONSIDERATION AND DISMISSAL were served, via hand

1

ORIGINAL

delivery, on :

        Law Offices of Sandra D. Lynch
        Suite 101, C&A Professional Bldg.
        251 Martyr Street
        Hagåtña, Guam 96910

Dated this 20th day of November, 2003.

_____
Christine A. Chargualaf

U:\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\Pleadings\Motion For Reconsideration\Cert of Service.DOC

2