**TORRES LIMTIACO CRUZ & SISON, PLLC**
173 Aspinall Ave., Suite 206A
Hagåtña, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-477-0001
Email: mail@torreslaw.com

**SIDLEY AUSTIN BROWN & WOOD**
555 West Fifth Street
Los Angeles, California 90013
Telephone: 213-896-6000
Facsimile: 213-896-6600
Email: postroff@sidley.com

**Attorneys for Defendants**

# UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ and NONA A. PEREZ, <br><br> Plaintiffs, <br><br> vs. <br><br> LSG LUFTHANSA SERVICE HOLDING AG; LSG LUFTHANSA SERVICE (LSG) GUAM, INC.; LSG CATERING GUAM, INC.; LSG LUFTHANSA SERVICE USA CORPORATION; LSG LUFTHANSA SERVICE (LSG) ASIA, LTD.; LSG LUFTHANSA SERVICE (LSG) SAIPAN, INC.; LSG CATERING SAIPAN, INC.; LSG SKY CHEFS; HYUNG K. CHEUNG; FRITZ PANDALITSCHKA; KELVIN CHAN; and DOES 1 through 20, <br><br> Defendants. | Civil Case No. 03-00028 <br><br><br><br><br><br> **STIPULATION** |

The parties, through their respective counsel, hereby stipulate and agree that the Proposed Scheduling Order required to be prepared and submitted to the Court pursuant to Local Rules 16.1 and

16.2 shall be filed within three (3) days after the Court issues its ruling on Defendants' Motion to Dismiss (the "Motion").

This extension is reasonable and necessary as the information required to be contained within the Scheduling Order will likely require modification if Defendants' Motion is granted or denied. For example, a description and schedule of all pretrial discovery each party intends to initiate prior to the close of the discovery, the discovery cutoff dates, and the number of trial days will be affected by the Defendants and claims which remain after the Court rules on the Motion.

TORRES LIMTIACO CRUZ & SISON, PLLC,
Attorneys for Defendants

DATED: 10-27-03        By: _____
                           ROBERT J. TORRES, JR.,
                           hereunto duly authorized.

LAW OFFICE OF SANDRA D. LYNCH, P.C.
Attorneys for Plaintiffs

DATED: 10/28/03        By: _____
                           SANDRA D. LYNCH, ESQ.

SO ORDERED this 19th day of November, 2003.

_____
HONORABLE JOHN S. UNPINGCO,
Chief Judge, District Court of Guam

U:\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\Pleadings\Motion to dismiss\Stipulation re Scheduling Order.DOC

RECEIVED
OCT 28 2003
DISTRICT COURT OF GUAM
HAGATNA, GUAM