LIMTIACO CRUZ & SISON, PLLC
Suite 11B, MVP Business Center
777 Route 4
Sinajana, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-477-0001
Email: mail@torreslaw.com

Attorneys for Defendants LSG Lufthansa Service
Guam, Inc. and LSG Catering Guam, Inc.

DISTRICT COURT OF GUAM
FILED
JAN 1 6 2004
MARY L. M. MORAN
CLERK OF COURT
38

# UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ and NONA A. PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE HOLDING AG; LSG LUFTHANSA SERVICE (LSG) GUAM, INC.; LSG CATERING GUAM, INC.; LSG LUFTHANSA SERVICE USA CORPORATION; LSG LUFTHANSA SERVICE (LSG) ASIA, LTD.; LSG LUFTHANSA SERVICE (LSG) SAIPAN, INC.; LSG CATERING SAIPAN, INC.; LSG SKY CHEFS; HYUNG K. CHEUNG; PANDALITSCHKA; KELVIN CHAN; and DOES 1 through 20,<br><br>Defendants. | Civil Case No. 03-00028<br><br>CERTIFICATE RE:<br>SUBSTITUTION OF COUNSEL<br>AND CHANGE OF FIRM NAME |

The Law Offices of TORRES LIMTIACO CRUZ & SISON, a Professional Limited Liability Corporation announce that Robert J. Torres, Jr. is no longer a member of the firm and the name of the firm has changed to LIMTIACO CRUZ & SISON. LIMTIACO CRUZ & SISON is hereby substituted as

1

counsel of record in place and stead of TORRES LIMTIACO CRUZ & SISON, a Professional Limited Liability Corporation.

We respectfully request that Robert J. Torres, Jr., Esq. be substituted by Donna M. Cruz, Esq. and Alicia A. Limtiaco, Esq.

Dated this 15th of January, 2004.

LIMTIACO CRUZ & SISON, PLLC

By: _____
Donna M. Cruz, Esq.
a licensed employee.