DISTRICT COURT OF GUAM

TERRITORY OF GUAM

MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ, and NONA A. PEREZ,

Plaintiffs,

vs.

LSG LUFTHANSA SERVICE HOLDING AG, et al.,

Defendants.

Civil Case No. 03-00028

**ERRATA**

On December 24, 2003, the Court issued an Order which granted Plaintiffs additional time to conduct limited discovery on jurisdictional issues. In that Order, a typographical error occurred, in which the Court granted the parties until April 1, 2003, to file any supplemental briefs on the jurisdictional issues. However, the Court should have stated that the parties shall have until April 1, **2004**, to file any supplemental briefs regarding this Court's exercise of personal jurisdiction over Defendants LSG Lufthansa Service Holding, AG, LSG Lufthansa Service USA Corporation, LSG Lufthansa Service Asia, Ltd., LSG Lufthansa Service Saipan, Inc., and LSG Catering Saipan, Inc. The typographical error should not have prejudiced the parties, as the Order makes clear that the Court was granting the parties additional time to explore jurisdictional issues and, thus, briefs would have to be submitted after the December 24, 2003, Order, and not prior to the issuance of the aforesaid Order.

IT IS SO ORDERED this 9th day of March, 2004.

JOHN S. UNPINGCO
**District Judge**