1  LIMTIACO CRUZ & SISON, PLLC
   Alicia A. Limtiaco
2  Donna M. Cruz
   777 Route 4, Suite 11B
3  MVP Business Center
   Sinajana, Guam 96910
4  Telephone: (671) 477-0000
   Facsimile: (671) 477-0001
5
   SIDLEY AUSTIN BROWN & WOOD, LLP
6  Peter I. Ostroff (SBN 045718)
   Max C. Fischer (SBN 226003)
7  555 West Fifth Street, Suite 4000
   Los Angeles, California 90013-1010
8  Telephone: (213) 896-6000
   Facsimile: (213) 896-6600
9

FILED
DISTRICT COURT OF GUAM
MAR 1 9 2004
MARY L. M. MORAN
CLERK OF COURT

40

## UNITED STATES DISTRICT COURT

## TERRITORY OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC.,<br>et al.<br><br>Defendants. | CIVIL CASE NO. 03-00028<br><br>**DEFENDANTS LSG LUFTHANSA SERVICE GUAM, INC.'S AND LSG CATERING GUAM, INC.'S EX PARTE APPLICATION FOR AN ORDER REQUIRING IMMEDIATE RETURN OF MISAPPROPRIATED PROPERTY**<br><br>Date: March __, 2004<br>Time: __:__ _.m.<br>Place: |

**TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT,** on March __, 2004 at __:__ _:m in the courtroom of the Honorable John S. Unpingco, located at United States District Court of Guam, defendants LSG Lufthansa Service Guam, Inc. and LSG Lufthansa Catering Guam, Inc. (collectively "LSG Guam" or the "Company") will make this Ex Parte Application for an Order Requiring Immediate Return of Misappropriated Property (the "Application") against plaintiffs Michelle D. Ramos and Ricardo G. "Gino" Perez (collectively "Plaintiffs").

EX PARTE APPLICATION
ORIGINAL

LSG Guam will and hereby does request that its Ex Parte Application be heard on March 22, 2004, in light of the serious injury to its business resulting from the conduct that is the subject of this Application. As set forth in the accompanying Memorandum of Points and Authorities and supporting affidavits and exhibits, Plaintiffs have wrongfully taken and continue to possess the Company's proprietary documents, including confidential information regarding the Company, its vendors and its employees. Plaintiffs' misappropriation threatens to immediately and irreparably damage LSG Guam's business and its employees' privacy interests.

For these reasons, this Application seeks an order requiring Plaintiffs, together with their respective agents, servants, employees, attorneys and those in active concert or participation with them, to:

1. Relinquish and turn over to LSG Guam all copies of documents and records belonging to LSG Guam and/or its parent, subsidiary, or affiliated corporations, including, but not limited to, all copies of the Company's documents delivered by Plaintiffs to the Company as part of Plaintiffs' initial disclosures pursuant to Federal Rule of Civil Procedure 26 and Local Rule of Practice for the District Court of Guam 26.1, by delivering the foregoing property to the offices of defense counsel, Limtiaco Cruz & Sison, PLLC, located at 777 Route 4, Suite 11B, MVP Business Center, Sinajana, Guam, no later than March 23, 2004;

2. Return any other property belonging to LSG Guam and/or its parent, subsidiary, or affiliated corporations, including, but not limited to, all copies of the Company's books, records, forms, rolodexes, office calendars, databases, files, and printouts, by delivering the foregoing property to the offices of defense counsel, Limtiaco Cruz & Sison, PLLC, located at 777 Route 4, Suite 11B, MVP Business Center, Sinajana, Guam, no later than March 23, 2004; and

3. Purge from their files all Company records and information described in paragraphs 1 and 2, above, as well as any notes, records, summaries or descriptions made by Plaintiffs of such records and information, provided, however, that any records or information so purged shall be printed prior to purging and delivered to counsel for LSG Guam.

4. No later than March 23, 2004, deliver to defense counsel a writing signed by Plaintiffs or their counsel certifying that each has complied with paragraphs 1 through 3, above.

On March 14, 2004, Limtiaco Cruz & Sison, PLLC, counsel for LSG Guam, by and through Alicia A. Limtiaco, Esq., sent a letter via facsimile to Sandra D. Lynch, Esq., counsel for Plaintiffs, advising her of LSG Guam's intent to pursue all available legal and equitable remedies, and the basis therefor, in the event that Plaintiffs did not deliver the Company's documents and any other misappropriated property by March 16, 2004. (Affidavit of Alicia A. Limtiaco at ¶ 7 & Ex. "A" thereto.) Plaintiffs' counsel responded to the letter but failed to deliver the documents to defense counsel. (Id. at ¶ 7.) On March 19, 2004, counsel for LSG Guam sent a letter via facsimile to Plaintiffs' counsel advising her of LSG Guam's intent to file this Ex Parte Application, and the basis therefor.

This Application is based upon the supporting Memorandum of Points and Authorities, the Affidavits of Gregory Neil Davy and Alicia A. Limtiaco, all pleadings and records on file in this action, and any additional evidence or argument as may be presented at or before the hearing. A proposed order is lodged under separate cover.

Dated: March 19, 2004                    LIMTIACO CRUZ & SISON, PLLC

By: *Alicia A. Limtiaco*
ALICIA A. LIMTIACO, ESQ.
Counsel For Defendants LSG Lufthansa Service Guam, Inc. and LSG Lufthansa Catering Guam, Inc.

By: *Donna M. Cruz*
DONNA M. CRUZ, ESQ.
Counsel For Defendants LSG Lufthansa Service Guam, Inc. and LSG Lufthansa Catering Guam, Inc.