LIMTIACO CRUZ & SISON, PLLC
Alicia A. Limtiaco, Esq.
Donna M. Cruz, Esq.
MVP Business Center
777 Route 4, Suite 11B
Sinajana, Guam 96910
Telephone: (671) 477-0000
Facsimile: (671) 477-0001

SIDLEY AUSTIN BROWN & WOOD LLP
Peter I. Ostroff (SBN 045718)
Max C. Fischer (SBN 226003)
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

DISTRICT COURT OF GUAM
FILED
MAR 1 9 2004
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, et al. | CIVIL CASE NO. 03-00028 |
| Plaintiffs, | |
| vs. | **AFFIDAVIT OF ALICIA A. LIMTIACO** |
| LSG LUFTHANSA SERVICE GUAM, INC., et al. | |
| Defendants. | |

I, ALICIA A. LIMTIACO, being duly sworn, under penalty of perjury, deposes and says:

1. I am an attorney admitted to practice before the United States District Court of Guam and a Partner with Limtiaco Cruz & Sison, PLLC (hereinafter "LCS"), which maintains an office at 777 Route 4, MVP Business Center, Suite 11B, Sinajana, Guam 96910. That LCS represents LSG Catering Guam, Inc. and LSG Lufthansa Service Guam, Inc. (collectively "LSG Guam").

2. I submit this Affidavit in support of LSG Guam's <u>ex parte</u> application for an order compelling the immediate return of all Company-owned documents and other property misappropriated by plaintiffs, Michelle D. Ramos ("Ramos"), and Ricardo G. "Gino" Perez ("Perez") (collectively "Plaintiffs").

3. Immediate relief is necessary because LSG Guam only recently learned during discovery that Plaintiffs are wrongfully in possession of the Company's confidential and proprietary documents and that LSG Guam has neither authorized nor consented to such possession and Plaintiffs have failed to return the documents despite the Company's demand that they do so.

4. On or about February 23, 2004, LSG Guam received Plaintiffs' initial disclosures pursuant to Federal Rule of Civil Procedure 26 and Local Rule of Practice for the District Court of Guam 26.1. Gregory Neil Davy ("Davy"), General Manager of LSG Lufthansa Service Guam, Inc., reviewed the initial disclosures and reported that they included a large volume of documents belonging to the Company, many of which contained highly confidential information. Specifically, these documents include the Company's financial data, pricing and costing data, customer contract information including volume discount information, corporate board minutes, audit summaries, profit margin data for individual customers, insurance information, inter-office memos and e-mails, private information about the Company's employees, and lock combination for the dispatcher safe.

5. The documents are owned by LSG Guam, not Plaintiffs. LSG Guam never authorized Ms. Ramos or Mr. Perez to remove the documents from Company premises or to retain them at the conclusion of their employment. In fact, the Company had no knowledge that Plaintiffs wrongfully retained its property until it received and reviewed Plaintiffs' initial disclosures.

6. The law office of Sandra D. Lynch (hereinafter "Lynch"), represents the Plaintiffs in the above-captioned case.

7. Shortly after receiving the initial disclosures, on or about March 14, 2004, I wrote a letter to Ms. Lynch, counsel for Plaintiffs, and demanded that Plaintiffs immediately return the documents, as well as any other Company property wrongfully in their possession. See Exhibit "A".) Ms. Lynch responded to my letter stating that all of the documents in Plaintiffs possession were authorized and freely disseminated by LSG Guam. See Exhibit "B". In reply, I wrote to Ms. Lynch indicating LSG Guam's disagreement with Plaintiffs' position and reiterated that Plaintiffs are in wrongful possession of the company's documents. See Exhibit "C". Because we have reached an impasse as to the possession of these documents and Plaintiffs refuse to return the documents to LSG Guam, their actions have necessitated this ex parte application.

8. Because Plaintiffs refuse to return the unauthorized possession of Company property, LSG Guam requests that the Court issue an order requiring them to surrender all Company property obtained unlawfully and in violation of Company policies, including all of the Company's proprietary and confidential documents. Immediate relief is necessary because the wrongfully retained property includes highly sensitive information, disclosure of which will result in irreparable harm to LSG Guam and its employees.

9. If the Court fails to order the immediate surrender of documents, irreparable injury will result not only to the business interests of LSG Guam, but also to the privacy interests of its employees, whose confidential personnel records are among the documents in Plaintiffs' control. As explained above, the documents include financial data about the Company, corporate board minutes, audit summaries, profit margin data for individual customers, insurance information, and private information about the Company's employees. Disclosure of such commercially sensitive information to third parties could significantly damage the Company's competitive position.

- 3 -
AFFIDAVIT IN SUPPORT OF DEFENDANTS' EX PARTE APPLICATION
Case 1:03-cv-00028   Document 46   Filed 03/19/2004   Page 3 of 9

Further, Plaintiffs' continued possession of employee data, including compensation information, compromises these employees' privacy rights.

