DISTRICT COURT OF GUAM

TERRITORY OF GUAM

FILED
DISTRICT COURT OF GUAM
MAR 23 2004
MARY L. M. MORAN
CLERK OF COURT

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ, and NONA A. PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE HOLDING AG, et al.,<br><br>Defendants. | Civil Case No. 03-00028<br><br>**ORDER** |

The Court is in receipt of Defendants LSG Lufthansa Service Guam, Inc.'s and LSG Catering Guam, Inc.'s Ex Parte Application for an Order Requiring Immediate Return of Misappropriated Property, filed March 19, 2004. Finding no basis for ordering the immediate return of any such property, the Court denies the ex parte application and instead converts the application into a motion requesting such relief. Defendants LSG Lufthansa Service Guam, Inc. and LSG Catering Guam, Inc. shall immediately serve Plaintiffs with the motion and file herein a certificate of service within two (2) days of the date of entry of this Order. Plaintiffs shall have until April 2, 2004, to file a response. Defendants LSG Lufthansa Service Guam, Inc. and LSG Catering Guam, Inc. shall then have until April 9, 2004, to file a reply. The Court will hear oral arguments on April 16, 2004, at 10:30 A.M.

SO ORDERED this 23rd day of March, 2004.

JOHN S. UNPINGCO
Chief Judge