**LIMTIACO CRUZ & SISON, PLLC**
777 Route 4
MVP Business Center, Suite 11B
Sinajana, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-477-0001
Email: guamlaw@ite.net

*Attorneys for Defendants*

FILED
DISTRICT COURT OF GUAM
MAR 24 2004
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ and NONA A. PEREZ, <br><br> Plaintiffs, <br><br> vs. <br><br> LSG LUFTHANSA SERVICE HOLDING AG; LSG LUFTHANSA SERVICE (LSG) GUAM, INC.; LSG CATERING GUAM, INC.; LSG LUFTHANSA SERVICE USA CORPORATION; LSG LUFTHANSA SERVICE (LSG) ASIA, LTD.; LSG LUFTHANSA SERVICE (LSG) SAIPAN, INC.; LSG CATERING SAIPAN, INC.; LSG SKY CHEFS; and DOES 1 through 20, <br><br> Defendants. | Civil Case No. 03-00028 <br><br> **AFFIDAVIT OF GREGORY NEIL DAVY, LSG LUFTHANSA SERVICE (LSG) GUAM, INC. DESIGNATED REPRESENTATIVE** |

I, GREGORY NEIL DAVY, being duly sworn, under penalty of perjury, deposes and says:

1. That I am the General Manager of LSG Lufthansa Service (LSG) Guam, Inc. and was appointed to be the designated representative of defendant LSG Lufthansa Service (LSG) Guam, Inc. (hereinafter "LSG Guam") for the purpose of attending a deposition noticed by plaintiff and to have taken place on February 23, 2004 at 1:00 p.m. at the Law Offices of Sandra D. Lynch in Hagatna,

Guam.

2. That I first became aware that a deposition was to take place on late Friday evening, February 20, 2004, when I was listening to messages left on my voice mail. That attorney Donna M. Cruz (hereinafter "Cruz") left an urgent message that I either contact her or appear at her office for a meeting the following morning, Saturday, February 21, 2004 at 9:00 a.m.

3. That I appeared at the law offices of Ms. Cruz and Ms. Alicia Limtiaco (hereinafter "Limtiaco") on Saturday, February 21, 2004, at approximately 9:00 a.m. We began preparing for the deposition to be held on Monday, February 23, 2004. That I worked from approximately 9:00 a.m. until 1:00 p.m. on Saturday, February 21, 2004 and from 10:00 a.m. until 4:00 p.m. on Sunday, February 22, 2004.

7. That on the morning of February 23, 2004, I met Ms. Limtiaco and Ms. Cruz at the law offices of Sandra D. Lynch at the scheduled time and learned that not only was Ms. Lynch not in her office, but also that the plaintiffs were not in attendance, and that a court reporter had not been contacted.

8. That a member of Ms. Lynch's staff told us that Ms. Lynch was not in her office and that she was attending a seminar.

9. That Ms. Limtiaco spoke to Ms. Lynch on the telephone and shortly thereafter, Ms. Limtiaco, Ms. Cruz and I left.

10. That neither I nor my attorneys ever received notice that the deposition was cancelled, postponed or rescheduled.

2

Further your affiant sayeth naught.

Dated this 22nd day of March 2004.

_____
GREGORY NEIL DAVY

SUBSCRIBED and SWORN to before me this 22nd day of March, 2004.

_____
NOTARY PUBLIC

ROSA L. RESENDEZ
NOTARY PUBLIC
In and For Guam, U.S.A.
My Commission Expires: Nov. 5, 2005
180 Oceanview Drive Piti, Guam 96915

U:\Legal Files\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\Pleadings\Motion to dismiss\Motion to Attorneys Fees (Affidavit of Neil Davy) 3-18-04.DOC

3