| | |
|---|---|
| 1 | LIMTIACO CRUZ & SISON, PLLC |
| | Alicia A. Limtiaco, Esq. |
| 2 | Donna M. Cruz, Esq. |
| | MVP Business Center |
| 3 | 777 Route 4, Suite 11B |
| | Sinajana, Guam 96910 |
| 4 | Telephone: (671) 477-0000 |
| | Facsimile: (671) 477-0001 |
| 5 | |
| | SIDLEY AUSTIN BROWN & WOOD LLP |
| 6 | Peter I. Ostroff (SBN 045718) |
| | Max C. Fischer (SBN 226003) |
| 7 | 555 West Fifth Street, Suite 4000 |
| | Los Angeles, California 90013-1010 |
| 8 | Telephone: (213) 896-6000 |
| | Facsimile: (213) 896-6600 |

FILED
DISTRICT COURT OF GUAM
APR - 1 2004
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, et al. | CIVIL CASE NO. 03-00028 |
| Plaintiffs, | |
| vs. | DECLARATION OF ALICIA A. LIMTIACO |
| LSG LUFTHANSA SERVICE GUAM, INC., et al. | |
| Defendants. | |

I, ALICIA A. LIMTIACO, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge:

1. I am an attorney admitted to practice before the United States District Court of Guam and a Partner with Limtiaco Cruz & Sison, PLLC (hereinafter "LCS"), which maintains an office at

**ORIGINAL**

1

777 Route 4, MVP Business Center, Suite 11B, Sinajana, Guam 96910. That LCS represents LSG Catering Guam, Inc. and LSG Lufthansa Service Guam, Inc. (collectively "LSG Guam").

2. I submit this Declaration in support of LSG Guam's <u>ex parte</u> application for an order compelling the immediate return of all Company-owned documents and other property misappropriated by plaintiffs, Michelle D. Ramos ("Ramos") and Ricardo G. "Gino" Perez ("Perez") (collectively "Plaintiffs"), which was filed with the Court on March 19, 2004.

3. On March 24, 2004, the undersigned counsel was off-island and was not back in the office until March 30, 2004. On March 30, 2004, the undersigned counsel and Donna M. Cruz, Esq., were preparing for a deposition in an unrelated case, which was scheduled for and occurred on March 31, 2004. Counsel first became aware of the Court's Order dated March 23, 2004, on March 31, 2004. Counsel then caused our office to file its Certificate of Service indicating that Defendants LSG Lufthansa Service Guam, Inc.'s and LSG Catering Guam, Inc.'s Ex Parte Application for an Order Requiring Immediate Return of Misappropriated Property was served on the Law Office of Sandra D. Lynch, P.C., Plaintiffs' counsel, on March 19, 2004.

Dated: April 1, 2004                    LIMTIACO CRUZ & SISON, PLLC


By: _____
ALICIA A. LIMTIACO
Counsel For Defendants LSG Lufthansa
Service Guam, Inc. and LSG Lufthansa
Catering Guam, Inc.