LIMTIACO CRUZ & SISON, PLLC
Alicia A. Limtiaco, Esq.
Donna M. Cruz, Esq.
MVP Business Center
777 Route 4, Suite 11B
Sinajana, Guam 96910
Telephone: (671) 477-0000
Facsimile: (671) 477-0001

SIDLEY AUSTIN BROWN & WOOD LLP
Peter I. Ostroff (SBN 045718)
Max C. Fischer (SBN 226003)
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

FILED
DISTRICT COURT OF GUAM
APR - 1 2004
MARY L. M. MORAN
CLERK OF COURT

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.<br><br>Defendants. | CIVIL CASE NO. 03-00028<br><br>**DECLARATION OF DONNA CRUZ** |

I, DONNA M. CRUZ, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge:

1. I am an attorney admitted to practice before the United States District Court of Guam and a Partner with Limtiaco Cruz & Sison, PLLC (hereinafter "LCS"), which maintains an office at

**ORIGINAL**

1

777 Route 4, MVP Business Center, Suite 11B, Sinajana, Guam 96910. That LCS represents LSG Catering Guam, Inc. and LSG Lufthansa Service Guam, Inc. (collectively "LSG Guam").

2. I submit this Declaration in support of LSG Guam's ex parte application for an order compelling the immediate return of all Company-owned documents and other property misappropriated by plaintiffs, Michelle D. Ramos ("Ramos") and Ricardo G. "Gino" Perez ("Perez") (collectively "Plaintiffs"), which was filed with the Court on March 19, 2004.

3. On March 24, 2004, the undersigned counsel was preparing for and involved in a deposition in an unrelated case. On March 25, 2004 and March 26, 2004, the undersigned counsel was indisposed which affected my availability. On March 30, 2004, the undersigned counsel and Alicia A. Limtiaco, Esq., were preparing for a deposition in an unrelated case, which was scheduled for and occurred on March 31, 2004. Counsel first became aware of the Court's Order dated March 23, 2004, on March 31, 2004. Counsel then caused our office to file its Certificate of Service indicating that Defendants LSG Lufthansa Service Guam, Inc.'s and LSG Catering Guam, Inc.'s Ex Parte Application for an Order Requiring Immediate Return of Misappropriated Property was served on the Law Office of Sandra D. Lynch, P.C., Plaintiffs' counsel, on March 19, 2004.

Dated: April 1, 2004         LIMTIACO CRUZ & SISON, PLLC


By: _____
DONNA M. CRUZ
Counsel For Defendants LSG Lufthansa Service Guam, Inc. and LSG Lufthansa Catering Guam, Inc.

U:\Legal Files\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\Pleadings\Motion for Return of Docs\Declaration of Donna Cruz-Final (4-1-04).DOC

-2-