```
 1 │ LIMTIACO CRUZ & SISON, PLLC
   │ Alicia A. Limtiaco, Esq.
 2 │ Donna M. Cruz, Esq.
   │ MVP Business Center
 3 │ 777 Route 4, Suite 11B
   │ Sinajana, Guam 96910
 4 │ Telephone: (671) 477-0000
   │ Facsimile:  (671) 477-0001
 5 │
   │ SIDLEY AUSTIN BROWN & WOOD LLP
 6 │ Peter I. Ostroff (SBN 045718)
   │ Max C. Fischer (SBN 226003)
 7 │ 555 West Fifth Street, Suite 4000
   │ Los Angeles, California 90013-1010
 8 │ Telephone: (213) 896-6000
   │ Facsimile:  (213) 896-6600
```

FILED DISTRICT COURT OF GUAM APR - 1 2004 MARY L. M. MORAN CLERK OF COURT

# UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, et al. | CIVIL CASE NO. 03-00028 |
| Plaintiffs, | |
| vs. | |
| | **CERTIFICATE OF SERVICE** |
| LSG LUFTHANSA SERVICE GUAM, INC., et al. | |
| Defendants. | |

I hereby certify that a true and correct copy of the **Supplemental Brief Regarding Jurisdiction; Affidavit of Alicia A. Limtiaco** and **Affidavit of Donna M. Cruz,** will be served via hand delivery on April 1, 2004, on:

///

**ORIGINAL**

1

Law Offices of Sandra D. Lynch, P.C.
207 Martyr Street, Suite #3
Travel Pacificana Bldg.
Hagatna, Guam 96910

Dated this 1st day of April 2004.

_____
Christine A. Chargualaf

U:\Legal Files\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\Pleadings\Motion for Return of Docs\Certificate of Service - Supplemental Brief.doc

-2-

Case 1:03-cv-00028   Document 56   Filed 04/01/2004   Page 2 of 2