LIMTIACO CRUZ & SISON, PLLC
777 Route 4
MVP Business Center, Suite 11B
Sinajana, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-477-0001
Email: guamlaw@ite.net

Attorneys for Defendants

FILED
DISTRICT COURT OF GUAM
APR - 1 2004
MARY L. M. MORAN
CLERK OF COURT

53

UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ and NONA A. PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE HOLDING AG; LSG LUFTHANSA SERVICE (LSG) GUAM, INC.; LSG CATERING GUAM, INC.; LSG LUFTHANSA SERVICE USA CORPORATION; LSG LUFTHANSA SERVICE (LSG) ASIA, LTD.; LSG LUFTHANSA SERVICE (LSG) SAIPAN, INC.; LSG CATERING SAIPAN, INC.; LSG SKY CHEFS; HYUNG K. CHEUNG; FRITZ PANDALITSCHKA; KELVIN CHAN; and DOES 1 through 20,<br><br>Defendants. | Civil Case No. 03-00028<br><br><br><br><br><br><br><br><br><br>CERTIFICATE OF SERVICE |

I hereby certify that a true and correct copy of **DEFENDANTS LSG LUFTHANSA SERVICE GUAM, INC.'S AND LSG CATERING GUAM, INC.'S EX PARTE**

1

ORIGINAL

**APPLICATION FOR AN ORDER REQUIRING IMMEDIATE RETURN OF MISAPPROPRIATED PROPERTY** was served as follows:

by Hand Delivery on March 19, 2004:

        Law Offices of Sandra D. Lynch, P.C.
        207 Martyr Street, Suite #3
        Travel Pacificana Bldg.
        Hagatna, Guam 96910

Dated this 1st day of April 2004.

                                            */s/ Teresa A. Borja*
                                            Teresa A. Borja

LIMTIACO CRUZ & SISON, PLLC
Alicia A. Limtiaco
Donna M. Cruz
777 Route 4, Suite 11B
MVP Business Center
Sinajana, Guam 96910
Telephone: (671) 477-0000
Facsimile: (671) 477-0001

SIDLEY AUSTIN BROWN & WOOD, LLP
Peter I. Ostroff (SBN 045718)
Max C. Fischer (SBN 226003)
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

FILED
DISTRICT COURT OF GUAM
MAR 19 2004
MARY L. M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT

## TERRITORY OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, et al.<br><br>    Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.<br><br>    Defendants. | CIVIL CASE NO. 03-00028<br><br>**DEFENDANTS LSG LUFTHANSA SERVICE GUAM, INC.'S AND LSG CATERING GUAM, INC.'S EX PARTE APPLICATION FOR AN ORDER REQUIRING IMMEDIATE RETURN OF MISAPPROPRIATED PROPERTY**<br><br>Date: March __, 2004<br>Time: __:__ __.m.<br>Place: |

TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:

    PLEASE TAKE NOTICE THAT, on March __, 2004 at __:__ __:m in the courtroom of the Honorable John S. Unpingco, located at United States District Court of Guam, defendants LSG Lufthansa Service Guam, Inc. and LSG Lufthansa Catering Guam, Inc. (collectively "LSG Guam" or the "Company") will make this Ex Parte Application for an Order Requiring Immediate Return of Misappropriated Property (the "Application") against plaintiffs Michelle D. Ramos and Ricardo G. "Gino" Perez (collectively "Plaintiffs").

EX PARTE APPLICATION