SANDRA D. LYNCH, ESQ., P.C.
Travel Pacificana Building, Suite 3
207 MARTYR STREET
HAGÅTÑA, GUAM 96910
Telephone: (671) 472-8889
Fax: (671) 472-8890
E-Mail: sdlynch@ite.net

*Attorney for Michelle D. Ramos,*
*Ricardo G. "Gino" Perez, and Nona Perez*

ORIGINAL

FILED
DISTRICT COURT OF GUAM
APR - 2 2004
MARY L. M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ, and NONA A. PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG Lufthansa Service Holding AG, LSG Lufthansa Service [LSG] Guam, Inc., LSG Catering Guam, Inc., LSG Lufthansa Service USA Corporation, LSG Lufthansa Service [LSG] Asia, Ltd., LSG Lufthansa Service [LSG]Saipan, Inc., LSG Catering Saipan, Inc. LSG Sky Chefs, and DOES 1 through 20,<br><br>Defendants. | CIVIL CASE NO. 03-00028<br><br>MOTION FOR ADDITIONAL TIME WITHIN WHICH TO RESPOND AND FOR CONTINUED HEARINGS |

Come now the Plaintiff, by and through their counsel of record, and herein request the indulgence of the Court for additional time to respond to the Court's December 24, 2003 Order regarding the personal jurisdiction for the Court over some of the Defendants, and for other responses, and for the hearings in this matter to be postponed for a period of thirty days, until at least the beginning of May, due to Plaintiffs' counsel's medical condition and impending treatment.

Case 1:03-cv-00028   Document 59   Filed 04/02/2004   Page 1 of 14

1. Plaintiff submits her declaration and other documents notifying members of the bar and local
2. court of her medical condition and need to leave island. Plaintiffs' counsel attempted to obtain an
3. Agreement from defense counsel, as indicated, but it was not obtained.
4. Respectfully submitted this 2nd day of April, 2004.

By: *signature*
Sandra D. Lynch, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the instant Motion was faxed to the office of Defense Counsel, Limtiaco, Cruz & Sison at 477-0001, on the 2nd day of April, 2004, and a copy delivered to their offices by hand delivery.

*signature*
Sandra D. Lynch

-2-

SANDRA D. LYNCH, ESQ., P.C.
Travel Pacificana Building, Suite 3
207 MARTYR STREET
HAGÅTÑA, GUAM 96910
Telephone: (671) 472-8890
Fax: (671) 472-8889
E-Mail: sdlynch@ite.net

*Attorney for Michelle D. Ramos,*
*Ricardo G. "Gino" Perez, and Nona Perez*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

MICHELLE D. RAMOS,
RICARDO G. "GINO" PEREZ,
and NONA A. PEREZ,

    Plaintiffs,

vs.

LSG Lufthansa Service Holding AG,
LSG Lufthansa Service [LSG] Guam, Inc.,
LSG Catering Guam, Inc.,
LSG Lufthansa Service USA Corporation,
LSG Lufthansa Service [LSG] Asia, Ltd.,
LSG Lufthansa Service [LSG]Saipan, Inc.,
LSG Catering Saipan, Inc.
LSG Sky Chefs,
and DOES 1 through 20,

    Defendants.

CIVIL CASE NO. 03-00028

DECLARATION OF COUNSEL
RE: MOTION FOR
ADDITIONAL TIME
WITHIN WHICH TO
RESPOND AND FOR
CONTINUED HEARINGS

I, Sandra D. Lynch, hereby declare that I am counsel for Plaintiffs, and that I attempted to obtain agreements from the defense counsel for accommodation for my medical condition and off island treatment prior to making this Motion.

Calls to defense counsel's office were unsuccessful on February 13, when I first was notified of my illness, and on 17, 23, and March 2. My calls were not returned.

1. On March 11, I called again and left a message but was told that neither Ms. Cruz or Ms.
2. Limtiaco were available. I was home ill many days in February and March and had to continue
3. many of my cases in local court. Due to ongoing medical issues, I have been unable to attend to
4. many of my clients and have notified them of this fact. I attach notices of my medical illness.
5. I finally was able to speak with Donna Cruz on April 1. I informed her that I would send
6. over a Stipulation and that I was unsure about my continuation in this case. She told me that she
7. could not commit to sign the Stipulation and agree to extend any dates because Ms. Limtiaco is lead
8. counsel.
9. Documents were faxed and emailed to defense counsel's offices on April 1.
10. When the documents were presented to their offices on April 2, my runner was told that no
11. one was available
12. Dated this 2nd day of April, 2004.



Sandra D. Lynch, Esq.

