ORIGINAL

FILED
DISTRICT COURT OF GUAM
APR - 6 2004
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ, and NONA A. PEREZ,

Plaintiffs,

vs.

LSG LUFTHANSA SERVICE HOLDING AG, et al.,

Defendants.

Civil Case No. 03-00028

**ORDER**

The Court is in receipt of Defendants LSG Lufthansa Service Guam, Inc.'s, LSG Catering Guam, Inc.'s, LSG Lufthansa Service (LSG) Saipan, Inc.'s, and LSG Catering Saipan, Inc.'s Motion for Attorneys' Fees pursuant to Federal Rule of Civil Procedure 30(b) and (g) for Failure to Appear at Deposition, filed March 24, 2004. Plaintiffs shall have until April 12, 2004, to file a response, if any. If a response is received, Defendants shall have until April 19, 2004, to file a reply. Oral arguments will be heard on April 27, 2004, at 10:30 A.M.

IT IS SO ORDERED this 5th day of April, 2004.

JOHN S. UNPINGCO
Chief Judge, District Court of Guam