1  **LIMTIACO CRUZ & SISON, PLLC**
   Alicia A. Limtiaco, Esq.
2  Donna M. Cruz, Esq.
   MVP Business Center
3  777 Route 4, Suite 11B
   Sinajana, Guam 96910
4  Telephone: (671) 477-0000
   Facsimile: (671) 477-0001
5
   **SIDLEY AUSTIN BROWN & WOOD LLP**
6  Peter I. Ostroff (SBN 045718)
   Max C. Fischer (SBN 226003)
7  555 West Fifth Street, Suite 4000
   Los Angeles, California 90013-1010
8  Telephone: (213) 896-6000
   Facsimile: (213) 896-6600

FILED
DISTRICT COURT OF GUAM
APR 09 2004
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, et al. | CIVIL CASE NO. 03-00028 |
| Plaintiffs, | |
| vs. | LSG CATERING GUAM, INC. AND LSG LUFTHANSA SERVICE GUAM, INC.'S RESPONSE TO PLAINTIFFS' MOTION FOR ADDITIONAL TIME WITHIN WHICH TO RESPOND AND FOR CONTINUED HEARINGS |
| LSG LUFTHANSA SERVICE GUAM, INC., et al. | |
| Defendants. | |

Comes now, Limtiaco Cruz & Sison, PLLC (hereinafter "LCS"), on behalf of LSG Catering Guam, Inc. and LSG Lufthansa Service Guam, Inc. (collectively "LSG Guam"), and hereby files its response to Plaintiffs' Motion for Additional Time Within Which to Respond and for Continued Hearings. LSG Guam does not object to Plaintiffs' counsel's request for continued hearings on the pending motions that have already been filed, however, LSG Guam objects to Plaintiffs' counsel's request for additional time within which to respond to the Court's December 24, 2003 Order

| | |
|---|---|
| 1 | regarding the supplemental briefing deadline of April 1, 2004, in non-Guam Defendants' Motion to |
| 2 | Dismiss for Lack of Jurisdiction. LSG Guam does not object to Plaintiffs' counsel's request for |
| 3 | additional time within which to respond to Defendants' Motion for Attorneys Fees. LSG Guam |
| 4 | takes note that Plaintiffs filed their Opposition to LSG Guam's Motion for Return of |
| 5 | Misappropriated Property on April 2, 2004. |

Dated: April 8, 2004                                    LIMTIACO CRUZ & SISON, PLLC

By: _____
For DONNA M. CRUZ
Counsel For Defendants LSG Lufthansa Service Guam, Inc. and LSG Lufthansa Catering Guam, Inc.

U:\Legal Files\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\Pleadings\Response to Motion for Continuance (DMC-Final 4-9-04).DOC

- 2 -

Case 1:03-cv-00028   Document 62   Filed 04/09/2004   Page 2 of 2