LIMTIACO CRUZ & SISON, PLLC
Alicia A. Limtiaco, Esq.
Donna M. Cruz, Esq.
MVP Business Center
777 Route 4, Suite 11B
Sinajana, Guam 96910
Telephone: (671) 477-0000
Facsimile: (671) 477-0001

SIDLEY AUSTIN BROWN & WOOD LLP
Peter I. Ostroff (SBN 045718)
Max C. Fischer (SBN 226003)
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, et al. | CIVIL CASE NO. 03-00028 |
| Plaintiffs, | |
| vs. | **MOTION FOR LEAVE OF COURT TO FILE FACSIMILES OF DECLARATIONS** |
| LSG LUFTHANSA SERVICE GUAM, INC., et al. | |
| Defendants. | |

COMES NOW, Raymond L. Souza, Jr., of the Law Offices of Limtiaco Cruz & Sison, PLLC, Counsel for Defendants LSG Catering Guam, Inc. and LSG Lufthansa Service Guam, Inc. (collectively "Defendants"), and hereby submits this Motion for Leave of Court to File Facsimiles of the following Declarations:

1. Declaration of Alicia A. Limtiaco, Esq., co-counsel and partner of Limtiaco Cruz & Sison, PLLC; and

2. Declaration of Donna M. Cruz, Esq., co-counsel and partner of Limtiaco Cruz & Sison, PLLC.

This motion is supported by the Memorandum of Points and Authorities filed contemporaneously herewith, all pleadings and documents on file herein and upon such further evidence and legal argument as may be presented at a hearing on this matter.

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to District Court of Guam General Rule 5.1, Defendants hereby move this Court to accept as the original for filing the facsimile declarations described above pending receipt and filing of the originally executed declarations with the original signatures. Counsel for Defendants brings this motion on the basis that such facsimile filing is necessary to ensure the timely filing of the declarations which are being attached to Defendants' Response to Plaintiffs' Motion for Additional Time Within Which to Respond and For Continued Hearings. Counsel for Defendants brings this motion on the basis that such facsimile filing is necessary to ensure the filing of the response to which the facsimiles are attached hereto.

LIMTIACO CRUZ & SISON, PLLC

By: _____
RAYMOND L. SOUZA, JR., Esq.
A licensed employee.

U:\Legal Files\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\Pleadings\Motion for Return of Docs\Motion to File Facsimile of Declarations (AAL-Final 4.9.04).doc

2