LIMTIACO CRUZ & SISON, PLLC
Alicia A. Limtiaco, Esq.
Donna M. Cruz, Esq.
MVP Business Center
777 Route 4, Suite 11B
Sinajana, Guam 96910
Telephone: (671) 477-0000
Facsimile: (671) 477-0001

SIDLEY AUSTIN BROWN & WOOD LLP
Peter I. Ostroff (SBN 045718)
Max C. Fischer (SBN 226003)
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

FILED
DISTRICT COURT OF GUAM
APR 09 2004
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, et al.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.<br><br>　　　　Defendants. | CIVIL CASE NO. 03-00028<br><br>**DECLARATION OF ALICIA A. LIMTIACO** |

I, ALICIA A. LIMTIACO, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge:

1. I am an attorney admitted to practice before the United States District Court of Guam and a Partner with Limtiaco Cruz & Sison, PLLC (hereinafter "LCS"), which maintains an office at

ORIGINAL

777 Route 4, MVP Business Center, Suite 11B, Sinajana, Guam 96910. That LCS represents LSG Catering Guam, Inc. and LSG Lufthansa Service Guam, Inc. (collectively "LSG Guam").

2. I submit this Declaration in support of LSG Guam's Response to Plaintiffs' Motion for Additional Time Within Which to Respond and for Continued Hearings.

3. Contrary to Plaintiffs' counsel's allegations that telephone calls to our office were made on February 13, 17, 23 and March 02 and 11, 2004 to which defense counsel allegedly did not respond, defense counsel does not recall receiving any messages from Plaintiffs' counsel and furthermore, if any messages from Plaintiffs' counsel were received, defense counsel returned them promptly.

Dated: April 8, 2004                           LIMTIACO CRUZ & SISON, PLLC


By: _____
ALICIA A. LIMTIACO
Counsel For Defendants LSG Lufthansa Service Guam, Inc. and LSG Lufthansa Catering Guam, Inc.