**LIMTIACO CRUZ & SISON, PLLC**
Alicia A. Limtiaco, Esq.
Donna M. Cruz, Esq.
MVP Business Center
777 Route 4, Suite 11B
Sinajana, Guam 96910
Telephone: (671) 477-0000
Facsimile: (671) 477-0001

**SIDLEY AUSTIN BROWN & WOOD LLP**
Peter I. Ostroff (SBN 045718)
Max C. Fischer (SBN 226003)
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

FILED
DISTRICT COURT OF GUAM

APR 09 2004

MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, et al. | CIVIL CASE NO. 03-00028 |
| Plaintiffs, | |
| vs. | **DECLARATION OF DONNA M. CRUZ** |
| LSG LUFTHANSA SERVICE GUAM, INC., et al. | |
| Defendants. | |

I, DONNA M. CRUZ, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge:

    1.    I am an attorney admitted to practice before the United States District Court of Guam and a Partner with Limtiaco Cruz & Sison, PLLC (hereinafter "LCS"), which maintains an office at

777 Route 4, MVP Business Center, Suite 11B, Sinajana, Guam 96910. That LCS represents LSG Catering Guam, Inc. and LSG Lufthansa Service Guam, Inc. (collectively "LSG Guam").

2.    I submit this Declaration in support of LSG Guam's Response to Plaintiffs' Motion for Additional Time Within Which to Respond and for Continued Hearings.

3.    Contrary to Plaintiffs' counsel's allegations that telephone calls to our office were made on February 13, 17, 23 and March 02 and 11, 2004 to which defense counsel allegedly did not respond, defense counsel does not recall receiving any messages from Plaintiffs' counsel and furthermore, if any messages from Plaintiffs' counsel were received, defense counsel returned them promptly.

4.    On April 01, 2004, I received a telephone call from Plaintiffs' counsel. During our discussion, Plaintiffs' counsel relayed that because of her medical illness she had to leave off island and asked if I would be agreeable to extend the dates for Plaintiffs Response to LSG Guam's Motion for Return of Misappropriated Documents. I informed her that Ms. Limtiaco was handling that particular motion and I would not be able to extend any dates until I discussed the matter with Ms. Limtiaco. Plaintiffs' counsel then informed me that she would send over a stipulation to extend the dates for Plaintiffs Response to LSG Guam's Motion for Return of Misappropriated Documents anyway and that I could work out the particular dates with Ms. Limtiaco. At no time did I understand her to mean nor did she ever discuss with me that she wanted an extension of the Court's April 01, 2004 supplemental brief filing deadline on the issue of the non-Guam Defendants' Motion to Dismiss for Lack of Jurisdiction or the Defendants' Motion for Attorneys Fees.

-2-

Dated: April 8, 2004

LIMTIACO CRUZ & SISON, PLLC


By: _____
    DONNA M. CRUZ
    Counsel For Defendants LSG Lufthansa
    Service Guam, Inc. and LSG Lufthansa
    Catering Guam, Inc.

-3-