LIMTIACO CRUZ & SISON, PLLC
Suite 11B, MVP Business Center
777 Route 4
Sinajana, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-477-0001
Email: mail@torreslaw.com

Attorneys for Defendants LSG Lufthansa Service
Guam, Inc. and LSG Catering Guam, Inc.

FILED
DISTRICT COURT OF GUAM
APR 09 2004
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ and NONA A. PEREZ, <br><br> Plaintiffs, <br><br> vs. <br><br> LSG LUFTHANSA SERVICE HOLDING AG; LSG LUFTHANSA SERVICE (LSG) GUAM, INC.; LSG CATERING GUAM, INC.; LSG LUFTHANSA SERVICE USA CORPORATION; LSG LUFTHANSA SERVICE (LSG) ASIA, LTD.; LSG LUFTHANSA SERVICE (LSG) SAIPAN, INC.; LSG CATERING SAIPAN, INC.; LSG SKY CHEFS; HYUNG K. CHEUNG; PANDALITSCHKA; KELVIN CHAN; and DOES 1 through 20, <br><br> Defendants. | Civil Case No. 03-00028 <br><br><br><br><br><br><br><br> CERTIFICATE OF SERVICE |

I hereby certify that a true and correct copy of the following documents were served by hand deliver to the Law Office of Sandra D. Lynch, Esq., C&A Building, Suite 101, 251 Martyr Street, Hagatna, Guam 96910:

1. LSG Catering Guam, Inc. and LSG Lufthansa Service Guam Inc.'s Response to Plaintiffs' Motion for Additional Time Within Which to Respond and For Continued Hearings;

2. Reply Memorandum of Points and Authorities in Further Support of Application for Order Requiring Return of Misappropriated Property;

3. Motion for Leave of Court to File Facsimiles of Declarations;

4. Declaration of Donna M. Cruz;

5. Declaration of Alicia A. Limtiaco; and

6. Proposed Order Approving Leave of Court to File Facsimiles of Declarations.

Dated this 9th day of April 2004.

_____
ROSA L. RESENDEZ