DISTRICT COURT OF GUAM

TERRITORY OF GUAM

FILED
DISTRICT COURT OF GUAM
APR - 9 2004
MARY L. M. MORAN
CLERK OF COURT

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ, and NONA A. PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE HOLDING AG, et al.,<br><br>Defendants. | Civil Case No. 03-00028<br><br><br>**ORDER** |

The Court is in receipt of Plaintiffs' Motion for Additional Time Within Which to Respond and for Continued Hearings, filed April 2, 2004. Finding good cause, the Court GRANTS the motion. Plaintiffs shall have an additional thirty (30) days in which to respond to any motions currently pending before the Court, and to submit a supplemental brief regarding personal jurisdiction over the "non-Guam Defendants."[1] The Court vacates the hearing dates for Defendants' Motion for an Order Requiring Immediate Return of Misappropriated Property and Defendants' Motion for Attorneys' Fees. The Court will hear oral arguments on these two motions on May 26, 2004, at 10:00 A.M.

IT IS SO ORDERED this 9th day of April, 2004.

**JOHN S. UNPINGCO**
**Chief Judge, District Court of Guam**

---

[1] This Order does not enlarge the time for Plaintiffs to conduct discovery on jurisdiction.