**SANDRA D. LYNCH, ESQ.**
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889
Facsimile: (671) 472-8890
E-mail: sellislynch@hotmail.com

*Attorneys for Plaintiffs*

**FILED**
DISTRICT COURT OF GUAM

APR 1 2 2004

MARY L. M. MORAN
CLERK OF COURT

64

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, et al. | CASE NO. 03-00028 |
| Plaintiffs, | |
| vs. | **ASSOCIATION OF COUNSEL** |
| LSG LUFTHANSA SERVICE GUAM, INC., et al., Defendants. | |

The law office of **SANDRA D. LYNCH, ESQ., PC** hereby associates the law firm of **CYNTHIA V. ECUBE, ESQ. PC** in the above matter for the purpose of submitting the ~~attached~~ MOtion and Declaration.

Dated this 12th day of April , 2004.

**LAW OFFICE OF SANDRA D. LYNCH, ESQ., PC**

By: _____
    Sandra D. Lynch

The association of counsel is hereby accepted.

Dated this 1TH day of April , 2004.

LAW OFFICES OF CYNTHIA V. ECUBE, ESQ. PC

By: _____
    CYNTHIA V. ECUBE

ORIGINAL