SANDRA D. LYNCH, ESQ., P.C.
Travel Pacificana Building, Suite 3
207 MARTYR STREET
HAGÅTÑA, GUAM 96910
Telephone: (671) 472-8889
Fax: (671) 472-8890
E-Mail: sdlynch@ite.net

*Attorney for Michelle D. Ramos,
Ricardo G. "Gino" Perez, and Nona Perez*

FILED
DISTRICT COURT OF GUAM
APR 12 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ, and NONA A. PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG Lufthansa Service Holding AG, LSG Lufthansa Service [LSG] Guam, Inc., LSG Catering Guam, Inc., LSG Lufthansa Service USA Corporation, LSG Lufthansa Service [LSG] Asia, Ltd., LSG Lufthansa Service [LSG]Saipan, Inc., LSG Catering Saipan, Inc., LSG Sky Chefs, and DOES 1 through 20,<br><br>Defendants. | CIVIL CASE NO. 03-00028<br><br>**MOTION FOR LEAVE OF COURT TO FILE RESPONSE TO MOTION FOR ATTORNEYS FEES and DECLARATION VIA FACSIMILE** |

COMES NOW, Sandra D. Lynch, counsel for Plaintiffs Michelle D. Ramos, Ricardo G. (Gino) Perez, and Nona A. Perez, and hereby submits this Motion for Leave of Court to File Facsimile of the following documents:

1. Plaintiff's Opposition to Defendant's Motion for Attorneys Fees

2. Declaration of Counsel in Support of Plaintiff's Opposition to Defendant's Motion for Attorneys Fees

This Motion is supported by the Memorandum of Points and Authorities filed contemporaneously herewith, all pleadings and documents on file herein and upon such further evidence and legal argument as may be presented at a hearing on this matter.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Pursuant to District Court of Guam General Rule 5.1, Plaintiffs hereby move this Court to accept as original for filing the facsimile documents described above pending receipt and filing of the originally executed declarations with original signatures. Counsel for Plaintiffs was off island on medical evacuation when the Order to respond to Defendant's motion for attorneys fees by April 12 was received, and is not expected to return until April 20. Counsel brings this motion on the basis that such facsimile filing is necessary to ensure the timely filing of the response and declaration.

Respectfully Submitted this 12th day of April, 2004.

Sandra D. Lynch, Esq.
Attorneys for Plaintiffs

*Michelle D. Ramos et al. vs. LSG Lufthansa Service [Guam] Inc, et al.*
*District Court of Guam Civil Case No. 03-00028*
*Motion for Leave of Court to File Facsimile Response*   -2-