LIMTIACO CRUZ & SISON, PLLC
Alicia A. Limtiaco, Esq.
Donna M. Cruz, Esq.
MVP Business Center
777 Route 4, Suite 11B
Sinajana, Guam 96910
Telephone: (671) 477-0000
Facsimile: (671) 477-0001

SIDLEY AUSTIN BROWN & WOOD LLP
Peter I. Ostroff (SBN 045718)
Max C. Fischer (SBN 226003)
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

FILED
DISTRICT COURT OF GUAM
APR 13 2004
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, et al. | CIVIL CASE NO. 03-00028 |
| Plaintiffs, | |
| vs. | ~~(PROPOSED)~~ ORDER APPROVING ~~LEAVE OF COURT TO FILE~~ FILING OF FACSIMILES OF DECLARATIONS |
| LSG LUFTHANSA SERVICE GUAM, INC., et al. | |
| Defendants. | |

The Defendants are hereby permitted to file the facsimiles of the declarations described in Defendants' Response to Plaintiffs' Motion for Additional Time Within Which to Respond and for Continued Hearings pending receipt and filing of the originally executed declarations with the original signatures.

**ORIGINAL**

Michelle Ramos, et al. v. LSG Lufthansa Service Holding AG, et al.
District Court of Guam Civil Case No. 03-00028
Order Approving Leave of Court to File Facsimiles of Declarations

Counsel for Defendants is further ordered to file the originally executed declarations with this court upon receipt from counsel.

SO ORDERED: APR 13 2004

HONORABLE JOHN S. UNPINGCO
Judge, District Court of Guam

**RECEIVED**
APR - 9 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

U:\Legal Files\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\Pleadings\Motion for Return of Docs\Proposed Order - Motion to File Facsimile of Declarations (AAL-Final 4.9.04).doc

2