1  **SANDRA D. LYNCH, ESQ., P.C.**
Travel Pacificana Building, Suite 3
2  207 MARTYR STREET
HAGÅTÑA, GUAM 96910
3  Telephone: (671) 472-8889
Fax: (671) 472-8890
4  E-Mail: sdlynch@ite.net

5  *Attorney for Michelle D. Ramos,*
*Ricardo G. "Gino" Perez, and Nona Perez*
6

7

8

9

10

11

FILED
DISTRICT COURT OF GUAM

APR 15 2004

MARY L. M. MORAN
CLERK OF COURT

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF GUAM

13  MICHELLE D. RAMOS,          )   CIVIL CASE NO. 03-00028
RICARDO G. "GINO" PEREZ,    )
14  and NONA A. PEREZ,          )
)   [~~PROPOSED~~] ORDER APPROVING
15      Plaintiffs,             )   MOTION FOR LEAVE OF
)   COURT TO FILE
16                              )   RESPONSE   TO MOTION FOR
vs.                         )   ATTORNEYS FEES and
17                              )   DECLARATION VIA FACSIMILE
)
18  LSG Lufthansa Service Holding AG,      )
LSG Lufthansa Service [LSG] Guam, Inc.,  )
19  LSG Catering Guam, Inc.,               )
LSG Lufthansa Service USA Corporation,   )
20  LSG Lufthansa Service [LSG] Asia, Ltd.,  )
LSG Lufthansa Service [LSG]Saipan, Inc.,  )
21  LSG Catering Saipan, Inc.              )
LSG Sky Chefs,                          )
22   and DOES 1 through 20,                )
)
23      Defendants.                       )
_____)
24

    Plaintiff is hereby permitted to file the facsimiles of the response to Motion for Attorneys
25
Fees and Declaration described in Plaintiff's Motion for Leave of Court to File Response to Motion
26
for Attorneys Fees and accompanying Declaration pending receipt and filing of the originally
27
executed documents with original signatures.
28

1   Counsel for Plaintiff is further ordered to file the originally executed response and declaration

2   with this Court upon receipt from counsel.

3          SO ORDERED: __APR 1 4 2004_____.

4

5

6                                    _____
                                     HONORABLE JOHN S. UNPINGCO
7                                    Judge, District Court of Guam

8

9

10

11

12

13

14

15

16

17                          RECEIVED

18                          APR 1 3 2004

19                    DISTRICT COURT OF GUAM
                         HAGATNA, GUAM
20

21

22

23

24

25

26

27   *Michelle Ramos et al. vs. LSG Lufthansa Service Holding AG et al.*
     *District Court of Guam Civil Case No. 03-00028*
28   *Order Approving leave of Court to File Response*
     *to Motion for Attorneys fees and Declaration via Facsimile*    -2-