LIMTIACO CRUZ & SISON, PLLC
Suite 11B, MVP Business Center
777 Route 4
Sinajana, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-477-0001
Email: guamlaw@ite.net

Attorneys for Defendants LSG Lufthansa Service
Guam, Inc. and LSG Catering Guam, Inc.

FILED
DISTRICT COURT OF GUAM
APR 19 2004
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ and NONA A. PEREZ, <br><br> Plaintiffs, <br><br> vs. <br><br> LSG LUFTHANSA SERVICE HOLDING AG; LSG LUFTHANSA SERVICE (LSG) GUAM, INC.; LSG CATERING GUAM, INC.; LSG LUFTHANSA SERVICE USA CORPORATION; LSG LUFTHANSA SERVICE (LSG) ASIA, LTD.; LSG LUFTHANSA SERVICE (LSG) SAIPAN, INC.; LSG CATERING SAIPAN, INC.; LSG SKY CHEFS; HYUNG K. CHEUNG; PANDALITSCHKA; KELVIN CHAN; and DOES 1 through 20, <br><br> Defendants. | Civil Case No. 03-00028 <br><br><br><br><br><br><br><br> CERTIFICATE OF SERVICE |

  I hereby certify that a true and correct copy of the following documents were served by hand deliver to the Law Office of Sandra D. Lynch, Esq., C&A Building, Suite 101, 251 Martyr Street, Hagatna, Guam 96910:

  1. Affidavit of Counsel Alicia A. Limtiaco;

  2. Affidavit of Counsel Donna M. Cruz; and

ORIGINAL

3. Reply to Plaintiffs' Opposition to Defendants' Motion for Attorneys Fees.

Dated this 19th day of April 2004.

_____
ROSA L. RESENDEZ