LIMTIACO CRUZ & SISON, PLLC
Alicia A. Limtiaco, Esq.
Donna M. Cruz, Esq.
MVP Business Center
777 Route 4, Suite 11B
Sinajana, Guam 96910
Telephone: (671) 477-0000
Facsimile: (671) 477-0001

SIDLEY AUSTIN BROWN & WOOD LLP
Peter I. Ostroff (SBN 045718)
Max C. Fischer (SBN 226003)
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

# UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, et al. | CIVIL CASE NO. 03-00028 |
| Plaintiffs, | |
| vs. | DECLARATION OF TERESA A. BORJA PURSUANT TO 28 U.S.C. §1746 |
| LSG LUFTHANSA SERVICE GUAM, INC., et al. | |
| Defendants. | |

I, Teresa A. Borja, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief:

1. I am employed as a paralegal with the Law Offices of Limtiaco Cruz & Sison, PLLC.

2. Our office represents LSG Catering Guam, Inc. and LSG Lufthansa Service Guam, Inc.

3. That the April 13, 2004 Order from this Court permitted our office to file the facsimiles of the declarations of attorneys Alicia A. Limtiaco and Donna M. Cruz in support of LSG Guam's Response to Plaintiffs' Motion for Additional Time Within Which to Respond and for Continued Hearings pending receipt and filing of the originally executed declarations with the original signatures.

4. That our office received the original declarations of attorneys Alicia A. Limtiaco and Donna M. Cruz on this date and hereby present these declarations to the Court for filing.

Further Declarant sayeth naught.

Dated this 20th day of April, 2004.

_____
Teresa A. Borja