SANDRA D. LYNCH, ESQ., P.C.
Travel Pacificana Building, Suite 3
207 MARTYR STREET
HAGÅTÑA, GUAM 96910
Telephone: (671) 472-8889
Fax: (671) 472-8890
E-Mail: sdlynch@ite.net

*Attorney for Michelle D. Ramos,
Ricardo G. "Gino" Perez, and Nona Perez*

FILED
DISTRICT COURT OF GUAM
MAY 19 2004
MARY L. M. MORAN
CLERK OF COURT

(76)

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, et al., ) | CIVIL CASE NO. 03-00028 |
| Plaintiffs, ) | |
| ) | **MOTION TO CONSOLIDATE** |
| vs. ) | |
| LSG Lufthansa Service Holding AG, et al., ) | |
| Defendants. ) | |

Pursuant to Rule 42 of the Federal Rules of Civil Procedure, Plaintiffs herein move this Court for an Order consolidating the instant case with Civil Case No. 04-00010, entitled *"Felipe Datuin, et al. v. LSG Lufthansa Service Holding AG."* Under Rule 42: Consolidation; Separate Trials,

> (a) Consolidation. When actions involving a common question of law or fact are pending before the court, it may order a joint hearing or trial of any or all the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay.

Plaintiffs are three former employees of LSG entities in Guam, who alleged that they were discriminated against in their employment. Plaintiffs filed complaints with the Equal Employment Opportunity Commission within 180 days of the actions by their employer. They each received a Right to Sue letter upon their request, and filed their suit against LSG within the applicable time limits. The defendants filed a Motion to Dismiss certain defendants, such as the individual

supervisors, in October, 2003. After the initial Decision by the Court, Defendants asked for Reconsideration. The Court issued its second Decision in December, 2003.

Defendants have pending Motions for Attorneys fees and for Return of corporate documents. The Court also has before it the remaining question of the personal jurisdiction over the corporate defendants named in the complaint. The Court has scheduled a hearing on these issues for May 26, 2004. Discovery has not yet commenced in this matter, although initial disclosure of some documents has taken place. The parties have been unable to agree to a Scheduling Order, therefore there is no trial date or other pertinent deadlines.

In the companion case, Civil Case No. 04-0010, the Plaintiffs are all former employees of LSG, who were terminated from employment. They also allege discrimination in the terms and conditions of their employment, and filed charge statements with the EEOC. After receiving their Right to Sue letters from EEOC, they filed a lawsuit against the LSG entities. However, given the Court's December. 2003 decision, they did not name as defendants their former supervisors. They did, however, name all the corporate defendants. A proposed Scheduling Order could not be agreed upon by the parties, so each submitted a proposal to the Court on May 18, 2004. To that end, there is no set date for the trial or other deadlines.

The issues in the two cases are identical, that is, whether or not the LSG defendants discriminated and retaliated against persons of Pacific Island descent, whether they created a hostile work environment, and whether the Plaintiffs were denied any constitutionally protected rights in employment.

The corporate entities are the same, with little exception, the witnesses for both parties are the same, most of the documents which will be used for both Plaintiffs and Defendants in both cases are the same. The issue of remedies will depend on the extent of discrimination and harassment and other unlawful conduct proved as to each Plaintiff.

Judicial economy dictates that these two cases be consolidated. Since there is no Scheduling Order for either case to date, it is more efficient for all parties to have the cases consolidated and to proceed on identical or similar issues.

## CONCLUSION

Plaintiffs request that the Court issue an Order consolidating this case with CIV 04-0010, in which former employees of LSG defendants allege discrimination in their employment by LSG. The issues are identical and the witnesses and documents to be used in both cases are either identical or similar. No prejudice will result to either party, since there is as yet no trial date scheduled in either case, and deadlines for discovery and motions have yet to be set.

Respectfully submitted this 19th day of May, 2004.

LAW OFFICE OF SANDRA D. LYNCH, Esq.

By: _____
Sandra D. Lynch, Esq.
Attorney for Plaintiffs

### Certificate of Service

I hereby certify that a copy of the foregoing Motion to Consolidate Cases was sent by fax and by hand delivery to counsel for the Defendants at Limtiaco Cruz & Sison PLLC, 777 Route 4, MVP Business Center, Sinajana, Guam 96910 on this 19th day of May, 2004.

_____
Sandra D. Lynch, Esq.

-3-