LIMTIACO CRUZ & SISON, PLLC
Alicia A. Limtiaco, Esq.
Donna M. Cruz, Esq.
MVP Business Center
777 Route 4, Suite 11B
Sinajana, Guam 96910
Telephone: (671) 477-0000
Facsimile: (671) 477-0001

SIDLEY AUSTIN BROWN & WOOD LLP
Peter I. Ostroff (SBN 045718)
Max C. Fischer (SBN 226003)
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for LSG Lufthansa Service Guam, Inc.
and LSG Catering Guam, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, et al. | CIVIL CASE NO. 03-00028 |
| Plaintiffs, | |
| vs. | |
| | DECLARATION OF NEIL DAVY |
| LSG LUFTHANSA SERVICE GUAM, INC., et al. | |
| Defendants. | |

I, Neil Davy, declare under penalty of perjury under 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge, information, and belief.

1. I am the General Manager of LSG Lufthansa Service Guam, Inc. ("LSG Guam") and LSG Lufthansa Service Saipan, Inc. ("LSG Saipan"). I am also a member of the board of directors for LSG Guam, LSG Catering Guam, Inc., LSG Saipan, and LSG Catering Saipan, Inc. I have held those positions since November 1, 2003. Prior to being General Manager, I held the positions in LSG as

follows: General Manager, Seattle 1612, Director Customer Service Detroit 1399 and Director Customer Service Vancouver 273. In my capacity as General Manager, a member of the board of directors, and based on my prior experience as a manager for LSG in the Americas region and Asia Pacific region for more than 5 years, I am familiar with the general business practices of LSG Guam and LSG Saipan, as well as LSG Lufthansa Service Asia, Ltd. ("LSG Asia") and LSG Lufthansa Service USA ("LSG USA"). My responsibilities include daily management of all aspects of the LSG Guam and LSG Saipan businesses, as well as long-range business planning, development, and management for LSG Guam and LSG Saipan. I am the highest ranking employee for LSG Guam and LSG Saipan. I have reviewed the Declaration of Michelle Ramos filed in Support of Jurisdiction over International Defendants ("Ramos Declaration"). Prior to assuming my position as General Manager for LSG Guam and LSG Saipan, I was trained by out-going General Manager Fritz Pandalitschka. I currently follow and exercise the practices, procedures, decision-making authority, discretion, duties, and responsibilities that I observed Mr. Pandalitschka following and exercising and that he trained me where applicable to my position. In fact, I am aware of no differences between the authority, discretion, responsibilities, practices, or procedures he held or followed as General Manager and that authority and responsibility that I now hold or follow in the same position.

2. LSG Guam and LSG Saipan receive various services from LSG USA and LSG Asia, including, but not limited to, general and administrative management services, marketing services, sales services, "branding" or advertising services, human resource support, services and training, IT services and tools, and the development and refinement of quality and efficiency standards for the manufacturing, and service delivery aspects of LSG Guam's and LSG Saipan's businesses. The costs for these services are not simply allocated to LSG Guam or LSG Saipan by LSG Asia and LSG USA; rather, in exchange for these services, LSG Guam and LSG Saipan pay a fee.

2

3. The Ramos Declaration asserts that various decisions affecting LSG Guam or LSG Saipan are made or approved by "LSG Asia," or "LSG USA," including certain purchasing, accounting, and hiring decisions or functions. HK Cheung ("Cheung") and David Wainman ("Wainman") are two members of LSG Guam, LSG Catering Guam, Inc.'s, LSG Saipan, and LSG Catering Saipan, Inc.'s board of directors. Both Cheung and Wainman are also directors and officers of LSG Asia. To the extent that purchasing, accounting, or hiring decisions are reviewed by anyone other than me, Messrs. Cheung or Wainman would be that person. On those occasions when such review has taken place, both Messrs. Cheung and Wainman have done so in each's capacity as a member of LSG Guam's, LSG Catering Guam, Inc.'s, LSG Saipan's, and LSG Catering Saipan, Inc.'s board of directors.

4. I am solely responsible and exercise sole discretion in managing all aspects of LSG Guam's and LSG Saipan's businesses. My responsibilities include, but are not limited to: (1) determining staffing needs and exercising final decision-making authority to open new employment positions with LSG Guam or LSG Saipan; (2) exercising final decision-making authority with respect to all employees, with the exception of general manager, hired to work for LSG Guam or LSG Saipan, as well as all decisions to terminate employees; (3) negotiating and exercising final decision-making authority regarding contracts with LSG Guam's and LSG Saipan's vendors to supply goods and materials; (4) negotiating and exercising final decision-making authority regarding the specific price and food provided to LSG Guam's and LSG Saipan's customers; (5) negotiating the terms of LSG Guam's and LSG Saipan's collective bargaining agreement with the local chapters of the Hotel Employees and Restaurant Employees Union; (6) exercising sole management and decision-making authority to make changes to LSG Guam or LSG Saipan's operations so as to meet the needs of their customers, or alternatively take any measures I deem appropriate to resolve customer service issues. In fact, I am aware of no aspects of LSG Guam's or LSG Saipan's business that require day-to-day input, supervision, management, or approval from or by LSG Asia or LSG USA.

3

5. In addition, through my subordinate managers and supervisors – all of whom are employees of LSG Guam and LSG Saipan – both LSG Guam and LSG Saipan manage, control, and supervise on a daily basis all aspects of their business, including but not limited to: (1) all accounting functions, daily audits, receivables, and banking; (2) all human resource functions, such as processing new hires, terminations, employee benefits, employee reviews, resolution of employee disputes, workers compensation and unemployment matters, and attendance; (3) information technology, such as local networking, email, and provision of technical support; (4) operations functions, such as ordering and delivery of perishables and other ingredients, food preparation, delivery to the customer, and quality control management; (5) purchasing, such as direct ordering of tools and equipment, and office supplies.

6. To the extent that I am required to seek approval or authorization, I seek it from LSG Guam's, LSG Catering Guam, Inc.'s, LSG Saipan's and LSG Catering Saipan, Inc.'s board of directors: either Messrs. Cheung or Wainman. Such instances are limited, however, to one-time, very large capital expenditures, or adoption of LSG Guam's or LSG Saipan's annual budget.

7. Further, the Board of Directors for LSG Guam, LSG Catering Guam, Inc., LSG Saipan, and LSG Catering Saipan, Inc. have approved capital expenditures for investments such as construction for new flight kitchens and entertained the plans for other investments, approved agreements to have the Hotel Employees and Restaurant Employees (HERE) Union officially represent LSG Guam and LSG Saipan employees in the collective bargaining process, authorized adjustments of positions, required assessment of management personnel and succession plans, and reviewed revenues, costs, and expenditures and determined whether the operational net result was above budget.

4

1  I declare under penalty of perjury that the foregoing is true and correct to the best of my
2  knowledge.


Date


NEIL DAVY

U:\Legal Files\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\Pleadings\Supplemental Memoranda for Motion to Dismiss Lack of Personal Jurisdiction 5-19-04\Declaration of Neil Davy-Final (2).DOC