**LIMTIACO CRUZ & SISON, PLLC**
**Alicia A. Limtiaco, Esq.**
**Donna M. Cruz, Esq.**
MVP Business Center
777 Route 4, Suite 11B
Sinajana, Guam 96910
Telephone: (671) 477-0000
Facsimile: (671) 477-0001
Email: guamlaw@ite.net

**SIDLEY AUSTIN BROWN & WOOD LLP**
Peter I. Ostroff (SBN 045718)
Max C. Fischer (SBN 226003)
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

**UNITED STATES DISTRICT COURT**

**DISTRICT OF GUAM**

| | |
|---|---|
| MICHELLE D. RAMOS, et al. | CIVIL CASE NO. 03-00028 |
| Plaintiffs, | |
| vs. | **CERTIFICATE OF SERVICE** |
| LSG LUFTHANSA SERVICE GUAM, INC., et al. | |
| Defendants. | |

I hereby certify that a true and correct copy of the following:

1. Evidentiary Objections to Plaintiffs' Declaration in Support of Jurisdiction Over International Defendants;
2. Supplemental Memorandum of Law in Further Support of Defendants' Motion to Dismiss of Lack of Personal Jurisdiction; and
3. Declaration of Neil Davy.

Will be served by hand deliver to the Law Office of Sandra D. Lynch, Esq., Suite 3, 207 Martyr Street, Hagåtña, Guam 96910.

ORIGINAL

Dated this 20th day of May 2004.

_____
ROSA L. RESENDEZ