FILED
DISTRICT COURT OF GUAM
MAY 25 2004
MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ, and NONA A. PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE HOLDING AG, et al.,<br><br>Defendants. | Civil Case No. 03-00028<br><br><br>**ORDER** |

The Court is scheduled to hear oral arguments on Defendants' Motion for Attorneys' Fees Pursuant to Federal Rule of Civil Procedure 30(b) and (g) for Failure to Appear at Deposition and Motion for the Immediate Return of Misappropriated Property, on May 26, 2004, at 10:00 A.M. However, since these motions relate to discovery matters, oral arguments on both motions will be heard before Magistrate Judge Joaquin V.E. Manibusan. Therefore, the Court vacates the present hearing date and reschedules oral arguments to June 7, 2004, at 10:00 A.M.

SO ORDERED this 25th day of May, 2004.

JOAQUIN V.E. MANIBUSAN
Magistrate Judge