**LIMTIACO CRUZ & SISON, PLLC**
Alicia A. Limtiaco, Esq.
Donna M. Cruz, Esq.
MVP Business Center
777 Route 4, Suite 11B
Sinajana, Guam 96910
Telephone: (671) 477-0000
Facsimile: (671) 477-0001
Email: guamlaw@ite.net

**SIDLEY AUSTIN BROWN & WOOD LLP**
Peter I. Ostroff (SBN 045718)
Max C. Fischer (SBN 226003)
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Defendants

FILED
DISTRICT COURT OF GUAM
MAY 27 2004
MARY L. M. MORAN
CLERK OF COURT

## UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, et al. | CIVIL CASE NO. 03-00028 |
| Plaintiffs, | |
| vs. | **CERTIFICATE OF SERVICE** |
| LSG LUFTHANSA SERVICE GUAM, INC., et al. | |
| Defendants. | |

I hereby certify that a true and correct copy of **Defendants' Reply to Plaintiffs' Second Supplemental Filing in Opposition to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction** will be served by hand deliver to the Law Office of Sandra D. Lynch, Esq., Suite 3, 207 Martyr Street, Hagåtña, Guam 96910.

Dated this 27th day of May, 2004.

ROSA L. RESENDEZ