# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
## HONORABLE JOAQUIN V.E. MANIBUSAN, JR., MAGISTRATE JUDGE
### CIVIL MINUTES - GENERAL

**FILED DISTRICT COURT OF GUAM JUN 07 2004 MARY L. M. MORAN CLERK OF COURT**

**CASE NO. CV-03-00028**   **DATE: 6/07/2004**   **TIME: 10:16 a.m.**

**CAPTION:** MICHELLE D. RAMOS, et al -vs- LUFTHANSA SERVICE HOLDING AG, et al

Courtroom Deputy: Virginia T. Kilgore
Court Reporter: Wanda Miles
Hearing Electronically Recorded: (Run Time: 10:16:15 - 11:55:55)

Law Clerk: D. LUJAN
CSO: B. PEREDA

**APPEARANCES**

**COUNSEL FOR PLAINTIFF(s):**
SANDRA LYNCH

**COUNSEL FOR DEFENDANT(s):**
ALICIA LIMTIACO & DONNA M. CRUZ , LSG Lufthansa Service Guam, Inc. & LSG Catering Guam

( X ) MOTION (S) ARGUED BY   ( X ) PLAINTIFF   ( X ) DEFENDANT
( X ) MOTION(s) __ Granted __ Denied __ Settled __ Withdrawn  X  Under Advisement
(  ) ORDER SUBMITTED __ Approved __ Disapproved
(  ) ORDER to be Prepared By: _____
(  ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

### MOTION FOR THE IMMEDIATE RETURN OF MISAPPROPRIATED PROPERTY

- Ms. Limtiaco argues that the plaintiff's possession of certain documents circumvents the rules of discovery and that all the documentation pertaining to the company in plaintiffs' possession should be returned to the company.

- Ms. Lynch argues that plaintiff has a right to retain the documents because she had an interest in the company and she generated and maintained her own files of the documents. She suggests that the plaintiff and defendant enter into a confidentiality agreement rather than return all relevant documents.

### MOTION FOR ATTORNEYS' FEES PURSUANT TO F. R. CIV. P. 30(B) AND (G) FOR FAILURE TO APPEAR AT DEPOSITION

- Ms. Cruz moves the Court to award the defendants attorney's fees due to plaintiffs unreasonable notice and failure to attend their noticed deposition.

- Ms. Lynch agues that the amount of attorneys' fees requested by defendant are extraordinary and unreasonable.

- The Court will issue it's ruling on both motions by the end of the week.

COURTROOM DEPUTY: _____   END TIME: 11:55 a.m.