LIMTIACO CRUZ & SISON, PLLC
Alicia A. Limtiaco, Esq.
Donna M. Cruz, Esq.
MVP Business Center
777 Route 4, Suite 11B
Sinajana, Guam 96910
Telephone: (671) 477-0000
Facsimile: (671) 477-0001

SIDLEY AUSTIN BROWN & WOOD LLP
Peter I. Ostroff (SBN 045718)
Max C. Fischer (SBN 226003)
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, et al. | CIVIL CASE NO. 03-00028 |
| Plaintiffs, | |
| vs. | |
| LSG LUFTHANSA SERVICE GUAM, INC., et al. | **AGREEMENT OF HEARING PURSUANT TO LOCAL RULE 7.1** |
| Defendants. | |

Pursuant to Local Rule 7.1, the parties hereby acknowledge the following:

1.  I, Alicia A. Limtiaco, am the attorney for the Defendants in this matter. Our office contacted Sandra Lynch's office, opposing counsel in this action, to agree upon a date for oral argument of our Motion to Sever.

2. The attorney for the opposing party is: Sandra D. Lynch, Esq.

3. The parties have not agreed upon a hearing date.

**ORIGINAL**

Dated: June 9, 2004                                   LIMTIACO CRUZ & SISON, PLLC


By: *Alicia A. Limtiaco*
ALICIA A. LIMTIACO,
Counsel For Defendants

U:\Legal Files\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\Pleadings\Motion to Sever\Agreement to Hearing Date.doc