ALICIA A. LIMTIACO, ESQ.
DONNA M. CRUZ, ESQ.
**LIMTIACO CRUZ & SISON, PLLC**
Suite 11B, MVP Business Center
777 Route 4
Sinajana, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-447-0001
Email: guamlaw@ite.net

PETER I. OSTROFF, ESQ.
MAX C. FISCHER, ESQ.
**SIDLEY AUSTIN BROWN & WOOD**
555 West Fifth Street, 40th Floor
Los Angeles, California 90013-1010
Telephone: 213-896-6000
Facsimile: 213-896-6600

**Attorneys for Defendants**

FILED
DISTRICT COURT OF GUAM
JUN 09 2004
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM

### TERRITORY OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.<br><br>Defendants. | Civil Case N0. 03-00028<br><br>**MOTION FOR LEAVE OF COURT<br>TO FILE FACSIMILES<br>OF PETITIONS** |

COMES NOW, Alicia A. Limtiaco, of the Law Offices of Limtiaco Cruz & Sison, PLLC, Counsel for Defendants LSG Lufthansa Service Guam, Inc., LSG Catering Guam, Inc., LSG Lufthansa Service Holding AG; LSG Lufthansa Service USA; LSG Lufthansa Service Asia, Ltd.; LSG Lufthansa Service Saipan, Inc.; and LSG Catering Saipan, Inc. (collectively "Defendants"), and hereby submits this Motion for Leave of Court to File Facsimiles of the following Amended Petitions:

**ORIGINAL**

1. Amended Petition of Max C. Fischer for Admission *Pro Hac Vice*; and

2. Amended Petition of Peter I. Ostroff for Admission *Pro Hac Vice*.

This motion is supported by the Memorandum of Points and Authorities filed contemporaneously herewith, all pleadings and documents on file herein and upon such further evidence and legal argument as may be presented at a hearing on this matter.

### MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to District Court of Guam General Rule 5.1, Defendants hereby move this Court to accept as the original for filing the facsimile Amended Petitions described above pending receipt and filing of the originally executed Petitions with the original signatures. Counsel for Defendants brings this motion on the basis that such facsimile filing is necessary to ensure the timely filing of the Amended Petitions.

LIMTIACO CRUZ & SISON, PLLC.

By: _____
ALICIA A. LIMTIACO, ESQ.
a licensed employee.

U:\Legal Files\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\Pleadings\Pro Hac Vice Motions\Motion to File Fascimile Signatures.doc

2