**ALICIA A. LIMTIACO, ESQ.**
**DONNA M. CRUZ, ESQ.**
**LIMTIACO CRUZ & SISON, PLLC**
Suite 11B, MVP Business Center
777 Route 4
Sinajana, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-447-0001
Email: guamlaw@ite.net

**PETER I. OSTROFF, ESQ.**
**MAX C. FISCHER, ESQ.**
**SIDLEY AUSTIN BROWN & WOOD**
555 West Fifth Street, 40th Floor
Los Angeles, California 90013-1010
Telephone: 213-896-6000
Facsimile: 213-896-6600

**Attorneys for Defendants**

FILED
DISTRICT COURT OF GUAM
JUN 09 2004
MARY L. M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, et al. | Civil Case N0. 03-00028 |
| Plaintiffs, | |
| vs. | **AMENDED PETITION OF PETER I. OSTROFF FOR ADMISSION *PRO HAC VICE*; CONSENT OF CO-COUNSEL** |
| LSG LUFTHANSA SERVICE GUAM, INC., et al. | |
| Defendants. | |

COMES NOW Peter I. Ostroff (hereinafter "Petitioner") of the law firm of Sidley Austin Brown & Wood, and hereby files this Amended Petition for Admission *Pro Hac Vice* pursuant to General Rule ("GR") 17.1 of the Local Rules of Practice for the District Court of Guam (effective April 15, 1997; amended July 12, 2000) and states the following under penalty of perjury:

**ORIGINAL**

1

1. Petitioner is a member in good standing with the Bar of the State of California and Bar of the State of Illinois, and is eligible to practice before the highest courts of the States of California and Illinois.

2. Petitioner is of good moral character and has never been suspended or disbarred by any court.

3. Petitioner's office address is: Sidley Austin Brown & Wood, 555 West Fifth Street, 40th Floor, Los Angeles, California 90013; Telephone: 213-896-6612.

4. Petitioner was admitted to the State Bar of California in 1970 and the State Bar of Illinois in 1967.

5. On or about October 2003, Petitioner filed a petition which petition was granted to appear as counsel, *pro hac* vice, for LSG Lufthansa Service Guam, Inc.

6. Petitioner does not permanently reside in Guam and shall not be in Guam on a temporary basis during the pendency of the above-entitled action.

7. Defendants LSG Lufthansa Service Guam, Inc.; LSG Catering Guam, Inc.; LSG Lufthansa Service Holding AG; LSG Lufthansa Service USA; LSG Lufthansa Service Asia, Ltd.; LSG Lufthansa Service Saipan, Inc.; and LSG Catering Saipan, Inc. have retained Petitioner's law firm, to represent and assist said defendants in the above-entitled action.

8. Petitioner has designated the Law Offices of Limtiaco Cruz & Sison, a Professional Limited Liability Corporation. The attorneys of the Law Offices of Limtiaco Cruz & Sison, a Professional Limited Liability Corporation, are active members of the Bar of this Court and are authorized to practice law before all of the courts of Guam, and who reside in and have an office in Guam, to serve as co-counsel for the defendants in the above-entitled action, and does hereby designate the Law Offices of Limtiaco Cruz & Sison, a Professional Limited Liability Corporation, whose address is 777 Route 4, Suite 11B, MVP Business Center, Sinajana, Guam 96910, and telephone number is 671-477-

0000, as co-counsel in this action with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served.

9. Subscribed below is the written consent of co-counsel to this Petitioner in all respects.

Dated this _____ day of June, 2004.

SIDLEY AUSTIN BROWN & WOOD

By: _____
PETER I. OSTROFF, ESQ.
Petitioner

**CONSENT TO CO-COUNSEL**

The Law Offices of Limtiaco Cruz & Sison, a Professional Limited Liability Corporation, hereby states that it is co-counsel for the defendants LSG Lufthansa Service Guam, Inc.; LSG Catering Guam, Inc.; LSG Lufthansa Service Holding AG; LSG Lufthansa Service USA; LSG Lufthansa Service Asia, Ltd.; LSG Lufthansa Service Saipan, Inc.; and LSG Catering Saipan, Inc., with the aforementioned Petitioner for admission *Pro Hac Vice* in this action, and consents to the same in all respects and agrees to act in all respects as therein referred to and under the local rules of this Court.

Dated this 7th day of June, 2004.

LIMTIACO CRUZ & SISON, PLLC

By: *Alicia A. Limtiaco*
ALICIA A. LIMTIACO, ESQ.
Counsel for Defendants

U:\Legal Files\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\Pleadings\Pro Hac Vice Motions\Petition of Ostroff & Consent.doc

0000, as co-counsel in this action with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served.

9. Subscribed below is the written consent of co-counsel to this Petitioner in all respects.

Dated this ___7___ day of June, 2004.

SIDLEY AUSTIN BROWN & WOOD

By: _____
PETER I. OSTROFF, ESQ.
Petitioner

## CONSENT TO CO-COUNSEL

The Law Offices of Limtiaco Cruz & Sison, a Professional Limited Liability Corporation, hereby states that it is co-counsel for the defendants LSG Lufthansa Service Guam, Inc.; LSG Catering Guam, Inc.; LSG Lufthansa Service Holding AG; LSG Lufthansa Service USA; LSG Lufthansa Service Asia, Ltd.; LSG Lufthansa Service Saipan, Inc.; and LSG Catering Saipan, Inc., with the aforementioned Petitioner for admission *Pro Hac Vice* in this action, and consents to the same in all respects and agrees to act in all respects as therein referred to and under the local rules of this Court.

Dated this _____ day of June, 2004.

LIMTIACO CRUZ & SISON, PLLC

By: _____
ALICIA A. LIMTIACO, ESQ.
Counsel for Defendants

U:\Legal Files\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\Pleadings\Pro Hac Vice Motions\Petition of Ostroff & Consent.doc