**ALICIA A. LIMTIACO, ESQ.**
**DONNA M. CRUZ, ESQ.**
**LIMTIACO CRUZ & SISON, PLLC**
Suite 11B, MVP Business Center
777 Route 4
Sinajana, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-447-0001
Email: guamlaw@ite.net

**PETER I. OSTROFF, ESQ.**
**MAX C. FISCHER, ESQ.**
**SIDLEY AUSTIN BROWN & WOOD**
555 West Fifth Street, 40th Floor
Los Angeles, California 90013-1010
Telephone: 213-896-6000
Facsimile: 213-896-6600

**Attorneys for Defendants**

FILED
DISTRICT COURT OF GUAM
JUN 09 2004
MARY L. M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.<br><br>Defendants. | Civil Case N0. 03-00028<br><br>**AMENDED PETITION OF PETER I. OSTROFF FOR ADMISSION *PRO HAC VICE*; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |

Defendants LSG Lufthansa Service Guam, Inc.; LSG Catering Guam, Inc.; LSG Lufthansa Service Holding AG; LSG Lufthansa Service USA; LSG Lufthansa Service Asia, Ltd.; LSG Lufthansa Service Saipan, Inc.; and LSG Catering Saipan, Inc., hereby petitions this Court for an order permitting the admission *Pro Hac Vice* of Peter I. Ostroff, whose petition is filed concurrently herewith, in association with the Law Offices of Limtiaco Cruz & Sison, A Professional Limited Liability Corporation, currently counsel of record for LSG Lufthansa Service Guam, Inc.; LSG Catering Guam,

Inc.; LSG Lufthansa Service Holding AG; LSG Lufthansa Service USA; LSG Lufthansa Service Asia, Ltd.; LSG Lufthansa Service Saipan, Inc.; and LSG Catering Saipan, Inc. in the above-entitled action.

This petition is made pursuant to General Rule ("GR") 17.1 of the Local Rules of Practice for the District Court of Guam (effective April 15, 1997; amended July 12, 2000), the memorandum of points and authorities filed herewith, the accompanying petition of Peter I. Ostroff, the written consent of co-counsel, and all pleadings and papers filed herein.

## MEMORANDUM OF POINTS AND AUTHORITIES

General Rule ("GR") 17.1 of the Local Rules of Practice for the District Court of Guam (effective April 15, 1997; amended July 12, 2000) provides as follows:

. . . .

(d) <u>Pro Hac Vice</u>. An attorney who is not eligible for admission under paragraph (b) hereof, but who is a member in good standing of, and eligible to practice before, the bar of any United States Court or of the highest court of any State or of any Territory or Insular Possession of the United States, who is of good moral character, and who has been retained to appear in this Court, may, upon written application and in the discretion of the Court, be permitted to appear and participate in a particular case.

. . . .

Pursuant to GR 17.1, this Court is authorized to admit Peter I. Ostroff as counsel <u>pro hac vice</u> in the above-entitled action.

As set forth in the accompanying petition, Peter I. Ostroff is an attorney with Sidley Austin Brown & Wood, which has been retained by defendants to represent them in the above-entitled action. Attorney Ostroff is a member in good standing of the State Bar of California and of the State Bar of

Illinois, and eligible to practice before the highest court of the State of California and of the State of Illinois.

Attorney Ostroff as co-counsel in the above-entitled action has designated the Law Offices of Limtiaco Cruz & Sison, a Professional Limited Liability Corporation. The attorneys of the Law Offices of Limtiaco Cruz & Sison, a Professional Limited Liability Corporation, are active members of the Bar of this Court and are authorized to practice law before all of the courts of Guam. The Law Offices of Limtiaco Cruz & Sison, a Professional Limited Liability Corporation, has consented to accept communications from the Court and opposing counsel regarding the conduct of this case, and service of any papers filed in this action.

Dated this 9th day of June, 2004.

LIMTIACO CRUZ & SISON, PLLC

By: *Alicia A. Limtiaco*
ALICIA A. LIMTIACO, ESQ.
Counsel for Defendants

U:\Legal Files\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\Pleadings\Pro Hac Vice Motions\Petition of Ostroff & Memo in Support.doc