LIMTIACO CRUZ & SISON, PLLC
Alicia A. Limtiaco, Esq.
Donna M. Cruz, Esq.
MVP Business Center
777 Route 4, Suite 11B
Sinajana, Guam 96910
Telephone: (671) 477-0000
Facsimile: (671) 477-0001

SIDLEY AUSTIN BROWN & WOOD LLP
Peter I. Ostroff (SBN 045718)
Max C. Fischer (SBN 226003)
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

**FILED**
DISTRICT COURT OF GUAM
JUN 09 2004
MARY L. M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, et al. | Civil Case No. 03-00028 |
| Plaintiffs, | |
| vs. | **CERTIFICATE OF SERVICE** |
| LSG LUFTHANSA SERVICE GUAM, INC., et al. | |
| Defendants. | |

I hereby certify that a true and correct copy of the following documents will be served, by hand delivery, on the Law Office of Sandra D. Lynch, 207 Martyr Street, Suite #3, Travel Pacificana Bldg, Hagatna, Guam:

1. Petition of Peter I. Ostroff for Admission Pro Hac Vice; Consent of Co-Counsel;
2. Petition of Peter I. Ostroff for Admission Pro Hac Vice; Memorandum of Points and Authorities in Support Thereof;
3. [Proposed] Order Granting Petition of Peter I. Ostroff for Admission Pro Hac Vice;
4. Petition of Max C. Fischer for Admission Pro Hac Vice; Consent of Co-Counsel;
5. Petition of Max C. Fischer for Admission Pro Hac Vice; Memorandum of Points and Authorities in Support Thereof;
6. [Proposed] Order Granting Petition of Max C. Fischer for Admission Pro Hac Vice;

**ORIGINAL**

| | |
|---|---|
| 1 | 7. Motion for Leave of Court to File Facsimiles of Petitions; and |
| 2 | 8. [Proposed] Order Approving Leave of Court to File Facsimiles of Petitions. |

Dated this 8th day of June, 2004.

_____
ROSA L. RESENDEZ

U:\Legal Files\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\Pleadings\Certificate of Service.DOC

-2-

Case 1:03-cv-00028   Document 99   Filed 06/09/2004   Page 2 of 2