ALICIA A. LIMTIACO, ESQ.
DONNA M. CRUZ, ESQ.
**LIMTIACO CRUZ & SISON, PLLC**
Suite 11B, MVP Business Center
777 Route 4
Sinajana, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-447-0001
Email: guamlaw@ite.net

**PETER I. OSTROFF, ESQ.**
**MAX C. FISCHER, ESQ.**
**SIDLEY AUSTIN BROWN & WOOD**
555 West Fifth Street, 40th Floor
Los Angeles, California 90013-1010
Telephone: 213-896-6000
Facsimile: 213-896-6600

**Attorneys for Defendants**

FILED
DISTRICT COURT OF GUAM
JUN 17 2004
MARY L. M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.<br><br>Defendants. | Civil Case No. 03-00028<br><br>**[PROPOSED] ORDER GRANTING PETITION OF MAX C. FISCHER FOR ADMISSION *PRO HAC VICE*** |

The amended petition of Max C. Fischer for admission *Pro Hac Vice* having come before this Court on_____, and good cause appearing therefor,

///

///

**ORIGINAL**

IT IS HEREBY ORDERED that Max C. Fischer be and is hereby admitted to appear in the above-entitled action as counsel *Pro Hac Vice*, on behalf of defendants LSG Lufthansa Service Guam, Inc., LSG Catering Guam, Inc., LSG Lufthansa Service Holding AG; LSG Lufthansa Service USA; LSG Lufthansa Service Asia, Ltd.; LSG Lufthansa Service Saipan, Inc.; and LSG Catering Saipan, Inc.

DATED: June 17, 2004.

_____
DESIGNATED JUDGE,
DISTRICT COURT OF GUAM.



U:\Legal Files\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\Pleadings\Pro Hac Vice Motions\Proposed Order re Fischer.doc