ALICIA A. LIMTIACO, ESQ.
DONNA M. CRUZ, ESQ.
**LIMTIACO CRUZ & SISON, PLLC**
Suite 11B, MVP Business Center
777 Route 4
Sinajana, Guam 96910
Telephone:   671-477-0000
Facsimile:   671-447-0001
Email:   guamlaw@ite.net

**PETER I. OSTROFF, ESQ.**
**MAX C. FISCHER, ESQ.**
**SIDLEY AUSTIN BROWN & WOOD**
555 West Fifth Street, 40th Floor
Los Angeles, California 90013-1010
Telephone:   213-896-6000
Facsimile:   213-896-6600

**Attorneys for Defendants**

### IN THE DISTRICT COURT OF GUAM
### TERRITORY OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.<br><br>Defendants. | Civil Case N0. 03-00028<br><br>**[PROPOSED] ORDER GRANTING PETITION OF PETER I. OSTROFF FOR ADMISSION *PRO HAC VICE*** |

The amended petition of Peter I. Ostroff for admission *Pro Hac Vice* having come before this Court on_____, and good cause appearing therefor,

///

///

**ORIGINAL**

IT IS HEREBY ORDERED that Peter I. Ostroff be and is hereby admitted to appear in the above-entitled action as counsel *Pro Hac Vice*, on behalf of defendants LSG Lufthansa Service Guam, Inc., LSG Catering Guam, Inc., LSG Lufthansa Service Holding AG; LSG Lufthansa Service USA; LSG Lufthansa Service Asia, Ltd.; LSG Lufthansa Service Saipan, Inc.; and LSG Catering Saipan, Inc.

DATED: June 17, 2004

_____
DESIGNATED JUDGE,
DISTRICT COURT OF GUAM.

RECEIVED
JUN 09 2004
DISTRICT COURT OF GUAM
HAGATNA, GUAM

U:\Legal Files\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\Pleadings\Pro Hac Vice Motions\Proposed Order re Ostroff.doc

LIMTIACO CRUZ & SISON, PLLC
777 Route 4, Suite 11B, MVP Business Center
Sinajana, Guam 96910
(671) 477-0000 Fax (671) 477-0001
guamlaw@ite.net