LIMTIACO CRUZ & SISON, PLLC
Alicia A. Limtiaco, Esq.
Donna M. Cruz, Esq.
MVP Business Center
777 Route 4, Suite 11B
Sinajana, Guam 96910
Telephone: (671) 477-0000
Facsimile: (671) 477-0001
Email: guamlaw@ite.net

SIDLEY AUSTIN BROWN & WOOD LLP
Peter I. Ostroff (SBN 045718)
Max C. Fischer (SBN 226003)
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF GUAM**

| | |
|---|---|
| MICHELLE D. RAMOS, et al. | CIVIL CASE NO. 03-00028 |
| Plaintiffs, | |
| vs. | **CERTIFICATE OF SERVICE** |
| LSG LUFTHANSA SERVICE GUAM, INC., et al. | |
| Defendants. | |

I hereby certify that a true and correct copy of **Defendants' Reply in Support of Motion to Sever** will be served by hand deliver to the Law Office of Sandra D. Lynch, Esq., Suite 3, 207 Martyr Street, Hagåtña, Guam 96910.

Dated this 23rd day of June, 2004.

_____
ROSA L. RESENDEZ

U:\Legal Files\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\Pleadings\Motion to Sever\Certificate of Service-RLR.DOC

**ORIGINAL**

Case 1:03-cv-00028    Document 107    Filed 06/23/2004    Page 1 of 1

*[FILED stamp: DISTRICT COURT OF GUAM, JUN 23 2004, MARY L. M. MORAN, CLERK OF COURT; handwritten: 102]*