SANDRA D. LYNCH, ESQ., P.C.
Travel Pacificana Building, Suite 3
207 MARTYR STREET
HAGÅTÑA, GUAM 96910
Telephone: (671) 472-8889
Fax: (671) 472-8890
E-Mail: sellislynch@hotmail.com

*Attorney for Plaintiffs*

FILED
DISTRICT COURT OF GUAM
JUL 07 2004
MARY L. M. MORAN
CLERK OF COURT
103

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

| | |
|---|---|
| MICHELLE RAMOS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> LSG Lufthansa Service Holding AG, et al., <br><br> Defendants. | Civil Case No. 03-00028 <br><br> **COUNSEL'S DECLARATION RE: DOCUMENTS** |

I, Sandra D. Lynch, counsel for Plaintiffs herein, declare as follows:

1. I have provided all documents in my possession which I received from my clients, copies of the same which were in my files, and any duplicates, to counsel for LSG defendants.

Dated this 6th day of July, 2004.

_____
Sandra D. Lynch, Esq.