FILED
DISTRICT COURT OF GUAM
NOV 12 2004
MARY L. M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ, and NONA A. PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE HOLDING AG, et al.,<br><br>Defendants. | Civil Case No. 03-00028<br><br>**ORDER** |

The Court has reviewed the filings in this case and believes that the case would benefit from a status conference in order to determine the parties' posture and/or progress on any outstanding issues or matters. Accordingly, a status conference is set for December 16, 2004 at 10:00 a.m.

IT IS SO ORDERED this 12th day of November, 2004.

JOAQUIN V. E. MANIBUSAN, JR.
Magistrate Judge