# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
## HONORABLE JOAQUIN V.E. MANIBUSAN, JR., MAGISTRATE JUDGE
### CIVIL MINUTES - GENERAL

**FILED**
DISTRICT COURT OF GUAM
DEC 16 2004
MARY L. M. MORAN
CLERK OF COURT

**CASE NO. CV-03-00028**     **DATE: 12/16/2004**     **TIME: 10:16 a.m.**

**CAPTION:** MICHELLE D. RAMOS, et al -vs- LUFTHANSA SERVICE HOLDING AG, et al

*******************************************************************************

Courtroom Deputy: Virginia T. Kilgore            Law Clerk: None Present
Court Reporter: Wanda Miles
Hearing Electronically Recorded: (Run Time: 10:20:10 - 11:53:23)    CSO: B. PEREDA

*********************************** APPEARANCES ***********************************

**COUNSEL FOR PLAINTIFF(s):**                    **COUNSEL FOR DEFENDANT(s):**

SANDRA LYNCH - (Ricardo Perez - Plaintiff)       ALICIA LIMTIACO, LSG Lufthansa Service Guam, Inc. & LSG

                                                 Catering Guam

*******************************************************************************

**PROCEEDINGS:**     **STATUS CONFERENCE**

( ) MOTION (S) ARGUED BY     ( ) PLAINTIFF     ( ) DEFENDANT
( ) MOTION(s)  ___ Granted  ___ Denied  ___ Settled  ___ Withdrawn  ___ Under Advisement
( ) ORDER SUBMITTED  ___ Approved  ___ Disapproved
( ) ORDER to be Prepared By: _____
( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

▸ The Court informed the parties that it has received the status report filed by Ms. Limtiaco this morning. The parties and the Court discussed the pending motions before the Court.

▸ Ms. Limtiaco argued that any supplemental filings by Ms. Lynch are untimely and does not follow the Court's deadlines. Ms. Lynch stated that she submits on the briefs. Ms. Limtiaco requested for an oral argument hearing. The Court stated that it would allow Ms. Lynch to participate telephonically.

▸ Ms. Lynch informed the Court that she has a scheduling order that is not finalized, however, she will meet with Ms. Limtiaco this afternoon to go over the dates. The Court set a scheduling conference for tomorrow, December 17, 2004 at 1:30 P.M. and instructed the parties to come prepared with proposed dates. The Court also instructed the parties to file any necessary motions.

▸ Ms. Lynch stated that local counsel, Cynthia Ecube, will accept service on her behalf and that she will provide Ms. Limtiaco and the Court all current contact information.

COURTROOM DEPUTY: _____                         END TIME: 11:53 a.m.