AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

**FILED**
DISTRICT COURT OF GUAM
JAN 25 2005
MARY L.M. MORAN
CLERK OF COURT

MICHELLE D. RAMOS, et al.,

V.

LSG LUFTHANSA SERVICE HOLDING AG, et al.

**NOTICE**

CASE NUMBER: CV-03-00028

/07

TYPE OF CASE:

X CIVIL  ☐ CRIMINAL

X TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 4TH FLOOR, U.S. COURTHOUSE | COURTROOM, U.S. DISTRICT COURT |
|  | JUDGE DAVID W. HAGEN PRESIDING |
| 520 W. SOLEDAD AVENUE | DATE AND TIME |
| HAGATNA, GU 96910 | MONDAY, FEBRUARY 7, 2005 AT 1:30 P.M. |

TYPE OF PROCEEDING

MOTION TO DISMISS

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
|  |  |  |

MARY L. M. MORAN, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

JANUARY 25, 2005
DATE

(BY) DEPUTY CLERK

TO: Sandra Lynch, Esq.
Alicia Limtiaco, Esq.