William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiffs
MICHELLE D. RAMOS,
RICARDO G. "GINO" PEREZ,
and NONA PEREZ



**FILED**
DISTRICT COURT OF GUAM
JAN 3 1 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, et. al., | CIVIL CASE NO. 03-00028 |
| Plaintiffs, | |
| vs. | |
| LSG LUFTHANSA SERVICE GUAM, INC., et. al., | ENTRY OF APPEARANCE |
| Defendants. | |

The Law Offices of Gorman & Gavras, P.C., hereby enters its appearance as Co-counsel for the Plaintiffs.

LAW OFFICES OF GORMAN & GAVRAS

Date: January 28, 2005.   By: _____
WILLIAM L. GAVRAS, ESQ.
Co-Counsel for Plaintiffs
MICHELLE D. RAMOS,
RICARDO G. "GINO" PEREZ,
and NONA PEREZ

ORIGINAL

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served to Limtiaco Cruz & Sison, PLLC, this 28th day of January, 2005.

LAW OFFICES OF GORMAN & GAVRAS

Date: January 28, 2005.

By: _____
WILLIAM L. GAVRAS, ESQ.
Co-Counsel for Plaintiffs
MICHELLE D. RAMOS,
RICARDO G. "GINO" PEREZ,
and NONA PEREZ

<u>Michelle D. Ramos, et. al. v. LSG Lufthansa Service Guam, et. al.</u>

2

Case 1:03-cv-00028   Document 113   Filed 01/31/2005   Page 2 of 3

SANDRA D. LYNCH, ESQ., P.C.
1628 Aloha Avenue
Pearl City, HI 96782
Telephone: (808) 456-4704
Fax: (808) 456-4708
Email: sellislynch@hotmail.com

January 27, 2005

William Gavras
Law Offices of GORMAN & GAVRAS, P.C.
2nd Floor, J & R Building
208 Route 4
Hagatna, Guam 96910

Re: Michelle Ramos v. LSG, et al.
District Court Case 003-00028
And
Felipe Datuin v. LSG, et al.
District Court Case No. 04-00010

Dear Bill:

I am pleased to acknowledge that your firm has agreed to act as co-counsel in both of the above mentioned civil cases pending in the District Court of Guam. I look forward to our professional relationship and am available for telephone consultation and email discussion any time.

Should you have any questions, or wish to arrange a conference call, feel free to contact me at the above numbers.

Sincerely,

Sandra D. Lynch, Esq.