| | |
|---|---|
| 1 | LIMTIACO CRUZ & SISON, PLLC |
| | Alicia A. Limtiaco, Esq. |
| 2 | Donna M. Cruz, Esq. |
| | MVP Business Center |
| 3 | 777 Route 4, Suite 11B |
| | Sinajana, Guam 96910 |
| 4 | Telephone: (671) 477-0000 |
| | Facsimile: (671) 477-0001 |
| 5 | |
| | SIDLEY AUSTIN BROWN & WOOD LLP |
| 6 | Peter I. Ostroff (SBN 045718) |
| | Max C. Fischer (SBN 226003) |
| 7 | 555 West Fifth Street, Suite 4000 |
| | Los Angeles, California 90013-1010 |
| 8 | Telephone: (213) 896-6000 |
| | Facsimile: (213) 896-6600 |

FILED
DISTRICT COURT OF GUAM
JAN 31 2005
MARY L.M. MORAN
CLERK OF COURT
109

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

MICHELLE D. RAMOS, et al.,

    Plaintiffs,

vs.

LSG LUFTHANSA SERVICE GUAM, INC., et al.

    Defendants.

CIVIL CASE NO. 03-00028

DEFENDANTS' NON-OPPOSITION TO PLAINTIFFS' MOTION TO CONSOLIDATE CIVIL CASE NO. 03-00028 WITH CIVIL CASE NO. 04-00010; DEFENDANTS' MOTION TO WITHDRAW MOTION TO SEVER

COME NOW Defendants LSG Lufthansa Service Holding AG, LSG Lufthansa Service USA, Inc., LSG Lufthansa Service Asia, Ltd., LSG Lufthansa Service Guam, Inc., LSG Catering Guam, Inc., LSG Lufthansa Service Saipan, Inc., and LSG Catering Saipan, Inc. (collectively "Defendants") and hereby submit their Non-Opposition to Plaintiffs' Motion to Consolidate in the above-captioned matter. Counsel of record for Plaintiffs and Defendants hereby agree and stipulate, in conformance to the parties' stipulation attached herein, to: 1) consolidate District Court of Guam Civil Case No. 03-00028 with *Felipe Datuin, et al., v. LSG Lufthansa Service*

*Guam Inc., et al.*, District Court of Guam Civil Case No. 04-00010, and 2) to withdraw Defendants' Motion to Sever in District Court of Guam Civil Case No. 03-00028.

Dated this **30th** day of January, 2005.

> LIMTIACO CRUZ & SISON, PLLC
> Counsels for Defendants LSG Lufthansa Service Holding AG, LSG Lufthansa Service USA, Inc., LSG Lufthansa Service Asia, Ltd., LSG Lufthansa Service Guam, Inc., LSG Lufthansa Catering Guam, Inc., LSG Lufthansa Service Saipan, Inc., and LSG Catering Saipan, Inc.
>
> By: /s/ *Alicia A. Limtiaco*
> ALICIA A. LIMTIACO, Esq.
>
> By: /s/ *Donna Cruz*
> DONNA M. CRUZ, Esq.

H:\Legal Files\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\Pleadings\NonOpposition to Plaintiffs' Motion to Consolidate(jmr)2.doc

Page 2 of 2

Case 1:03-cv-00028  Document 114  Filed 01/31/2005  Page 2 of 2