LIMTIACO CRUZ & SISON, PLLC
Alicia A. Limtiaco, Esq.
Donna M. Cruz, Esq.
MVP Business Center
777 Route 4, Suite 11B
Sinajana, Guam 96910
Telephone: (671) 477-0000
Facsimile: (671) 477-0001

SIDLEY AUSTIN BROWN & WOOD LLP
Peter I. Ostroff (SBN 045718)
Max C. Fischer (SBN 226003)
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

**FILED**
DISTRICT COURT OF GUAM
FEB -2 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, et al. | Civil Case No. 03-00028 |
| Plaintiffs, | |
| vs. | |
| LSG LUFTHANSA SERVICE GUAM, INC., et al. | |
| Defendants. | |
| FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ, | Civil Case No. 04-00010 |
| Plaintiffs, | [~~PROPOSED~~] ORDER CONSOLIDATING CASES AND GRANTING DEFENDANTS' MOTION TO WITHDRAW MOTION TO SEVER |
| vs. | |
| LSG LUFTHANSA SERVICE GUAM, INC., et al. | |
| Defendants. | |

Defendants LSG Lufthansa Service Holding AG, LSG Lufthansa Service Guam, Inc., LSG Catering Guam, Inc., LSG Lufthansa Service USA, Inc., LSG Lufthansa Service Asia, Ltd., LSG Lufthansa Service Saipan, Inc., LSG Catering Saipan, Inc., in the *Michelle Ramos, et al. v. LSG*

1

*Lufthansa Service Guam, Inc., et al.*, District Court of Guam Civil Case No. 03-00028 (collectively "Ramos Defendants") and Defendants LSG Lufthansa Service Guam, Inc., LSG Catering Guam, Inc., LSG Lufthansa Service Saipan, Inc., and LSG Catering Saipan, Inc. in the *Felipe Datuin, et al., v. LSG Lufthansa Service Guam Inc., et al.*, District Court of Guam Civil Case No. 04-00010, (collectively "Datuin Defendants") filed their Non-Opposition to Plaintiffs' Michelle D. Ramos, Ricardo "Gino" Perez, and Nona A. Perez in the *Michelle Ramos, et al. v. LSG Lufthansa Service Guam, Inc., et al.*, District Court of Guam Civil Case No. 03-00028 (collectively "Ramos Plaintiffs") Motion to Consolidate and the Ramos Defendants' Motion to Withdraw Motion to Server having come before this Court on _____, and the parties entering a Stipulation to Consolidate *Michelle Ramos, et al. v. LSG Lufthansa Service Guam, Inc., et al.*, District Court of Guam Civil Case No. 03-00028, and *Felipe Datuin, et al., v. LSG Lufthansa Service Guam Inc., et al.*, District Court of Guam Civil Case No. 04-00010; and good cause appearing therefore,

IT IS HEREBY ORDERED that Ramos Plaintiffs' Motion to Consolidate *Michelle Ramos, et al. v. LSG Lufthansa Service Guam, Inc., et al.*, District Court of Guam Civil Case No. 03-00028, and *Felipe Datuin, et al., v. LSG Lufthansa Service Guam Inc., et al.*, District Court of Guam Civil Case No. 04-00010, is granted pursuant to the Ramos Defendants' and Datuin Defendants' Non-opposition to Ramos Plaintiffs' Motion to Consolidate and to the Stipulation executed and filed by the parties herein, and that Ramos Defendants' Motion to Withdraw their Motion to Sever in *Michelle Ramos, et al. v. LSG Lufthansa Service Guam, Inc., et al.*, District Court of Guam Civil Case No. 03-00028, is granted.

DATED: February 2, 2005

HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
MAGISTRATE JUDGE, DISTRICT COURT OF GUAM

RECEIVED
FEB - 1 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

H:\Legal Files\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03 00028\Pleadings\Proposed Order re Consolidate Sever final.doc