LIMTIACO CRUZ & SISON, PLLC
Alicia A. Limtiaco, Esq.
Donna M. Cruz, Esq.
MVP Business Center
777 Route 4, Suite 11B
Sinajana, Guam 96910
Telephone: (671) 477-0000
Facsimile: (671) 477-0001

SIDLEY AUSTIN BROWN & WOOD LLP
Peter I. Ostroff (SBN 045718)
Max C. Fischer (SBN 226003)
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

**FILED**
DISTRICT COURT OF GUAM
FEB - 2 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, et al.<br><br>    Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.<br><br>    Defendants. | Civil Case No. 03-00028 |
| FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ,<br><br>    Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.<br><br>    Defendants. | Civil Case No. 04-00010<br><br>**STIPULATION** |

COME NOW counsel of record for Defendants LSG Lufthansa Service Holding AG, LSG Lufthansa Service Guam, Inc., LSG Catering Guam, Inc., LSG Lufthansa Service USA, Inc., LSG

Michelle Ramos, et al. v. LSG Lufthansa Service Guam, Inc., District Court of Guam Civil Case No. CV 03-00028
Felipe Datuin, et al., v. LSG Lufthansa Service Guam Inc., et al., District Court of Guam Civil Case No. 04-00010
Stipulation

Lufthansa Service Asia, Ltd., LSG Lufthansa Service Saipan, Inc., LSG Catering Saipan, Inc., in the *Michelle Ramos, et al. v. LSG Lufthansa Service Guam, Inc., et al.*, District Court of Guam Civil Case No. 03-00028 (collectively "Ramos Defendants") and counsel of record for Defendants LSG Lufthansa Service Guam, Inc., LSG Catering Guam, Inc., LSG Lufthansa Service Saipan, Inc., and LSG Catering Saipan, Inc. in the *Felipe Datuin, et al., v. LSG Lufthansa Service Guam Inc., et al.*, District Court of Guam Civil Case No. 04-00010, (collectively "Datuin Defendants") and counsel of record for Plaintiffs' Michelle D. Ramos, Ricardo "Gino" Perez, and Nona A. Perez in the *Michelle Ramos, et al. v. LSG Lufthansa Service Guam, Inc., et al.*, District Court of Guam Civil Case No. 03-00028 (collectively "Ramos Plaintiffs") and counsel of record for Plaintiffs Felipe Datuin, Jeff Gumataotao, and James Cruz in the *Felipe Datuin, et al., v. LSG Lufthansa Service Guam Inc., et al.*, District Court of Guam Civil Case No. 04-00010, (collectively "Datuin Plaintiffs") hereby agree and stipulate to the following:

1) That the *Michelle Ramos, et al. v. LSG Lufthansa Service Guam, Inc., et al.*, District Court of Guam Civil Case No. 03-00028, be consolidated with *Felipe Datuin, et al., v. LSG Lufthansa Service Guam Inc., et al.*, District Court of Guam Civil Case No. 04-00010;

2) That the *Michelle Ramos, et al. v. LSG Lufthansa Service Guam, Inc., et al.*, District Court of Guam Civil Case No. 03-00028, be designated as the master case;

3) That Ramos Plaintiffs, Datuin Plaintiffs, Ramos Defendants and Datuin Defendants and their respective counsel consent to the Honorable Joaquin V.E. Manibusan, Jr., United States Magistrate Judge, presiding over and conducting all proceedings, including a non-jury trial in the consolidated cases, *Michelle Ramos, et al. v. LSG Lufthansa Service Guam, Inc., et al.*, District Court

Michelle Ramos, et al. v. LSG Lufthansa Service Guam, Inc., District Court of Guam Civil Case No. CV 03-00028
Felipe Datuin, et al., v. LSG Lufthansa Service Guam Inc., et al., District Court of Guam Civil Case No. 04-00010
Stipulation

of Guam Civil Case No. 03-00028 and *Felipe Datuin, et al., v. LSG Lufthansa Service Guam Inc., et al.*, District Court of Guam Civil Case No. 04-00010;

4) That the consolidated cases proceed in conformance with the dates issued in the case of *Felipe Datuin, et al., v. LSG Lufthansa Service Guam, Inc., et al.*, District Court of Guam Civil Case No. 04-00010; and

5) That the Ramos Defendants' Motion to Sever in the *Michelle Ramos, et al. v. LSG Lufthansa Service Guam, Inc., et al.*, District Court of Guam Civil Case No. 03-00028, is hereby withdrawn.

Dated this 31st day of January, 2005.

LIMTIACO CRUZ & SISON, PLLC
Counsel for Ramos Defendants and Datuin Defendants

By: _____
ALICIA A. LIMTIACO, Esq.

By: _____
DONNA M. CRUZ, Esq.

| | |
|---|---|
| 1 | Michelle Ramos, et al. v. LSG Lufthansa Service Guam, Inc., District Court of Guam Civil Case No. CV 03-00028<br>Felipe Datuin, et al., v. LSG Lufthansa Service Guam Inc., et al., District Court of Guam Civil Case No. 04-00010<br>Stipulation |

LAW OFFICES OF GORMAN AND GAVRAS
Co-Counsel for Ramos Plaintiffs and Datuin Plaintiffs

By: _____
WILLIAM LEON GAVRAS, Esq.

SO ORDERED this 2nd day of February, 2005.

_____
HONORABLE JOAQUIN V.E. MANIBUSAN, JR.,
Magistrate Judge, District Court of Guam.

RECEIVED
FEB - 1 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

H:\Legal Files\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\Pleadings\Stipuation to Consolidate Ramos and Datuin 1-31-05 version 2.doc

4