# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### HONORABLE DAVID W. HAGEN, DESIGNATED JUDGE
### CIVIL MINUTES - GENERAL

CASE NO. CV-03-00028          DATE: 2/07/2005          TIME: 1:46 p.m.

CAPTION: MICHELLE D. RAMOS, et al  -vs-  LUFTHANSA SERVICE HOLDING AG, et al

****************************************************************************************

Courtroom Deputy: Leilani Toves Hernandez          Law Clerk: Mike Large
Court Reporter: Wanda Miles
Hearing Electronically Recorded: (Run Time: 1:46:03 - 1:51:29)          CSO: J. MCDONALD

********************************** APPEARANCES **********************************

COUNSEL FOR PLAINTIFF(s):                    COUNSEL FOR DEFENDANT(s):

NONE PRESENT                                 ALICIA LIMTIACO & DONNA CRUZ, LSG Lufthansa Service
                                             Guam, Inc. & LSG Catering Guam

****************************************************************************************

PROCEEDINGS:          MOTION TO DISMISS

( ) MOTION (S) ARGUED BY    ( ) PLAINTIFF    ( ) DEFENDANT
( X ) MOTION(s)  _X_ Granted  __ Denied  ___ Settled  ___ Withdrawn  __ Under Advisement
( ) ORDER SUBMITTED  ___ Approved  ___ Disapproved
( ) ORDER to be Prepared By: _____
( ) PROCEEDINGS CONTINUED TO: _____ at _____

NOTES:

The Court Granted the Motion to Dismiss and stated its reasons.

The Court also informed parties that the Stipulation submitted by parties referring the entire case to the Magistrate will be Granted.

The Court also recommended that parties set a conference with the Magistrate Judge as soon as possible to further discuss whether the case can be settled.

Ms. Limtiaco stated that defense was given notice of today's hearing and moved for either an order to show cause or sanctions to be issued to defense for failure to appear. The Court stated that it will ask the Magistrate Judge to take note and consider the motion made by counsel.

COURTROOM DEPUTY: _____