# UNITED STATES DISTRICT COURT

District of __Guam__

MICHELLE D. RAMOS, RICARDO G. "GINO"
PEREZ, and NONA A. PEREZ,

Plaintiff

V.

LSG LUFTHANSA SERVICE HOLDING AG,
et al.

Defendant

NOTICE, CONSENT, AND ~~ORDER OF REFERENCE~~ —
EXERCISE OF JURISDICTION ~~BY A UNITED STATES~~
MAGISTRATE JUDGE

**FILED**
DISTRICT COURT OF GUAM
FEB - 7 2005

Case Number: __Civil Case~~NO.~~ 03-00028__

(114) MARY L.M. MORAN
CLERK OF COURT

## NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION

In accordance with the provisions of 28 U.S.C. §636(c), and Fed.R.Civ.P. 73, you are notified that a United States magistrate judge of this district court is available to conduct any or all proceedings in this case including a jury or nonjury trial, and to order the entry of a final judgment. Exercise of this jurisdiction by a magistrate judge is, however, permitted only if all parties voluntarily consent.

You may, without adverse substantive consequences, withhold your consent, but this will prevent the court's jurisdiction from being exercised by a magistrate judge. If any party withholds consent, the identity of the parties consenting or withholding consent will not be communicated to any magistrate judge or to the district judge to whom the case has been assigned.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States court of appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

## CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.

| Party Represented | Signatures | Date |
|---|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ, & NONA A. PEREZ | | 1-31- 05 |
| *LSG LUFTHANSA SERVICE HOLDING AG; LSG LUFTHANSA SERVICE GUAM, INC.; LSG CATERING | Alicia Lifiaro | 1/30/05 |
| GUAM, INC.; LSG LUFTHANSA SERVICE USA, INC.; LSG LUFTHANSA SERVICE ASIA, LTD.; LSG | | 1/30/05 |
| LUFTHANSA SERVICE SAIPAN, INC.; LSG CATERING SAIPAN, INC. | | |

## ORDER OF REFERENCE

IT IS ORDERED that this case be referred to __Joaquin V.E. Manibusan, Jr.__
United States Magistrate Judge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

__2/7/05__
Date

David W. Hagen
United States District Judge

**RECEIVED**
JAN 3 1 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.**

*The non-Guam entities (LSG Lufthansa Service Holding AG, LSG Lufthansa Service USA, Inc., Lufthansa Service Asia, Ltd., LSG Lufthansa Service Saipan, Inc., LSG Catering Saipan, Inc.) for whom Defendants counsel have filed a Motion to Dismiss for Lack of Jurisdiction, consent without waiving their challenges to jurisdiction and service.