FILED
DISTRICT COURT OF GUAM
FEB 10 2005
MARY L.M. MORAN
CLERK OF COURT
115

UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ, and NONA A. PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE HOLDING AG, et al.,<br><br>Defendants. | CIVIL CASE NO. 03-00028 |
| FELIPE DATUIN, JEFF GUMATAOTAO, and JAMES CRUZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.,<br><br>Defendants. | CIVIL CASE NO. 04-00010<br><br>**J U D G M E N T** |

Judgment is hereby entered in accordance with the Order filed February 7, 2005.

Dated this 10th day of February, 2005, Hagatna, Guam.

MARY L. M. MORAN
Clerk of Court

By: _____
Deputy Clerk

Notice is hereby given that this document was entered on the docket on FEB 10 2005. No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam
By: _____  FEB 10 2005
Deputy Clerk    Date