
**FILED**
DISTRICT COURT OF GUAM
MAR - 2 2005
MARY L.M. MORAN
CLERK OF COURT



# DISTRICT COURT OF GUAM
## DISTRICT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, et al., | CIVIL CASE NO. 03-00028 |
| Plaintiffs, | |
| vs. | **ORDER** |
| LSG LUFTHANSA SERVICE HOLDING AG, et al., | |
| Defendants. | |

Plaintiffs shall submit a proposed Scheduling Order containing the dates set forth during the Scheduling Conference held on December 17, 2004, no later than March 31, 2005.

IT IS SO ORDERED.

Dated: March 2, 2005

JOAQUIN V.E. MANIBUSAN, JR.
U.S. MAGISTRATE JUDGE