FILED
DISTRICT COURT OF GUAM
MAR 25 2005
MARY L.M. MORAN
CLERK OF COURT



ALICIA A. LIMTIACO, ESQ.
DONNA M. CRUZ, ESQ.
**LIMTIACO CRUZ & SISON, PLLC**
Suite 11B, MVP Business Center
777 Route 4
Sinajana, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-477-0001
Email: guamlaw@ite.net

PETER I. OSTROFF, ESQ.
MAX C. FISCHER, ESQ.
**SIDLEY AUSTIN BROWN & WOOD**
555 West Fifth Street, 40th Floor
Los Angeles, California 90013-1010
Telephone: 213-896-6000
Facsimile: 213-896-6600

Attorneys for Defendants LSG Lufthansa Service Guam, Inc.
LSG Catering Guam, Inc.

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.,<br><br>Defendants. | Civil Case No. 03-00028 |
| FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.,<br><br>Defendants. | Civil Case No. 04-00010<br><br>**REQUEST FOR ORDER REQUIRING MOTION FOR LEAVE OF COURT GRANTING TELEPHONIC CONFERENCE PARTICIPATION** |

Request for Order Requiring Motion for Leave of Court Granting Telephonic Participation
Civil Case No. 03-00028/Civil Case No. 04-00010

ORIGINAL

Case 1:03-cv-00028   Document 123   Filed 03/25/2005   Page 1 of 2

This matter came before the Court at the Status Conference held on December 16, 2004, and the second Scheduling Conference held on December 17, 2004 in the <u>Felipe Datuin, et al. v. LSG Lufthansa Service Guam, Inc., et al.</u>, Civil Case No. 04-00010 case.

Wherein Defendants' counsel, Limtiaco Cruz & Sison, PLLC, by and through Alicia A. Limtiaco, Esq., given previous unnoticed telephonic conference participation by Plaintiffs' counsel, Sandra D. Lynch, Esq., requested that any telephonic conference participation by Plaintiffs' counsel in any future court hearings or proceedings, be conducted only upon Plaintiffs' counsel's written notice and motion for leave of court to permit such telephonic conference participation and stating the reason(s) for which a telephonic conference is necessary, and that Defendants be allowed to respond to Plaintiffs' counsel's motion accordingly.

At the December 16, 2004 Status Conference and December 17, 2004 second Scheduling Conference, the Court acknowledged and agreed with Defendants' oral request. Defendants hereby submit their request in writing.

Respectfully submitted this 22nd day of March, 2005.

LIMTIACO CRUZ & SISON, PLLC,

By: _____
ALICIA A. LIMTIACO, ESQ.,
a duly licensed employee.

H:\Legal Files\Master Client Files\LSG\EEOC - Datuin\Motion for Telephonic Participation (cac 3-22-05).doc

Request for Order Requiring Motion for Leave of Court Granting Telephonic Participation
Civil Case No. 03-00028/Civil Case No. 04-00010
Case 1:03-cv-00028 Document 123 Page 2 Filed 03/25/2005 Page 2 of 2