ALICIA A. LIMTIACO, ESQ.
DONNA M. CRUZ, ESQ.
**LIMTIACO CRUZ & SISON, PLLC**
Suite 11B, MVP Business Center
777 Route 4
Sinajana, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-477-0001
Email: guamlaw@ite.net

PETER I. OSTROFF, ESQ.
MAX C. FISCHER, ESQ.
**SIDLEY AUSTIN BROWN & WOOD**
555 West Fifth Street, 40th Floor
Los Angeles, California 90013-1010
Telephone: 213-896-6000
Facsimile: 213-896-6600

**Attorneys for Defendants LSG Lufthansa Service Guam, Inc.**
**LSG Catering Guam, Inc.**



**FILED**
DISTRICT COURT OF GUAM

MAR 25 2005

MARY L.M. MORAN
CLERK OF COURT

118

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

MICHELLE D. RAMOS, et al.,

               Plaintiffs,

vs.

LSG LUFTHANSA SERVICE GUAM, INC.,
et al.,

               Defendants.

Civil Case No. 03-00028

---

FELIPE DATUIN, JEFF GUMATAOTAO
and JAMES CRUZ,

               Plaintiffs,

vs.

LSG LUFTHANSA SERVICE GUAM,
INC., et al.,

               Defendants.

Civil Case No. 04-00010

**OBJECTION TO EXTENSION OF
CUT-OFF DATE TO ADD PARTIES
OR CLAIMS, AND TO AMEND
PLEADINGS**

Objection to Extension of Cut-Off Date, to add Parties or Claims, and to Amend Pleadings
Civil Case No. 03-00028/Civil Case No. 04-00010

**ORIGINAL**

Pursuant to the second Scheduling Conference held on December 17, 2004 in <u>Felipe Datuin, et al. v. LSG Lufthansa Service Guam, Inc., et al.</u>, Civil Case No. 04-00010, Defendants, by and through their counsel of record, Limtiaco Cruz & Sison, PLLC, by and through Alicia A. Limtiaco, Esq., herewith file their written objection to the extension of the cut-off date for motions to add parties or claims, and to amend pleadings, by Plaintiffs. Said objection by Defendants was orally made on the record at the second Scheduling Conference on December 17, 2004. The cut-off date for motions to add parties or claims, and to amend pleadings, by Plaintiffs initially agreed upon by the parties and the Court at the first Scheduling Conference held on June 2, 2004 and set for July 2004, was extended to February 7, 2005 over Defendants' objection at the December 17, 2004 second Scheduling Conference.

Respectfully submitted this _22nd_ day of March, 2005.


LIMTIACO CRUZ & SISON, PLLC,


By: _____
ALICIA A. LIMTIACO, ESQ.,
a duly licensed employee.

H:\Legal Files\Master Client Files\LSG\EEOC - Datuin\Objection Extension CutOff Date & Add Parties (3.22.05) tab.doc

Objection to Extension of Cut-Off Date, to add Parties or Claims, and to Amend Pleadings
Civil Case No. 03-00028/Civil Case No. 04-00010
Case 1:03-cv-00028     Document 124     Page 2 of 2     Filed 03/25/2005     Page 2 of 2