ALICIA A. LIMTIACO, ESQ.
DONNA M. CRUZ, ESQ.
**LIMTIACO CRUZ & SISON, PLLC**
Suite 11B, MVP Business Center
777 Route 4
Sinajana, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-477-0001
Email: guamlaw@ite.net

PETER I. OSTROFF, ESQ.
MAX C. FISCHER, ESQ.
**SIDLEY AUSTIN BROWN & WOOD**
555 West Fifth Street, 40th Floor
Los Angeles, California 90013-1010
Telephone: 213-896-6000
Facsimile: 213-896-6600

Attorneys for Defendants LSG Lufthansa Service Guam, Inc.
LSG Catering Guam, Inc.

FILED
DISTRICT COURT OF GUAM
MAR 29 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ and NONA A. PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.,<br><br>Defendants. | Civil Case No. 03-00028 |
| FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.,<br><br>Defendants. | Civil Case No. 04-00010<br><br>**DECLARATION OF<br>ALICIA A. LIMTIACO, ESQ.** |

I, ALICIA A. LIMTIACO, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge:

1. I am an attorney admitted to practice before the United States District Court of Guam and a partner with Limtiaco Cruz & Sison, PLLC (hereinafter "LCS"), which maintains an office at 777 Route 4, MVP Business Center, Suite 11B, Sinajana, Guam 96910. LCS represents LSG Lufthansa Service Guam, Inc. and LSG Catering Guam, Inc. (collectively "LSG Guam").

2. I submit this Declaration in support of LSG Guam's Ex Parte Application for Protective Order and to Seal Documents, and Ex Parte Application for Order to Compel Plaintiffs' Written Certification and for Attorneys Fees for Failure to Comply with Court's June 14, 2004 Order.

3. As LSG Guam previously argued at the hearing on Defendants' motion for an order to return misappropriated property on June 7, 2004, Plaintiffs had in their possession confidential, proprietary and privileged documents, some of which were filed as exhibits to Plaintiffs' Opposition to Defendants' Motion to Dismiss for Lack of Jurisdiction and to Plaintiffs' Supplemental Opposition to Motion to Dismiss for Lack of Jurisdiction, filed on October 17, 2003 and May 24, 2004, respectively, in *Michelle Ramos, et al. v. LSG Lufthansa Service Guam, Inc., et al.*, District Court of Guam Civil Case No. 03-0028. On June 14, 2004, the Court issued its Order granting LSG Guam's motion, and ordered Plaintiffs to return to LSG Guam all of the company's property, which is everything, except compensation, that Plaintiffs acquired by virtue of their employment by the company. *See* Order filed on June 14, 2004. The Court further ordered that Plaintiffs, along with their agents, servants, employees, attorneys, and those in active concert with them, return all of the company's property within twenty-one (21) days from the date of entry of the Court's Order, and submit to the Court and LSG Guam's counsel, a certification that they complied with the Court's Order as set forth in paragraphs (1), (2) and (3) therein, within twenty-five (25) days from the date of entry of the Court's

Order. Plaintiffs and their counsel have failed to fully comply with the Court's June 14, 2004 Order. LSG Guam and their counsel have incurred attorneys fees in the amount of $600.00 in bringing their Ex Parte Application for Order to Compel Plaintiffs' Written Certification and for Attorneys Fees for Failure to Comply with Court's June 14, 2004 Order:

| | |
|---|---|
| March 24, 2005 | Review court's June 14, 2004 order and pleadings; research; draft ex parte application for order to compel plaintiffs' written certification and for attorneys fees for failure to comply with court's June 14, 2004 order - 1 hour (AAL) |
| March 25, 2005 | Review court's June 14, 2004 order and pleadings; research; draft, revise ex parte application for order to compel plaintiffs' written certification and for attorneys fees for failure to comply with court's June 14, 2004 order, and proposed order – 1 hour (AAL) |
| March 28, 2005 | Revise ex parte application for order to compel plaintiffs' written certification and for attorneys fees for failure to comply with court's June 14, 2004 order, and proposed order; draft declaration of counsel and letter to plaintiffs' counsel – 1 hour (AAL) |

4. Given the confidential, proprietary and privileged nature of the documents described in LSG Guam's motion for an order to return misappropriated property, and the Court's June 14, 2004 Order, a protective order and sealing of the documents at issue are warranted, so as to prevent a violation of the ownership and privacy rights of LSG Guam, *see* Court's June 14, 2004 Order at 5, and to protect LSG Guam from annoyance, embarrassment, oppression, undue burden or expense, and/or irreparable or serious damage or injury to its business interests and to the privacy interests of its employees, as a result of such information being made accessible to the public.

