

**FILED**
DISTRICT COURT OF GUAM
MAR 31 2005
MARY L.M. MORAN
CLERK OF COURT



# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> LSG LUFTHANSA SERVICE HOLDING AG, et.al., <br><br> Defendants. | CIVIL CASE NO. 03-00028 |
| FELIPE DATUIN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> LSG LUFTHANSA SERVICE HOLDING AG, et.al., <br><br> Defendants. | CIVIL CASE NO. 04-00010 <br><br> **ORDER TO SHOW CAUSE** |

On June 14, 2004, the Court ordered plaintiffs Michelle Ramos and Ricardo Perez to relinquish and turn over to LSG Guam all property in their possession belonging to LSG Guam and/or their parent, subsidiary, or affiliated corporations within twenty-one (21) days of the date of entry of the Order. The plaintiffs were further ordered to submit to the Court and defense counsel, within twenty-five (25) days from the date of entry of the Order, a writing signed by

plaintiffs and their counsel certifying that each had complied with the Court's Order. The Plaintiff failed to comply with this Order.

On March 29, 2005, defendants filed an Ex Parte Application seeking the following: (1) a Protective Order, (2) an Order to Seal Documents, (3) an Order to Compel Plaintiff's Written Certification Pursuant to this Court's June 14, 2004 Order, and (4) an Award of Attorney's Fees Based on Noncompliance with this Court's Order of June 14, 2004.

The Court finds that neither the subject matter contained within the Ex Parte Motion nor the relief sought by the defendants is of a nature that would necessitate an Ex Parte Hearing pursuant to Local Rule 7.1(g). The defendants have not shown why these requests cannot be properly noticed and brought before the Court in accordance with the Local Rules governing motion practice. More than nine months have lapsed since the Court's June 14 Order and the defendants are only now taking action.

Although the Court does not find the matters to be of an ex parte nature, likewise, the Court notes that the Plaintiff has failed to comply with a Court order and the issues raised by the defendants should be expeditiously addressed. Accordingly, the Plaintiff is ordered to show cause why the defendant's motions filed March 29, 2005, should not be granted. The plaintiff's written response to this Order to Show Cause shall be filed no later than April 13, 2005. Any reply by the defendants shall be filed by April 15, 2005. Thereafter, the Court will hear arguments at a hearing on the matter on April 19, 2005 at 9:00 a.m.

IT IS SO ORDERED.

Dated this 30th day of March, 2005.

HONORABLE JOAQUIN V.E. MANIBUSAN, JR.,
U.S. Magistrate Judge, District Court of Guam

2

Case 1:03-cv-00028   Document 129   Filed 03/31/2005   Page 2 of 2