FILED
DISTRICT COURT OF GUAM
MAR 31 2005
MARY L.M. MORAN
CLERK OF COURT
127

ALICIA A. LIMTIACO, ESQ.
DONNA M. CRUZ, ESQ.
**LIMTIACO CRUZ & SISON, PLLC**
Suite 11B, MVP Business Center
777 Route 4
Sinajana, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-477-0001
Email: guamlaw@ite.net

PETER I. OSTROFF, ESQ.
MAX C. FISCHER, ESQ.
**SIDLEY AUSTIN BROWN & WOOD**
555 West Fifth Street, 40th Floor
Los Angeles, California 90013-1010
Telephone: 213-896-6000
Facsimile: 213-896-6600

Attorneys for Defendants LSG Lufthansa Service Guam, Inc.
LSG Catering Guam, Inc.

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ and NONA A. PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.,<br><br>Defendants. | Civil Case No. 03-00028<br><br><br><br><br><br>**NOTICE TO TAKE DEPOSITION**<br>(James Cruz) |
| FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.,<br><br>Defendants. | Civil Case No. 04-00010 |

Notice to take Deposition (Michelle D. Ramos)
Civil Case No. 03-00028/Civil Case No. 04-00010
Page 1 of 2
ORIGINAL
Case 1:03-cv-00028   Document 135   Filed 03/31/2005   Page 1 of 2

TO: James Cruz – by and through his attorneys of record,
Sandra D. Lynch, Esq. and William L. Gavras, Esq.
Law Offices of Gorman & Gavras
2nd Floor, J&R Building
208 Route 4
Hagåtña, Guam 96910

**PLEASE TAKE NOTICE** that on the **28th day of April, 2005** commencing at 9:00 a.m., at the law offices of LIMTIACO CRUZ & SISON, PLLC, Suite 11B, MVP Business Center, 777 Route 4, Sinajana, Guam 96910, then and there, LSG Lufthansa Service Guam, Inc. and LSG Catering Guam, Inc., through its attorneys of record, will take the deposition of **James Cruz**, upon oral examination pursuant to Rule 30 of the Federal Rules of Civil Procedure before a notary public or other person authorized by law to administer oaths. The oral examination will continue from day to day until completed.

DATED: 3/31/05

LIMTIACO CRUZ & SISON, PLLC,

By: *Alicia A. Limtiaco*
ALICIA A. LIMTIACO,
A duly licensed employee.

H:\Legal Files\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\Pleadings\Notice to Take Depo (James Cruz).doc

Notice to take Deposition (Michelle D. Ramos)
Civil Case No. 03-00028/Civil Case No. 04-00010
Case 1:03-cv-00028   Document 135   Filed 03/31/2005   Page 2 of 2