ALICIA A. LIMTIACO, ESQ.
DONNA M. CRUZ, ESQ.
LIMTIACO CRUZ & SISON, PLLC
Suite 11B, MVP Business Center
777 Route 4
Sinajana, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-477-0001
Email: guamlaw@ite.net

PETER I. OSTROFF, ESQ.
MAX C. FISCHER, ESQ.
SIDLEY AUSTIN BROWN & WOOD
555 West Fifth Street, 40th Floor
Los Angeles, California 90013-1010
Telephone: 213-896-6000
Facsimile: 213-896-6600

Attorneys for Defendants LSG Lufthansa Service Guam, Inc.
and LSG Catering Guam, Inc.

FILED
DISTRICT COURT OF GUAM
APR - 6 2005
MARY L.M. MORAN
CLERK OF COURT
128

# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ and NONA A. PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.,<br><br>Defendants. | Civil Case No. 03-00028<br><br><br>**DEFENDANTS' EX PARTE APPLICATION FOR AN ORDER TO COMPEL PLAINTIFFS' ATTENDANCE AT DEPOSITIONS** |
| FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.,<br><br>Defendants. | Civil Case No. 04-00010 |

Defendants' Ex Parte Application to Compel Plaintiffs' Attendance at Deposition
Civil Case No. 03-00028/Civil Case No. 04-00010
Page 1 of 5

Case 1:03-cv-00028   Document 136   Filed 04/06/2005   Page 1 of 5

ORIGINAL

TO: Sandra D. Lynch, Esq. and William Gavras, Esq.,
and the Law Offices of Gorman & Gavras,
Attorneys for Plaintiffs

PLEASE TAKE NOTICE that on *to be determined by the Court*, 2005 at the hour of \_\_\_\_ \_\_.m., or as soon thereafter as this Court permits, Defendants, LSG Lufthansa Service Guam, Inc. and LSG Catering Guam, Inc. (collectively "Defendants"), by and through their counsel, Limtiaco Cruz & Sison, PLLC, will bring before the Court this Ex Parte Application for an Order to Compel Plaintiffs' Attendance at Depositions. Said ex parte application is supported by the Memorandum of Points and Authorities contained herein and the Declaration of Counsel filed contemporaneously herewith.

Dated this 5th day of April, 2005.

LIMTIACO CRUZ & SISON, PLLC

By: *Alicia A. Limtiaco*
ALICIA A. LIMTIACO, Esq.
Counsel For Defendants LSG Lufthansa Service
Guam, Inc. and LSG Catering Guam, Inc.

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendants, by and through their undersigned counsel, hereby move the Court ex parte for an Order to Compel Plaintiffs' Attendance at Depositions ("Motion"). In support of their Motion, Defendants state as follows:

1. Defendants bring this Motion to prevent a manifest waste of resources and to move this matter through the discovery process within the time frame stipulated and agreed to by the parties and the Court at the second Scheduling Conference initiated, scheduled and heard by the Court, on

Defendants' Ex Parte Application to Compel Plaintiffs' Attendance at Deposition
Civil Case No. 03-00028/Civil Case No. 04-00010
Page 2 of 5

Case 1:03-cv-00028   Document 136   Filed 04/06/2005   Page 2 of 5

December 17, 2004. Both Plaintiffs' counsel, Sandra D. Lynch, Esq., and Defendants' counsel, Alicia A. Limtiaco, Esq., were present at the second Scheduling Conference.

2.   Plaintiffs have exhibited a long history of delay and of disinterest in participating in discovery in this action. For example, Plaintiffs, to date, still have not submitted a scheduling order, even though the Court ordered them to do so by March 31, 2005. More recently, Defendants wrote to Plaintiffs' counsel on March 21, 2005 to ask for dates that their clients were available for depositions, but received no response. See Declaration of Counsel attached hereto.

3.   On March 31, 2005, due to Plaintiffs' failure to respond to the soon approaching deposition dates proposed by Defendants, Defendants filed with the Court and served on Plaintiffs' counsel Defendants' Notices of Deposition setting Plaintiffs' deposition dates for April 18 through April 29, 2005.

4.   On April 1, 2005, Plaintiffs' counsel, Gorman & Gavras, telephoned Defendants' counsel and informed them that Plaintiffs would not attend the scheduled depositions, later confirming in writing, "there will be great difficulty in our clients being present at the depositions and that your off-island counsel should assume the depositions will not occur and should plan accordingly." See Declaration of Counsel attached hereto.

5.   On April 1, 2005, Defendants' counsel had informed Plaintiffs' counsel that Defendants' Los Angeles counsel would be traveling to Guam to take depositions. Defendants' counsel further stressed that the cases are almost two years old, Plaintiffs' history of delay, the extreme difficulty experienced by the defense and lack of consistent communication with and access to Plaintiffs' counsel, and the time expended and costs incurred by Defendants in defending the actions instituted by Plaintiffs.

Defendants' Ex Parte Application to Compel Plaintiffs' Attendance at Deposition
Civil Case No. 03-00028/Civil Case No. 04-00010
Page 3 of 5

Case 1:03-cv-00028   Document 136   Filed 04/06/2005   Page 3 of 5

6. Federal Rules of Civil Procedure 26, 30, and 37 authorize the Court to take appropriate steps to ensure the efficient production of discovery, including the failure to appear at a deposition, and "may make such orders in regard to the failure as are just. . . ." F.R.C.P. 37(d); *see also,* F.R.C.P. 26(d), 30(d).

7. This matter has been pending for almost two years. In the interest of the efficient administration of justice, and given Plaintiffs' history of delay and disregard of their responsibilities to participate in discovery, an order by the Court is warranted compelling them to attend their depositions on a date certain, notwithstanding their refusal to provide available dates and their preemptive refusal to appear at dates chosen by Defendants. In addition, given that some or all of Plaintiffs' depositions will be conducted by off-island counsel, a date certain is necessary to avoid a significant waste of money in travel and lodging expenses should Plaintiffs fail to appear.

8. Defendants suggest the following dates and times for Plaintiffs to appear at their depositions at the offices of Limtiaco, Cruz & Sison, PLLC, for stenographic and videotaped depositions as follows:

   a. Michelle Ramos:         May 5, 2005 at 10:00 AM

   b. Ricardo "Gino" Perez:   May 6, 2005 at 10:00 AM

   c. Felipe Datuin:          May 10, 2005 at 10:00 AM

   d. Nona Perez:             May 11, 2005 at 10:00 AM

   e. Jeff Gumataotao:        May 12, 2005 at 10:00 AM

   f. James Cruz:             May 13, 2005 at 10:00 AM

Defendants' Ex Parte Application to Compel Plaintiffs' Attendance at Deposition
Civil Case No. 03-00028/Civil Case No. 04-00010
Page 4 of 5

Case 1:03-cv-00028   Document 136   Filed 04/06/2005   Page 4 of 5

**WHEREFORE**, Defendants respectfully request that the Court grant their Motion and award all other relief as it may deem proper.

Respectfully submitted this 5th day of April, 2005.

LIMTIACO CRUZ & SISON, PLLC,

By: *Alicia A. Limtiaco*
ALICIA A. LIMTIACO, ESQ.,
a duly licensed employee.

H:\Legal Files\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\Pleadings\Motion to Order Depositions for Date Certain (04.05.05)-Final.doc

Defendants' Ex Parte Application to Compel Plaintiffs' Attendance at Deposition
Civil Case No. 03-00028/Civil Case No. 04-00010
Page 5 of 5

Case 1:03-cv-00028   Document 136   Filed 04/06/2005   Page 5 of 5