**ALICIA A. LIMTIACO, ESQ.**
**DONNA M. CRUZ, ESQ.**
**LIMTIACO CRUZ & SISON, PLLC**
Suite 11B, MVP Business Center
777 Route 4
Sinajana, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-477-0001
Email: guamlaw@ite.net

**PETER I. OSTROFF, ESQ.**
**MAX C. FISCHER, ESQ.**
**SIDLEY AUSTIN BROWN & WOOD**
555 West Fifth Street, 40th Floor
Los Angeles, California 90013-1010
Telephone: 213-896-6000
Facsimile: 213-896-6600

**Attorneys for Defendants LSG Lufthansa Service Guam, Inc.**
**LSG Catering Guam, Inc.**

FILED
DISTRICT COURT OF GUAM
APR - 6 2005
MARY L.M. MORAN
CLERK OF COURT
129

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ and NONA A. PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.,<br><br>Defendants. | Civil Case No. 03-00028<br><br><br><br><br><br>**DECLARATION OF COUNSEL** |
| FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.,<br><br>Defendants. | Civil Case No. 04-00010 |

Declaration f Alicia A. Limtiaco
Civil Case No. 03-00028/Civil Case No. 04-00010
Page 1 of 3

ORIGINAL

I, ALICIA A. LIMTIACO, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge:

1.     I am an attorney admitted to practice before the United States District Court of Guam and a partner with Limtiaco Cruz & Sison, PLLC (hereinafter "LCS"), which maintains an office at 777 Route 4, MVP Business Center, Suite 11B, Sinajana, Guam  96910.  LCS represents LSG Lufthansa Service Guam, Inc. and LSG Catering Guam, Inc. (collectively "LSG Guam").

2.     I submit this Declaration in support of LSG Guam's Ex Parte Application for an Order to Compel Plaintiffs' Attendance at Depositions.

3.     On March 21, 2005, I wrote to Plaintiffs' counsel, inquiring as to dates that their clients were available for depositions. See letter from Alicia A. Limtiaco, Esq. to Sandra D. Lynch, Esq. and William Leon Gavras, Esq. dated March 21, 2005, a true and correct copy of which is attached hereto as Exhibit A.

4.     On March 31, 2005, due to Plaintiffs' failure to respond to the soon approaching deposition dates proposed by Defendants, Defendants filed with the Court and served on Plaintiffs' counsel Defendants' Notices of Deposition setting Plaintiffs' deposition dates for April 18 through April 29, 2005. See letter from Alicia A. Limtiaco, Esq. to Sandra D. Lynch, Esq. and William Leon Gavras, Esq. dated March 31, 2005, a true and correct copy of which is attached hereto as Exhibit B.

5.     On April 1, 2005, Plaintiffs' counsel, Gorman & Gavras, telephoned Defendants' counsel and informed them that Plaintiffs would not attend the scheduled depositions, later confirming in writing, "there will be great difficulty in our clients being present at the depositions and that your off-island counsel should assume the depositions will not occur and should plan accordingly." See letter of A. Alexander Gorman, Esq. to Alicia A. Limtiaco, Esq. dated April 1, 2005, a true and correct copy of which is attached hereto as Exhibit C.

6.     On April 1, 2005, Defendants' counsel had informed Plaintiffs' counsel that Defendants' Los Angeles counsel would be traveling to Guam to take depositions. Defendants' counsel further stressed that the cases are almost two years old, Plaintiffs' history of delay, the extreme difficulty experienced by the defense and lack of consistent communication with and access to Plaintiffs' counsel, and the time expended and costs incurred by Defendants in defending the actions instituted by Plaintiffs. Thus, given the above, Defendants' Ex Parte Application is necessary so as to prevent any further prejudice and harm to Defendants.

7.     On April 5, 2005, Defendants' counsel informed Plaintiffs' counsel of their intent to file with the Court, an Ex Parte Application for an Order to Compel Plaintiffs' Attendance at Depositions, and requested that Plaintiffs' confirm their position regarding the application and whether Plaintiffs' counsel wished to be present at the hearing.     See letter from Alicia A. Limtiaco, Esq. to Sandra D. Lynch, Esq. and William Leon Gavras, Esq. dated April 5, 200, a true and correct copy of which is attached hereto as Exhibit D.

