ALICIA A. LIMTIACO, ESQ.
DONNA M. CRUZ, ESQ.
**LIMTIACO CRUZ & SISON, PLLC**
Suite 11B, MVP Business Center
777 Route 4
Sinajana, Guam 96910
Telephone: 671-477-0000
Facsimile:   671-477-0001
Email:   guamlaw@ite.net

PETER I. OSTROFF, ESQ.
MAX C. FISCHER, ESQ.
**SIDLEY AUSTIN BROWN & WOOD**
555 West Fifth Street, 40th Floor
Los Angeles, California 90013-1010
Telephone: 213-896-6000
Facsimile:   213-896-6600

Attorneys for Defendants LSG Lufthansa Service Guam, Inc.
and LSG Catering Guam, Inc.

FILED
DISTRICT COURT OF GUAM
APR - 6 2005
MARY L.M. MORAN
CLERK OF COURT
132

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ and NONA A. PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.,<br><br>Defendants. | Civil Case No. 03-00028<br><br><br><br>**DEFENDANTS' NOTICE OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |
| FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.,<br><br>Defendants. | Civil Case No. 04-00010 |

ORIGINAL

PLEASE TAKE NOTICE that on _by the Court_ *to be determined* at the hour of _____ __.m.,

Defendants LSG Lufthansa Service Saipan, Inc. and LSG Catering Saipan, Inc. (collectively "Moving

Defendants"), by and through their counsel, the Law Offices of Limtiaco Cruz & Sison, PLLC

(hereinafter "LCS"), shall move the court, dismissing them from the above-entitled case, and submit

the following Memorandum of Law in Support of their Motion to Dismiss for Lack of Personal

Jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2).

Dated: _____4-6-05_____ .

LIMTIACO CRUZ & SISON, PLLC,

By: _____

ALICIA A. LIMTIACO,

a duly licensed employee.

LIMTIACO CRUZ & SISON, PLLC
777 Route 4, Suite 11B, MVP Business Center
Sinajana, Guam 96910
(671) 477-0000 Fax (671) 477-0001
guamlaw@ite.net

H:\Legal Files\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\Pleadings\Notice of Motion Motion to Dismiss for Lack of Personal Jurisdiction (cac 4-5-05).doc