10. That our office made a good faith effort to advise Plaintiffs' counsel, Ms. Lynch, of the date and substance of the proposed <u>ex parte</u> application by sending her a letter on March 19, 2004 informing her of our intent to seek an ex parte application for return of misappropriated property owned by LSG Guam. See Exhibit "C". That we have not yet received a response to our letter of March 19, 2004.

Further your Affiant sayeth naught.

Dated: March 19, 2004                    LIMTIACO CRUZ & SISON, PLLC


By: *Alicia A. Limtiaco*
ALICIA A. LIMTIACO
Counsel For Defendants LSG Lufthansa
Service Guam, Inc. and LSG Lufthansa
Catering Guam, Inc.


SUBSCRIBED and SWORN to before me this 19th day of March, 2004.

_____
NOTARY PUBLIC

ROSA L. RESENDEZ
NOTARY PUBLIC
In and For Guam, U.S.A.
My Commission Expires: Nov. 5, 2005
180 Oceanview Drive Piti, Guam 96915

- 4 -

AFFIDAVIT IN SUPPORT OF DEFENDANTS' EX PARTE APPLICATION
Case 1:03-cv-00028   Document 46   Filed 03/19/2004   Page 4 of 9



**Law Offices**
**LIMTIACO CRUZ & SISON PLLC**
A Professional Limited Liability Company
777 Route 4, Ste IIB • M.V.P. Business Center
Sinajana, Guam 96910

# CONFIRMATION

Tel: 671-477-0000  Fax: 671-477-0001  Email: guamlaw@ite.net

Donna M. Cruz, Esq.
Alicia A. Limtiaco, Esq.
Ray C. Haddock, Esq.
Benjamin C. Sison, Jr., Esq.
Raymond L. Souza, Jr., Esq.

March 14, 2004

### Via Facsimile

Ms. Sandra D. Lynch, Esq.
207 Martyr Street, Suite #3
Travel Pacificana Bldg.
Hagatna, Guam 96910

Ref: Michelle D. Ramos et. al v. LSG Lufthansa Service Holding AG, et. al.
U.S. District Court of Guam Civil Case No. 03-00028

Dear Sandy:

Among the documents you have produced to us in connection with the above-referenced matter include confidential, proprietary, and privileged information and communications of a critically sensitive nature. There is no lawful reason former employees of LSG Lufthansa Catering Guam, Inc. and LSG Lufthansa Service Guam, Inc. should have such materials in their possession. Retention of company property is expressly prohibited by LSG Lufthansa Catering Guam, Inc. and LSG Lufthansa Service Guam, Inc.'s employee handbook. See relevant portions of LSG's employee handbook attached as Exhibits "A" and "B".

We hereby instruct you to turn over to our offices at once all of LSG Lufthansa Catering Guam, Inc. and LSG Lufthansa Service Guam, Inc.'s property, including but not limited to all documents in your possession that belong to LSG Lufthansa Catering Guam, Inc. and LSG Lufthansa Service Guam, Inc., as well as any copies of such documents. In addition, we further instruct you to demand your clients turn over to you all of LSG Lufthansa Catering Guam, Inc. and LSG Lufthansa Service Guam, Inc.'s property (including any copies of documents) at once so that you may, in turn, return it to us.

If we do not hear from you or you fail to respond to our demand, by the close of business on March 16, 2004, we will pursue all available legal and equitable remedies against you and your clients and any other persons responsible for the conversion and unlawful possession of LSG Lufthansa Catering Guam, Inc. and LSG Lufthansa Service Guam, Inc.'s property. Unless you demonstrate to our satisfaction otherwise, we will assume that all of your clients have participated, aided, or abetted, in the aforementioned unlawful conduct.

Very truly yours,

LIMTIACO CRUZ & SISON, PLLC

Alicia A.G. Limtiaco, Esq.

Attachments
CC: Neil Davy

# Exhibit "A"

# RULES OF CONDUCT

There are certain Rules of Conduct that are considered to be *"SEVERE OR GROSS MISCONDUCT"* and can result in immediate termination of employment regardless of the past work record and the Employee's length of service.

## THEFT

1. Every Employee has the responsibility to protect and safeguard the company's property and the property of the Customers and Employees. No Employee will be in unauthorized possession of any property of LSG, its Customers or Employees, or attempt to remove such property from LSG premises. Theft in any form is grounds for immediate discharge.

## DISCRIMINATION OR HARASSMENT

2. Discrimination or harassment for reasons related to Sex, Color, Race, Religion, National Origin, Age, Handicap, or Vietnam Veterans status is strictly prohibited. Harassment, sexual or otherwise, will be investigated and disciplinary action will be taken. Any Employee that creates an atmosphere of discrimination or harassment, whether intended or not, will be terminated.

## BEING UNTRUTHFUL

3. No Employee shall submit or allow someone else to submit inaccurate or untruthful statements or information for or on any LSG record, report or other document, or in any LSG proceeding or investigation. Employees are required to cooperate in all LSG investigations. False statements, information, or being untruthful with LSG's management is strictly prohibited.