-2-

**THE LAW OFFICES OF
SANDRA D. LYNCH, ESQ., P.C.**
207 Martyr Street, Suite 3
Hagatna, Guam 96910
(671) 472-8889
Fax: (671) 472-8890

April 1, 2004

Donna Cruz, Esq.
Limtiaco Cruz & Sison PLLC
777 Route 4, MVP Business Center
Sinajana, Guam 96910

Re: Michelle Ramos, et al. vs. LSG Lufthansa Service Holding AG, et al.
District Court of Guam Case No. 03-00028;

Dear Donna:

Pursuant to our conversation of this date, I am enclosing a Stipulation and Order regarding the pending motions in District Court. Please sign and submit it to District Court. If you wish, my runner can take care of the filing. The District Court is well aware of my medical condition, as I had to prepare Affidavits in six criminal cases for appointment of new counsel given my absence and ongoing medical issues since February 12.

I also request your consent to Consolidate the two cases, the Ramos case, noted above, and the recently filed case of Datuin v. LSG. I have prepared and enclose a Stipulation for that case as well. If you are not amenable to consolidating the two cases by Stipulation, then please provide me with an acceptable hearing date in the first two weeks of May so that I may prepare and file the appropriate motion.

Your professional courtesy in this matter is appreciated.

Sincerely,

Sandra D. Lynch, Esq.
Attorney for Plaintiffs

SANDRA D. LYNCH, ESQ., P.C.
Travel Pacificana Building, Suite 3
207 MARTYR STREET
HAGÅTÑA, GUAM 96910
Telephone: (671) 472-8889
Fax: (671) 472-8890
E-Mail: sdlynch@ite.net

*Attorney for Michelle D. Ramos,*
*Ricardo G. "Gino" Perez, and Nona Perez*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ, and NONA A. PEREZ,

　　　　Plaintiffs,

vs.

LSG Lufthansa Service Holding AG,
LSG Lufthansa Service [LSG] Guam, Inc.,
LSG Catering Guam, Inc.,
LSG Lufthansa Service USA Corporation,
LSG Lufthansa Service [LSG] Asia, Ltd.,
LSG Lufthansa Service [LSG]Saipan, Inc.,
LSG Catering Saipan, Inc.
LSG Sky Chefs,
and DOES 1 through 20,

　　　　Defendants.

CIVIL CASE NO. 03-00028

**STIPULATION AND ORDER**

Come now the parties, by and through their counsel of record, and herein Stipulate and Agree that due to Plaintiff's counsel's medical condition and impending off island treatment, any hearings in this matter and responses by Plaintiff shall be continued for a period of thirty (30) days.

The parties will continue to prepare a Scheduling Order for the Court's approval during this period of time.

This cause came before the Court on the Stipulation of the parties, the Court being apprized of Plaintiffs' counsel's medical condition, and good cause having been shown, it is hereby

**ORDERED** that the hearing currently scheduled for April 16 shall be continued, and any responses due from Plaintiffs shall be in abeyance for a period of at least thirty days.

Plaintiffs shall file any Supplemental pleadings regarding jurisdiction on or before _____; and shall file a Response to Defendant's Motion for Return of Documents on or before _____.

The hearing scheduled for Defendant's Motion for Return of Documents shall be held on _____ at the hour of ____.m.

SO ORDERED: _____

**HONORABLE JOHN S. UNPINGCO**
Chief Judge, District of Guam

SO STIPULATED:

For Plaintiffs:                     For Defendants:

By: _Sandra D. Lynch_          By: _____
Sandra D. Lynch, Esq.              Alicia A. Limtiaco, Esq.

* * * ORDER * * *

-2-

SANDRA D. LYNCH, ESQ., P.C.
Travel Pacificana Building, Suite 3
207 MARTYR STREET
HAGÅTÑA, GUAM 96910
Telephone: (671) 472-8889
Fax: (671) 472-8890
E-Mail: sdlynch@ite.net

*Attorney for Michelle D. Ramos,
Ricardo G. "Gino" Perez, and Nona Perez
and for Felipe Datuin, James Cruz, and
Jeff Gumataotao*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> LSG Lufthansa Service Holding AG, et al., <br><br> Defendants. | Civil Case No. 03-00028 <br><br> **STIPULATION AND ORDER FOR CONSOLIDATION OF CASES** |
| FELIPE DATUIN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> LSG Lufthansa Service Holding AG, et al., <br><br> Defendants. | Civil Case No. 04-00010 |

Come now the parties, by and through their counsel of record, and herein Stipulate and Agree that due to similarities in claims by Plaintiffs in both Civil Case No. 03-00028 and in Civil Case No.

Limtiaco Cruz & Sison, PLLC
Rec'd: APR 02 2004  Time: 201p

04-00010, against the same Defendants, LSG et al., both cases will likely involve the same documents, witnesses, and issues, the two cases should be consolidated for all purposes, to conserve resources and for judicial economy.

**SO STIPULATED:**

For Plaintiffs:                    For Defendants:

By: *Sandra D. Lynch*              By: _____
Sandra D. Lynch, Esq.                  Alicia A. Limtiaco, Esq.

\* \* \* O R D E R \* \* \*

This cause came before the Court on the Stipulation of the parties, and good cause having been shown, it is hereby **ORDERED** that the two cases herein shall be consolidated.