5. Sandra D. Lynch, Esq. and the Law Offices of Gorman & Gavras represent Plaintiffs.

6. LCS made a good faith effort to advise Plaintiffs' counsel of the date, time and substance of our proposed ex parte applications to the Court by sending to them via facsimile a letter

dated March 29, 2005, informing them of our intent to seek such ex parte applications. *See* Defendants' Exhibit A, Letter dated March 29, 2005 to Sandra D. Lynch, Esq., and the Law Offices of Gorman & Gavras.

Plaintiffs' counsel's office contacted LCS indicating that they are reviewing the matter, and do not have a position as of yet regarding our ex parte applications.

Dated: 3/29/05

LIMTIACO CRUZ & SISON, PLLC

By: *Alicia A. Limtiaco*
ALICIA A. LIMTIACO, Esq.
Counsel For Defendants LSG Lufthansa Service Guam, Inc. and LSG Catering Guam, Inc.

H:\Legal Files\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\Pleadings\Declaration fo Alicia A. Limtiaco re Protective Order (AAL 3-28-05).doc

Confirmation Report - Memory Send

Time : Mar-29-05 09:56am
Tel line : +6714770001
Name : Limtiaco Cruz & Sison, PLLC

| | | |
|---|---|---|
| Job number | : | 113 |
| Date | : | Mar-29 09:55am |
| To | : | 4722342 |
| Document pages | : | 03 |
| Start time | : | Mar-29 09:55am |
| End time | : | Mar-29 09:56am |
| Pages sent | : | 03 |
| Status | : | OK |
| Job number | : 113 | \*\*\* SEND SUCCESSFUL \*\*\* |

---

**LIMTIACO CRUZ & SISON, PLLC**
777 Route 4
MVP Business Center, Suite 11B
Sinajana, Guam 96910
TELEPHONE: (671) 477-0000
FACSIMILE: (671) 477-0001

**FACSIMILE TRANSMITTAL SHEET**

| TO: | FROM: |
|---|---|
| Sandra D. Lynch, Esq. William Leon Gavras, Esq. | Alicia A. Limtiaco, Esq. |
| **COMPANY:** Law Offices of Gorman & Gavras | **DATE:** March 29, 2005 |
| **FAX NUMBER:** 472-2342 | **TOTAL NO. OF PAGES INCLUDING COVER:** 3 |
| **PHONE NUMBER:** 472-2302 | **SENDER:** Tab |
| **SUBJECT:** Ramos, et al. v. LSG, et al. Datuin, et al. v. LSG, et al. | **YOUR REFERENCE NUMBER:** |

☐ URGENT  ☐ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY  ☐ MAIL CONFIRMATION

**STATEMENT OF CONFIDENTIALITY**

THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION MAY BE PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE NAMED IN THIS TRANSMISSION SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, OR AN EMPLOYEE RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, ANY DISCLOSURE, DISTRIBUTION OR COPYING OF THIS FACSIMILE TRANSMISSION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE CALL US IMMEDIATELY BY TELEPHONE SO THAT WE CAN ARRANGE TO RETRIEVE THE TRANSMISSION.

NOTES/COMMENTS:

Letter

# Exhibit "A"



Law Offices
**LIMTIACO CRUZ & SISON PLLC**
A Professional Limited Liability Company
777 Route 4, Ste 11B • MVP Business Center
Sinajana, Guam 96910
Tel: 671-477-0000
Fax: 671-477-0001
E-mail: guamlaw@ite.net / kslaw@ite.net

Donna M. Cruz, Esq.
Ray C. Haddock, Esq.
Alicia A. Limtiaco, Esq.
Jocelyn M. Roden, Esq.
Benjamin C. Sison, Jr., Esq.