8.     Defendants' counsel has made a good faith effort to advise Plaintiffs' counsel of the date, time and substance of our proposed ex parte application to the Court by sending to them via facsimile and hand delivery a letter dated April 5, 2005, informing them of our intent to seek such ex parte application. Defendants' counsel has not to date received a response from Plaintiffs' counsel to our letter dated April 5, 2005.

Dated:     _____4/5/05_____ .


_____
ALICIA A. LIMTIACO



**Law Offices**
**LIMTIACO CRUZ & SISON PLLC**
A Professional Limited Liability Company
777 Route 4, Ste IIB • MVP Business Center
Sinajana, Guam 96910
Tel: 671-477-0000
Fax: 671-477-0001
E-mail: guamlaw@ite.net / kslaw@ite.net

Donna M. Cruz, Esq.
Ray C. Haddock, Esq.
Alicia A. Limtiaco, Esq.
Jocelyn M. Roden, Esq.
Benjamin C. Sison, Jr., Esq.

# CONFIRMATION

March 21, 2005

<u>**VIA FACSIMILE**</u>
472-2342

Sandra D. Lynch, Esq.
c/o Law Offices of Gorman and Gavras
2nd Floor, J&R Building
208 Route 4
Hagåtña, Guam 96910

William Leon Gavras, Esq.
Law Offices of Gorman and Gavras
2nd Floor, J&R Building
208 Route 4
Hagåtña, Guam 96910

  **Re:** <u>Michelle D. Ramos, et. al. v. LSG Lufthansa Service Holding AG, et. al.</u>
     U.S. District Court of Guam Civil Case No. 03-00028

     <u>Felipe Datuin, et. al. v. LSG Lufthansa Service Holding AG, et. al.</u>
     U.S. District Court of Guam Civil Case No. 04-00010

Dear Sandra and Bill,

  We wish to take the deposition of all plaintiffs in the Ramos and Datuin cases, and are looking at scheduling the depositions the week of April 18, 2005 and the week of April 25, 2005. Please inform us no later than March 25, 2005 of the plaintiffs' and your availability during the proposed timeframes so that we may send out the appropriate notices of deposition.

  Further, please be informed that in addition to service upon the Law Offices of Gorman and Gavras, our office attempted service upon Ms. Lynch of Defendants' First Set of Interrogatories and First Set of Production of Documents to Plaintiffs on the Law Offices of Cynthia V. Ecube, 207 Martyr Street, Suite 3, Hagåtña, Guam, pursuant to Ms. Lynch's letter of December 17, 2004. However, Cynthia Ecube's office refused to accept service on Ms. Lynch's behalf and informed our process server that all future documents for Ms. Lynch should be directed and served upon the Law Offices of Gorman and Gavras.

          Sincerely,

          LIMTIACO CRUZ & SISON, PLLC,

          *Alicia A. Limtiaco*

          Alicia A. Limtiaco

AAL:cc

**Exhibit "A"**

H:\Legal Files\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\Letters\Ltr to Lynch, Gorman and Gavras 3-21-05 (AAL).doc



**Law Offices**
**LIMTIACO CRUZ & SISON PLLC**
A Professional Limited Liability Company
777 Route 4, Ste 113 • MVP Business Center
Sinajana, Guam 96910
Tel: 671-477-0000
Fax: 671-477-0001
E-mail: guamlaw@ite.net / lcslaw@ite.net

Donna M. Cruz, Esq.
Ray C. Haddock, Esq.
Alicia A. Limtiaco, Esq.
Jocelyn M. Roden, Esq.
Benjamin C. Sison, Jr., Esq.