Exhibit "A"

Case 1:03-cv-00028   Document 46   Filed 03/19/2004   Page 6 of 9

he following **GENERAL RULES OF CONDUCT** are considered serious but not included in the classification of "gross misconduct". Any Employee that violates the following rules will receive disciplinary action from a verbal warning up to and including termination of employment depending upon the Employee's past work record, the Employee's length of service with LSG and, the gravity of the violation.

- Employees are charged with insuring all work is performed in a professional and safe manner. Every Employee must comply with safety regulations and procedures, including the use of all required safety equipment. The negligent use, damage to, or abandonment of LSG or Customers property is prohibited. All accidents resulting in damage to persons or property must be promptly reported to LSG management.

- All duties are to be performed in a courteous, helpful and businesslike manner both with regard work assignments and one's relationship with other Employees and Customers. Employees will maintain a presentable appearance at all times while on duty or when in uniform, and will wear clothing appropriate for their duties.

0. An Employee may not perform any act which is detrimental to the welfare or reflects unfavorably on LSG or its Employees. Public statements or displays by Employees which are adverse to the business interests of LSG/Sky Chefs are not permitted without the specific approval of the General Manager.

1. Employees will not remove from LSG premises, or disclose to others, information in LSG records or related to LSG affairs without prior authorization.

**Exhibit "B"**

**THE LAW OFFICES OF**
**SANDRA D. LYNCH, ESQ., P.C.**
207 Martyr Street, Suite 3
Hagatna, Guam 96910
(671) 472-8889
Fax: (671) 472-8890

March 16, 2004

Alicia A. Limtiaco, Esq.
Torres Limtiaco Cruz & Sison PLLC
777 Route 4, MVP Business Center
Sinajana, Guam 96910

   Re: Michelle Ramos, et al. vs. LSG Lufthansa Service Holding AG, et al.
      District Court of Guam Case No. 03-00028;
      Felipe Datuin, et al. vs. LSG Lufthansa Service Holding, AG, et al.,
      District Court of Guam No. 04-00010

Dear Ms. Limtiaco:

  I am in receipt of your letter regarding initially disclosed documents in the above referenced cases and take issue with your statements. To my knowledge and to the knowledge of each and every Plaintiff, none of them is in possession of documents without authorization. To the contrary, the documents maintained by my clients were disseminated in multiple copies in many cases, with the full knowledge and authority of H.K. Cheung, and others in LSG's heirarchy. No unlawful disclosure has taken place.

  I further take issue with your statement that you will hold me personally liable in some way for any alleged misconduct of my clients in their former employment. Such frivolous threats may subject you to sanctions under the Model Rules of Professional Conduct and the Canons of Ethics under which attorneys in this jurisdiction operate. Despite that no wrongdoing has occurred, I am amenable to entering into a Confidentiality Agreement for the documents we intend to use at the trial in this matter.

                Sincerely,

                Sandra D. Lynch, Esq.
                Attorney for Plaintiffs

**Exhibit "B"**



**Law Offices**
**LIMTIACO CRUZ & SISON PLLC**
A Professional Limited Liability Company
777 Route 4, Ste 11B • M.V.P. Business Center
Sinajana, Guam 96910

# CONFIRMATION

Tel: 671-477-0000  Fax: 671-477-0001  Email: guamlaw@ite.net

Donna M. Cruz, Esq.
Alicia A. Limtiaco, Esq.
Ray C. Haddock, Esq.
Benjamin C. Sison, Jr., Esq.
Raymond L. Souza, Jr., Esq.

March 19, 2004

**VIA FACSIMILE**
**472-8890**

Sandra D. Lynch, Esq.
207 Martyr Street, Suite #3
Travel Pacificana Bldg.
Hagatna, Guam 96910

    Re:    <u>Michelle D. Ramos, et. al v. LSG Lufthansa Service Holding AG, et. al.</u>
             U.S. District Court of Guam Civil Case No. 03-00028

Dear Sandy:

    We received your letter dated March 16, 2004, regarding our demand for the return of corporate confidential, proprietary, and privileged information and communications wrongfully in the possession of your clients. We disagree with your clients' position and reiterate that at no time did LSG Lufthansa Service Guam, Inc. and LSG Lufthansa Catering Guam, Inc. (collectively "LSG Guam") authorize plaintiffs to remove the documents from company premises or to retain them at the conclusion of their employment. As stated in our March 14, 2004 letter, given that your clients have not complied with our demand, we intend to pursue all available legal and equitable remedies and will be filing today our ex parte application for an order requiring the immediate return of misappropriated property. We will request that the court hear our application on Monday, March 22, 2004. Please inform us of your clients' position regarding our application.

    Should you have any questions, please contact Donna Cruz or myself.

                              Sincerely,

                              LIMTIACO CRUZ & SISON, PLLC,

                              Alicia A. Limtiaco

AAL:cc

Cc: Neil Davy

**Exhibit "C"**

U:\Legal Files\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG-CV 03-00028\Letters\ltr to Sandra Lynch (oac) (3-19-04).doc

Case 1:03-cv-00028   Document 46   Filed 03/19/2004   Page 9 of 9