**SO ORDERED:** _____

**HONORABLE JOHN S. UNPINGCO**
Chief Judge, District of Guam

-2-

**THE LAW OFFICES OF
SANDRA D. LYNCH, ESQ., P.C.**
207 Martyr Street, Suite 3
Hagatna, Guam 96910
(671) 472-8889/565-7730
Fax: (671) 472-8890/565-7731
Email: sdlynch@ite.net

February 20, 2004

To My Clients:

Re: **Legal Representation**

I regret to inform you that I have very recently discovered a serious health issue which requires that I leave or severely curtail my practice for six months or longer, beginning in approximately 60 days or by the end of April. It is therefore necessary for me to transfer you to another attorney for conclusion or continuation of work on your respective case.

You should immediately contact attorneys from the attached list and determine between you and the attorney whether he or she can substitute into your case in my stead. If you are unable to find an attorney, I can contact some of the attorneys that I am familiar with, and try to convince them to represent you. Given the short time frame, even if you are unable to secure other counsel, I ask that you allow me to withdraw from your case.

I will of course work with your new attorney so that your case is not compromised. I have prepared a brief memo regarding the status of your case for you to take to other attorneys you interview. If your trust account has a balance, we will provide you a final billing and any retainer remaining will be returned to you or transferred to your new attorney.

In some cases, you may be required to deposit a new retainer, depending on the attorney you select or who agrees to substitute in for me. The attorneys in Guam have different fee schedules and retainer requirements, and you should consider this when interviewing with them. Your file is available at any time for transfer.

I appreciate your consideration in this matter. If you have any questions, please feel free to call the office at 472-8889.

Sincerely,

Sandra D. Lynch, Esq.

THE LAW OFFICES OF
SANDRA D. LYNCH, ESQ., P.C.
207 Martyr Street, Suite #3
Travel Pacificana Building
Hagatna, Guam 96910
(671) 472-8889
Fax: (671) 472-8890
Email: sdlynch@ite.net

2/24/04

## NOTICE

TO :  The Honorable Alberto C. Lamorena, III
Presiding Judge, Superior Court of Guam

The Honorable Katherine A. Maraman
Judge, Superior Court of Guam

The Honorable Steven S. Unpingco
Judge, Superior Court of Guam

The Honorable Michael J. Bordallo
Judge, Superior Court of Guam

The Honorable Elizabeth Barrett-Anderson
Judge, Superior Court of Guam

The Honorable Anita A. Sukola
Judge, Superior Court of Guam

Linda Ingles, Referee
Judicial Hearing Division

I have recently been apprized of a serious health condition which requires that I take medical leave for a period of at least six months. The success of my treatment depends on the speed with which I begin. I will know more when I see physicians in the states the week of April 5. I request that cases in which I am counsel of record be managed so that my clients can obtain new counsel without prejudice to their positions.

In some cases, I have asked my opposing counsel for Stipulations to continue hearings and trials. In others, I am actively seeking assistance from my colleagues in the bar to take over cases. I have advised my clients to interview other attorneys and have provided them with the list of Referral attorneys.

Thank you for your consideration.

*[signature]*

**THE LAW OFFICES OF
SANDRA D. LYNCH, ESQ., P.C.**
207 Martyr Street, Suite 3
Hagatna, Guam 96910
(671) 472-8889
Fax: (671) 472-8890

M E M O R A N D U M

TO : JUDGES, Supreme Court of Guam
JUDGES, Superior Court of Guam
JUDGE, District Court of Guam
ALL PRACTICING ATTORNEYS

FROM : SANDRA D. LYNCH, Esq.

DATE : March 8, 2004

SUBJECT : Off - Island

Please be advised that I will be traveling off island on medical leave from April 2, 2004 to April 11, 2004. It would be appreciated if all matters relative to my appearance as attorney of record be deferred until my return.

Thank you for your cooperation.

SANDRA D. LYNCH, Esq.

# DECLARATION OF COUNSEL

I, Sandra D. Lynch, declare as follows:

1. I am counsel of record for this case and others in the U.S. District Court of Guam.

2. I recently learned that I must seek medical treatment which will take between 4 and 6 months to conclude.

3. I depart Guam on April 2 and expect to return on April 16, during which time my physicians will make decisions regarding treatment. The date of my return will depend on the results of various consultations and tests and could be extended. I am uncertain that when I return I will be capable of representing clients to the best of my abilities.

4. In order to protect my clients during my absence and upon my return, I request that alternative counsel be appointed, and that I be permitted to withdraw from this case.

5. I have discussed my case load with the members of the Criminal Justice Panel and with the Federal Public Defender. All are aware of my situation and are familiar with the status of my cases in this Court. My colleagues are willing to accept my Court appointments should this Court permit my withdrawal.

I make this Declaration under penalty of perjury under the laws of the United States.

Respectfully submitted this 31st day of March, 2004.

By: _____
Sandra D. Lynch, Esq