March 29, 2005

**VIA FACSIMILE**
472-2342

Sandra D. Lynch, Esq.
c/o Law Offices of Gorman and Gavras
2nd Floor, J&R Building
208 Route 4
Hagåtña, Guam 96910

William Leon Gavras, Esq.
Law Offices of Gorman and Gavras
2nd Floor, J&R Building
208 Route 4
Hagåtña, Guam 96910

> **Re:** Michelle D. Ramos, et. al. v. LSG Lufthansa Service Holding AG, et. al.
> U.S. District Court of Guam Civil Case No. 03-00028
>
> Felipe Datuin, et. al. v. LSG Lufthansa Service Holding AG, et. al.
> U.S. District Court of Guam Civil Case No. 04-00010

Dear Sandra and Bill,

    Please be informed that our office intends to file and bring before the District Court of Guam Defendants' Ex Parte Application for Protective Order and to Seal Documents, and Ex Parte Application for Order to Compel Plaintiffs' Written Certification and for Attorneys Fees for Failure to Comply with Court's June 14, 2004 Order. As you know, in its June 14, 2004 Order, the Court granted Defendants' motion for an order for return of misappropriated property, and ordered Plaintiffs to return to Defendants all of the company's property, which is everything, except compensation, that Plaintiffs acquired by virtue of their employment by the company. Plaintiffs, along with their agents, servants, employees, attorneys, and those in active participation with them, were given 21 days from the date of entry of the Court's order to return to Defendants all of the company's property, and 25 days from the date of entry of the Court's order to submit to the Court and to defense counsel, a certification that they complied with the Court's order. On July 7, 2004, Plaintiffs' counsel, Sandra D. Lynch, filed a declaration with the Court stating that she provided the Defendants with all of the documents she received from her clients that were in her possession, including copies of the documents which were in her files, and any duplicates thereof. Although Plaintiffs' counsel filed her declaration, Plaintiffs

themselves have yet to file their written certification stating that each Plaintiff has complied with paragraphs (1), (2) and (3) of the Court's June 14, 2004 Order. Defendants wish to move the Court for an order compelling Plaintiffs and Plaintiffs' counsel to file their written certification pursuant to the Court's June 14, 2004 Order, and for an order awarding attorneys fees to Defendants for fees incurred in preparing this motion and resolving the matter.

Further, given the confidential, proprietary and privileged nature of the documents described in Defendants' motion for an order to return misappropriated property, and the Court's June 14, 2004 Order, including those attached as exhibits to Plaintiffs' Opposition to Defendants' Motion to Dismiss for Lack of Jurisdiction and to Plaintiffs' Supplemental Opposition to Motion to Dismiss for Lack of Jurisdiction, filed on October 17, 2003 and May 24, 2004, respectively, in *Michelle D. Ramos, et al. v. LSG Lufthansa Service Guam, Inc., et al.*, and those provided by Plaintiffs to Defendants on February 23, 2004, and on July 2 and July 19, 2004 after the Court's June 14, 2004 Order, a protective order and sealing of the documents at issue are warranted, so as to prevent a violation of Defendants' ownership and/or privacy rights, and to protect Defendants from annoyance, embarrassment, oppression, undue burden or expense, and/or irreparable or serious damage or injury to its business interests and to the privacy interests of its employees, as a result of such information being made accessible to the public.

Our office intends to bring this matter before the Court on Wednesday morning, March 30, 2005, or as soon thereafter as the Court permits. Please inform us of Plaintiffs' position regarding the aforementioned ex parte applications, and whether Plaintiffs' counsel wish to be present at the court hearing on the applications.

Sincerely,

LIMTIACO CRUZ & SISON, PLLC,

*Alicia A. Limtiaco*

Alicia A. Limtiaco

AAL:cc

H:\Legal Files\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\Letters\Ltr to Lynch, Gorman and Gavras 3-29-05 (AAL).doc