March 31, 2005

**<u>VIA HAND DELIVERY</u>**

Sandra D. Lynch, Esq.
c/o Law Offices of Gorman and Gavras
2nd Floor, J&R Building
208 Route 4
Hagåtña, Guam 96910

William Leon Gavras, Esq.
Law Offices of Gorman and Gavras
2nd Floor, J&R Building
208 Route 4
Hagåtña, Guam 96910

**Re:**   Michelle D. Ramos, et. al. v. LSG Lufthansa Service Holding AG, et. al.
U.S. District Court of Guam Civil Case No. 03-00028

Felipe Datuin, et. al. v. LSG Lufthansa Service Holding AG, et. al.
U.S. District Court of Guam Civil Case No. 04-00010

Dear Sandra and Bill,

This is a follow up to our letter dated March 21, 2005, regarding the proposed deposition dates of Plaintiffs. To date, we have not received a response as requested in our letter, to our proposed deposition timeframe, and as such, must proceed with the attached deposition notices for Plaintiffs given the deposition timeframe involved.

Sincerely,

LIMTIACO CRUZ & SISON, PLLC,

Alicia A. Limtiaco

Alicia A. Limtiaco

AAL:cc

**Exhibit "B"**

ALICIA A. LIMTIACO, ESQ.
DONNA M. CRUZ, ESQ.
**LIMTIACO CRUZ & SISON, PLLC**
Suite 11B, MVP Business Center
777 Route 4
Sinajana, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-477-0001
Email: guamlaw@ite.net

PETER I. OSTROFF, ESQ.
MAX C. FISCHER, ESQ.
**SIDLEY AUSTIN BROWN & WOOD**
555 West Fifth Street, 40th Floor
Los Angeles, California 90013-1010
Telephone: 213-896-6000
Facsimile: 213-896-6600

Attorneys for Defendants LSG Lufthansa Service Guam, Inc.
LSG Catering Guam, Inc.

**FILED**
DISTRICT COURT OF GUAM

MAR 3 1 2005

MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ and NONA A. PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.,<br><br>Defendants. | Civil Case No. 03-00028<br><br><br><br><br>**NOTICE TO TAKE DEPOSITION**<br>**(Michelle D. Ramos)** |
| FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.,<br><br>Defendants. | Civil Case No. 04-00010 |

**RECEIVED**
MAR 3 1 2005
3:10 p.m &
GORMAN & GAVRAS

1  TO:  **Michelle D. Ramos** – by and through her attorneys of record,
                    Sandra D. Lynch, Esq. and William L. Gavras, Esq.
2                   Law Offices of Gorman & Gavras
                    2nd Floor, J&R Building
3                   208 Route 4
                    Hagåtña, Guam 96910
4

5
        **PLEASE TAKE NOTICE** that on the **18th day of April, 2005** commencing at 9:00 a.m., at the
6
law offices of LIMTIACO CRUZ & SISON, PLLC, Suite 11B, MVP Business Center, 777 Route 4,
7
Sinajana, Guam 96910, then and there, LSG Lufthansa Service Guam, Inc. and LSG Catering Guam,
8
Inc., through its attorneys of record, will take the deposition of **Michelle D. Ramos**, upon oral
9
examination pursuant to Rule 30 of the Federal Rules of Civil Procedure before a notary public or
10
other person authorized by law to administer oaths. The oral examination will continue from day to day
11
until completed.
12
            DATED: ___3/31/05___.
13

14                                      LIMTIACO CRUZ & SISON, PLLC,
15

16                          By:    _Alicia A. Limtiaco_
17                                 ALICIA A. LIMTIACO,
                                   A duly licensed employee.
18

19

20

21

22

23  H:\Legal Files\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\Pleadings\Notice to Take Depo (Michelle Ramos).doc

24

1  **ALICIA A. LIMTIACO, ESQ.**
   **DONNA M. CRUZ, ESQ.**
2  **LIMTIACO CRUZ & SISON, PLLC**
   Suite 11B, MVP Business Center
3  777 Route 4
   Sinajana, Guam 96910
   Telephone: 671-477-0000
4  Facsimile: 671-477-0001
   Email: guamlaw@ite.net

5  **PETER I. OSTROFF, ESQ.**
   **MAX C. FISCHER, ESQ.**
6  **SIDLEY AUSTIN BROWN & WOOD**
   555 West Fifth Street, 40th Floor
7  Los Angeles, California 90013-1010
   Telephone: 213-896-6000
8  Facsimile: 213-896-6600

   **Attorneys for Defendants LSG Lufthansa Service Guam, Inc.**
9  **LSG Catering Guam, Inc.**

10              **IN THE DISTRICT COURT OF GUAM**
                   **TERRITORY OF GUAM**
11

12  MICHELLE D. RAMOS, RICARDO G.          Civil Case No. 03-00028
    "GINO" PEREZ and NONA A. PEREZ,
13
                           Plaintiffs,
14
                    vs.
15  LSG LUFTHANSA SERVICE GUAM, INC.,      **NOTICE TO TAKE DEPOSITION**
    et al.,                                **(Ricardo "Gino" Perez)**
16
                           Defendants.
17

18  FELIPE DATUIN, JEFF GUMATAOTAO
    and JAMES CRUZ,                         Civil Case No. 04-00010
19
                           Plaintiffs,
20
                    vs.
21
    LSG LUFTHANSA SERVICE GUAM,
22  INC., et al.,                          **RECEIVED**
                                           MAR 3 1 2005
23                                         3:10 pm - 8
                           Defendants.     GORMAN & GAVRA
24

---

**TO:** **Ricardo "Gino" Perez** – by and through his attorneys of record,
Sandra D. Lynch, Esq. and William L. Gavras, Esq.
Law Offices of Gorman & Gavras
2nd Floor, J&R Building
208 Route 4
Hagåtña, Guam 96910

**PLEASE TAKE NOTICE** that on the **19th day of April, 2005** commencing at 9:00 a.m., at the law offices of LIMTIACO CRUZ & SISON, PLLC, Suite 11B, MVP Business Center, 777 Route 4, Sinajana, Guam 96910, then and there, LSG Lufthansa Service Guam, Inc. and LSG Catering Guam, Inc., through its attorneys of record, will take the deposition of **Ricardo "Gino" Perez**, upon oral examination pursuant to Rule 30 of the Federal Rules of Civil Procedure before a notary public or other person authorized by law to administer oaths. The oral examination will continue from day to day until completed.

DATED: _3/31/05_ .

LIMTIACO CRUZ & SISON, PLLC,

By: _Alicia A. Limtiaco_
ALICIA A. LIMTIACO,
A duly licensed employee.

1   **ALICIA A. LIMTIACO, ESQ.**
    **DONNA M. CRUZ, ESQ.**
2   **LIMTIACO CRUZ & SISON, PLLC**
    Suite 11B, MVP Business Center
3   777 Route 4
    Sinajana, Guam 96910
    Telephone: 671-477-0000
4   Facsimile:  671-477-0001
    Email:  guamlaw@ite.net
5
    **PETER I. OSTROFF, ESQ.**
6   **MAX C. FISCHER, ESQ.**
    **SIDLEY AUSTIN BROWN & WOOD**
7   555 West Fifth Street, 40th Floor
    Los Angeles, California 90013-1010
    Telephone: 213-896-6000
8   Facsimile:   213-896-6600

9   Attorneys for Defendants LSG Lufthansa Service Guam, Inc.
    LSG Catering Guam, Inc.

10              **IN THE DISTRICT COURT OF GUAM**
                    **TERRITORY OF GUAM**
11

12  MICHELLE D. RAMOS, RICARDO G.          Civil Case No. 03-00028
    "GINO" PEREZ and NONA A. PEREZ,

13                       Plaintiffs,

14  vs.

15  LSG LUFTHANSA SERVICE GUAM, INC.,      **NOTICE TO TAKE DEPOSITION**
    et al.,                                       **(Nona Perez)**
16
                         Defendants.
17

18  FELIPE DATUIN, JEFF GUMATAOTAO
    and JAMES CRUZ,                        Civil Case No. 04-00010
19
                         Plaintiffs,
20
    vs.
21
    LSG LUFTHANSA SERVICE GUAM,
22  INC., et al.,

23
                         Defendants.
24

**TO:** Nona Perez – by and through her attorneys of record,
Sandra D. Lynch, Esq. and William L. Gavras, Esq.
Law Offices of Gorman & Gavras
2nd Floor, J&R Building
208 Route 4
Hagåtña, Guam 96910

**PLEASE TAKE NOTICE** that on the 22nd day of April, 2005 commencing at 9:00 a.m., at the law offices of LIMTIACO CRUZ & SISON, PLLC, Suite 11B, MVP Business Center, 777 Route 4, Sinajana, Guam 96910, then and there, LSG Lufthansa Service Guam, Inc. and LSG Catering Guam, Inc., through its attorneys of record, will take the deposition of **Nona Perez**, upon oral examination pursuant to Rule 30 of the Federal Rules of Civil Procedure before a notary public or other person authorized by law to administer oaths. The oral examination will continue from day to day until completed.

DATED: 6/91/05 .

LIMTIACO CRUZ & SISON, PLLC,

By: _____
ALICIA A. LIMTIACO,
A duly licensed employee.

H:\Legal Files\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\Pleadings\Notice to Take Depo (Nona Perez).doc

Notice to take Deposition (Michelle D. Ramos)
Civil Case No. 03-00028/Civil Case No. 04-00010
Page 2 of 2
Case 1:03-cv-00028      Document 137      Filed 04/06/2005      Page 11 of 19

LIMTIACO CRUZ & SISON, PLLC
777 Route 4, Suite 11B, MVP Business Center
Sinajana, Guam 96910
(671) 477-0000 Fax (671) 477-0001
guamlaw@ite.net

ALICIA A. LIMTIACO, ESQ.
DONNA M. CRUZ, ESQ.
**LIMTIACO CRUZ & SISON, PLLC**
Suite 11B, MVP Business Center
777 Route 4
Sinajana, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-477-0001
Email: guamlaw@ite.net

PETER I. OSTROFF, ESQ.
MAX C. FISCHER, ESQ.
**SIDLEY AUSTIN BROWN & WOOD**
555 West Fifth Street, 40th Floor
Los Angeles, California 90013-1010
Telephone: 213-896-6000
Facsimile: 213-896-6600

Attorneys for Defendants LSG Lufthansa Service Guam, Inc.
LSG Catering Guam, Inc.

**FILED**
DISTRICT COURT OF GUAM

MAR 31 2005

**MARY L.M. MORAN
CLERK OF COURT**

### IN THE DISTRICT COURT OF GUAM
### TERRITORY OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ and NONA A. PEREZ, <br><br> Plaintiffs, <br><br> vs. <br><br> LSG LUFTHANSA SERVICE GUAM, INC., et al., <br><br> Defendants. | Civil Case No. 03-00028 <br><br><br><br><br><br> **NOTICE TO TAKE DEPOSITION** <br> **(Felipe Datuin)** |
| FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ, <br><br> Plaintiffs, <br><br> vs. <br><br> LSG LUFTHANSA SERVICE GUAM, INC., et al., <br><br> Defendants. | Civil Case No. 04-00010 |

**RECEIVED**
MAR 3 1 2005
3:10 p.m.
GORMAN & GAVRAS

Notice to take Deposition (Michelle D. Ramos)
Civil Case No. 03-00028/Civil Case No. 04-00010
Page 1 of 2

**TO:** Felipe Datuin – by and through his attorneys of record,
Sandra D. Lynch, Esq. and William L. Gavras, Esq.
Law Offices of Gorman & Gavras
2nd Floor, J&R Building
208 Route 4
Hagåtña, Guam 96910

**PLEASE TAKE NOTICE** that on the 21st day of April, 2005 commencing at 9:00 a.m., at the law offices of LIMTIACO CRUZ & SISON, PLLC, Suite 11B, MVP Business Center, 777 Route 4, Sinajana, Guam 96910, then and there, LSG Lufthansa Service Guam, Inc. and LSG Catering Guam, Inc., through its attorneys of record, will take the deposition of **Felipe Datuin**, upon oral examination pursuant to Rule 30 of the Federal Rules of Civil Procedure before a notary public or other person authorized by law to administer oaths. The oral examination will continue from day to day until completed.

DATED: ___3/31/05___ .

LIMTIACO CRUZ & SISON, PLLC,

By: ___Alicia A. Limtiaco___
ALICIA A. LIMTIACO,
A duly licensed employee.

Notice to take Deposition (Michelle D. Ramos)
Civil Case No. 03-00028/Civil Case No. 04-00010
Page 2 of 2
Case 1:03-cv-00028    Document 137    Filed 04/06/2005    Page 13 of 19

1   ALICIA A. LIMTIACO, ESQ.
    DONNA M. CRUZ, ESQ.
2   LIMTIACO CRUZ & SISON, PLLC
    Suite 11B, MVP Business Center
3   777 Route 4
    Sinajana, Guam 96910
    Telephone: 671-477-0000
4   Facsimile:  671-477-0001
    Email:  guamlaw@ite.net

5   PETER I. OSTROFF, ESQ.
    MAX C. FISCHER, ESQ.
6   SIDLEY AUSTIN BROWN & WOOD
    555 West Fifth Street, 40th Floor
7   Los Angeles, California 90013-1010
    Telephone: 213-896-6000
8   Facsimile:  213-896-6600

9   Attorneys for Defendants LSG Lufthansa Service Guam, Inc.
    LSG Catering Guam, Inc.

10              IN THE DISTRICT COURT OF GUAM
                   TERRITORY OF GUAM
11

12  MICHELLE D. RAMOS, RICARDO G.              Civil Case No. 03-00028
    "GINO" PEREZ and NONA A. PEREZ,
13
                        Plaintiffs,
14
        vs.
15
    LSG LUFTHANSA SERVICE GUAM, INC.,          NOTICE TO TAKE DEPOSITION
16  et al.,                                       (Jeff Gumataotao)

17                      Defendants.

18  FELIPE DATUIN, JEFF GUMATAOTAO             Civil Case No. 04-00010
    and JAMES CRUZ,
19
                        Plaintiffs,
20
        vs.
21
    LSG LUFTHANSA SERVICE GUAM,
22  INC., et al.,
23
                        Defendants.
24

RECEIVED
MAR 3 1 2005
3:10pm &
GORMAN & GAVRAS

**TO:** **Jeff Gumataotao** – by and through his attorneys of record,
Sandra D. Lynch, Esq. and William L. Gavras, Esq.
Law Offices of Gorman & Gavras
2nd Floor, J&R Building
208 Route 4
Hagåtña, Guam 96910

**PLEASE TAKE NOTICE** that on the 26th **day of April, 2005** commencing at 9:00 a.m., at the law offices of LIMTIACO CRUZ & SISON, PLLC, Suite 11B, MVP Business Center, 777 Route 4, Sinajana, Guam 96910, then and there, LSG Lufthansa Service Guam, Inc. and LSG Catering Guam, Inc., through its attorneys of record, will take the deposition of **Jeff Gumataotao**, upon oral examination pursuant to Rule 30 of the Federal Rules of Civil Procedure before a notary public or other person authorized by law to administer oaths. The oral examination will continue from day to day until completed.

DATED: _3/31/05_.

LIMTIACO CRUZ & SISON, PLLC,

By: _Alicia A. Limtiaco_

ALICIA A. LIMTIACO,
A duly licensed employee.

Notice to take Deposition (Michelle D. Ramos)
Civil Case No. 03-00028/Civil Case No. 04-00010
Page 2 of 2
Case 1:03-cv-00028    Document 137    Filed 04/06/2005    Page 15 of 19

**ALICIA A. LIMTIACO, ESQ.**
**DONNA M. CRUZ, ESQ.**
**LIMTIACO CRUZ & SISON, PLLC**
Suite 11B, MVP Business Center
777 Route 4
Sinajana, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-477-0001
Email: guamlaw@ite.net

**PETER I. OSTROFF, ESQ.**
**MAX C. FISCHER, ESQ.**
**SIDLEY AUSTIN BROWN & WOOD**
555 West Fifth Street, 40th Floor
Los Angeles, California 90013-1010
Telephone: 213-896-6000
Facsimile: 213-896-6600

Attorneys for Defendants LSG Lufthansa Service Guam, Inc.
LSG Catering Guam, Inc.

**FILED**
DISTRICT COURT OF GUAM

MAR 31 2005

**MARY L.M. MORAN**
**CLERK OF COURT**

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ and NONA A. PEREZ, <br><br> Plaintiffs, <br><br> vs. <br><br> LSG LUFTHANSA SERVICE GUAM, INC., et al., <br><br> Defendants. | Civil Case No. 03-00028 <br><br><br><br><br> **NOTICE TO TAKE DEPOSITION** <br> **(James Cruz)** |
| FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ, <br><br> Plaintiffs, <br><br> vs. <br><br> LSG LUFTHANSA SERVICE GUAM, INC., et al., <br><br> Defendants. | Civil Case No. 04-00010 |



**RECEIVED**
MAR 31 2005
3:10 p.m
**GORMAN & GAVRAS**

**TO:** James Cruz – by and through his attorneys of record,
Sandra D. Lynch, Esq. and William L. Gavras, Esq.
Law Offices of Gorman & Gavras
2nd Floor, J&R Building
208 Route 4
Hagåtña, Guam 96910

   **PLEASE TAKE NOTICE** that on the **28th day of April, 2005** commencing at 9:00 a.m., at the law offices of LIMTIACO CRUZ & SISON, PLLC, Suite 11B, MVP Business Center, 777 Route 4, Sinajana, Guam 96910, then and there, LSG Lufthansa Service Guam, Inc. and LSG Catering Guam, Inc., through its attorneys of record, will take the deposition of **James Cruz**, upon oral examination pursuant to Rule 30 of the Federal Rules of Civil Procedure before a notary public or other person authorized by law to administer oaths. The oral examination will continue from day to day until completed.

   DATED: _3/31/05_ .

                                  LIMTIACO CRUZ & SISON, PLLC,


                          By: _Alicia A. Limtiaco_
                                  ALICIA A. LIMTIACO,
                                  A duly licensed employee.

H:\Legal Files\Master Client Files\LSG\Ramos, Perez & Perez vs LSG CV 03-00028\Pleadings\Notice to Take Depo (James Cruz).doc

Notice to take Deposition (Michelle D. Ramos)
Civil Case No. 03-00028/Civil Case No. 04-00010
Page 2 of 2
Case 1:03-cv-00028    Document 137    Filed 04/06/2005    Page 17 of 19

Law Offices of

# GORMAN & GAVRAS

A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910

Telephone: (671) 472-2302
Facsimile: (671) 472-2342
legaleagle@netpci.com

A. Alexander Gorman*
William L. Gavras**

*Also admitted in CA, MO & CNMI
**Also admitted in MO & CNMI

## VIA HAND DELIVERY

April 1, 2005

Alicia A.G. Limtiaco, Esq.
Torres, Limtiaco, Sison & Cruz, PLLC
Suite 206A, Ada Plaza Center
173 Aspinall Avenue
Hagatna, Guam 96910

> RE: **Ramos, et al. v. LSG Lufthansa Service Guam, Inc., et al, CV03-00028, Datuin, et al. v. LSG Lufthansa Service Guam, Inc., et al, CV04-00010.**

Dear Alicia:

Please let this letter serve to memorialize our telephone conversation of today in which I informed you that our clients will not be able to attend the upcoming depositions recently noticed by your firm. I have asked for you to take those off-calendar in the meantime. You informed me that your off-island counsel is planning to come to Guam for these depositions. I further informed you that there will be great difficulty in our client's being present at the depositions and that your off-island co-counsel should assume the depositions will not occur and should plan accordingly. I further informed you that our firm is going to move to withdraw due to the fact that our caseload is unbelievably large and that we do not have the time or resources to devote to this case. We recently agreed to accept this case as a favor to Sandra Lynch who is battling cancer. We were mistaken in accepting this case.

In addition to our conversation, please be advised that we are actively trying to find alternate counsel for the clients. However, in any event, we will be filing a Motion to Withdraw as Counsel next week.

Thank you very much for your attention to this matter.

Sincerely,

A. Alexander Gorman
AAG/ts

**Exhibit "C"**

Limtiaco Cruz & Sison, PLLC

APR 01 2005

CNMI OFFICE: 115 PMB, P.O. Box 10000, Saipan, MP 96950, Telephone: (670) 233-2303/4, Facsimile: (670) 233-2305



**Law Offices**
**LIMTIACO CRUZ & SISON PLLC**
A Professional Limited Liability Company
777 Route 4, Ste 11B • MVP Business Center
Sinajana, Guam 96910
Tel: 671-477-0000
Fax: 671-477-0001
E-mail: guamlaw@ite.net / kcslaw@ite.net

# CONFIRMATION

Donna M. Cruz, Esq.
Ray C. Haddock, Esq.
Alicia A. Limtiaco, Esq.
Jocelyn M. Roden, Esq.
Benjamin C. Sison, Jr., Esq.

---

April 5, 2005

**VIA FACSIMILE & HAND DELIVERY**
472-2342

Sandra D. Lynch, Esq.
c/o Law Offices of Gorman and Gavras
2nd Floor, J&R Building
208 Route 4
Hagåtña, Guam 96910

Anthony Alexander Gorman, Esq.
Law Offices of Gorman and Gavras
2nd Floor, J&R Building
208 Route 4
Hagåtña, Guam 96910

Re:  Michelle D. Ramos, et. al. v. LSG Lufthansa Service Holding AG, et. al.
U.S. District Court of Guam Civil Case No. 03-00028

Felipe Datuin, et. al. v. LSG Lufthansa Service Holding AG, et. al.
U.S. District Court of Guam Civil Case No. 04-00010

Dear Sandra and Alex,

This is a follow up to Alex Gorman's and my telephone discussion on, and Gorman & Gavras'
letter dated April 1, 2005. As per our telephone discussion and your April 1, 2005 letter, it is our
understanding that Plaintiffs and Plaintiffs' counsel will not be in attendance at the noticed depositions set
for the two week period commencing on April 18 through April 28, 2005. It is also our understanding
that Plaintiffs' counsel, Gorman & Gavras, is intending to withdraw from the above-captioned cases.
Please be informed that defense counsel has discussed the matter with our client, and given that the cases
are almost two years old, Plaintiffs' history of delay, the extreme difficulty experienced by the defense
and lack of consistent communication with and access to Plaintiffs' counsel, and the time expended and
costs incurred by our client in defending the actions instituted by Plaintiffs, we are left with no choice but
to oppose any motion to withdraw by Gorman & Gavras and to move for an order compelling the
attendance of Plaintiffs and Plaintiffs' counsel at any noticed depositions approved by the Court.

Please be informed that Defendants intend to file with the Court tomorrow, our Ex Parte
Application for an Order to Compel Plaintiffs' Attendance at Depositions. As is the practice with the
Court, we will inform you of the hearing date on this matter as soon as we receive such information from
the Court. Please confirm Plaintiffs' position regarding our application and whether Plaintiffs' counsel
wish to be present at the hearing.

Should you have any questions, please do not hesitate to contact Donna Cruz or me.

Sincerely,

LIMTIACO CRUZ & SISON, PLLC,

*Alicia A. Limtiao*

Alicia A. Limtiaco

**RECEIVED**
APR 05 2005
3:03pm JC
GORMAN & GAVRAS

AAL:cc  Case 1:03-cv-00028    Document 137    Filed 04/06/2005    Page  **Exhibit "D"**