**ALICIA A. LIMTIACO, ESQ.**
**DONNA M. CRUZ, ESQ.**
**LIMTIACO CRUZ & SISON, PLLC**
Suite 11B, MVP Business Center
777 Route 4
Sinajana, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-477-0001
Email: guamlaw@ite.net

**PETER I. OSTROFF, ESQ.**
**MAX C. FISCHER, ESQ.**
**SIDLEY AUSTIN BROWN & WOOD**
555 West Fifth Street, 40th Floor
Los Angeles, California 90013-1010
Telephone: 213-896-6000
Facsimile: 213-896-6600

**Attorneys for Defendants LSG Lufthansa Service Guam, Inc.
and LSG Catering Guam, Inc.**

**FILED**
DISTRICT COURT OF GUAM
APR 1 - 7 2005
MARY L.M. MORAN
CLERK OF COURT
133

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ and NONA A. PEREZ, <br><br> Plaintiffs, <br><br> vs. <br><br> LSG LUFTHANSA SERVICE GUAM, INC., et al., <br><br> Defendants. | Civil Case No. 03-00028 <br><br><br><br><br><br><br><br> Civil Case No. 04-00010 |
| FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ, <br><br> Plaintiffs, <br><br> vs. <br><br> LSG LUFTHANSA SERVICE GUAM, INC., et al., <br><br> Defendants. | **DECLARATION OF COUNSEL FOR MOTION TO COMPEL ATTENDANCE AT DEPOSITIONS** |

**ORIGINAL**

I, DONNA M. CRUZ, do declare as follows:

1.     That I am a partner with the law firm of Limtiaco Cruz & Sison, PLLC, the attorney of record for Defendants LSG Lufthansa Service Guam, Inc. and LSG Catering Guam, Inc., in the United States District Court of Guam Civil Case Nos. 03-00028 and 04-00010.

2.     That on April 6, 2005, our office received a letter from the Law Offices of Gorman & Gavras, co-counsel for the Plaintiffs in reference to Defendants' Ex Parte Application for an Order to Compel Attendance at Depositions, which indicates that only three of the six Plaintiffs have been contacted, that the status of the three remaining Plaintiffs is still pending and that the order in which Defendants have noticed their depositions may have to change. See attached Exhibit "A", letter dated April 6, 2005 from William L. Gavras to Alicia A. Limtiaco, a true and correct copy of which is attached hereto.

3.     That given the uncertainty of the availability and status of at least three of the Plaintiffs, the fact that Defendants intended to take Plaintiffs depositions in the order in which they were noticed, and that advance coordination and arrangements with Defendants off-island counsel are necessary to avoid additional cost and expense to by Defendants, the issues raised by Defendants' Ex Parte Application for an Order to Compel Attendance at the Depositions are still unresolved.

4.     That the last paragraph of the April 6, 2005 letter from the Law Offices of Gorman & Gavras further directed our office to forward any correspondence to Ms. Lynch at her Hawaii address, which is in direct contravention to this Court's December 16, 2004 instruction at the Status Conference, that a local address be provided to the Defendants for the purpose of serving documents related to these matters. Ms. Lynch indicated that she would provide a local address, and on December 17, 2004, our office received a letter specifying a local address. See Exhibit "B" Letter dated

LIMTIACO CRUZ & SISON, PLLC
777 Route 4, Suite 11B, MVP Business Center
Sinajana, Guam 96910
(671) 477-0000 Fax (671) 477-0001
guamlaw@ite.net

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 7th day of April, 2005.

DONNA M. CRUZ

H:\Legal Files\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\CONSOLIDATED DATUIN & RAMOS\Supplemental Declaration of Counsel re Motion to Compel (4.7.05) dmc.doc

Law Offices of

# GORMAN & GAVRAS

A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910

Telephone: (671) 472-2302
Facsimile: (671) 472-2342
legaleagle@netpci.com

A. Alexander Gorman*
William L. Gavras**

*Also admitted in CA, MO & CNMI
**Also admitted in MO & CNMI

<u>**VIA FACSIMILE ONLY: 477-0001**</u>

April 6, 2005

Alicia A. Limtiaco, Esq.
Law Offices of Limtiaco Cruz & Sison, PLLC
777 Route 4, Ste. 11B MVP Business Center
Sinajana, Guam 96910

> **Re:** <u>**Michelle D. Ramos, et. al. vs. LSG Lufthansa Service Holding AG, et. al.**</u> **and Felipe Datuin, et. al. v. LSG Lufthansa Service Holding AG, et. al.**

Dear Alicia,

We have made contact with three of our clients, James Cruz, Jeff Gumataotao and Felipe Datuin. They have been notified of their deposition dates and will attend with counsel present. Two of the remaining clients are in Guam and we expect contact with them in the next forty eight hours. The sixth is in Hawaii and Sandra is helping us contact her.

In light of the foregoing, we believe the depositions can go forward allowing for a possible change in the order should it become necessary. Accordingly, we see no need for you proceeding with your planned motion to compel.

Additionally, Sandra Lynch's address is not the same as ours. If you desire to send her correspondence, please utilize her address in Hawaii as you were doing previously.

Sincerely,

William L. Gavras
WLG/aoc

CNMI OFFICE: 115 PMB, P.O. Box 10000, Saipan, MP 96950, Telephone: (670) 233-2303/4, Facsimile: (670) 233-2305

**Exhibit "A"**

Rec'l (*log*)
12/16/04

**SANDRA D. LYNCH**
1628 Aloha Avenue
Pearl City, HI 96782
Phone: (808) 456-4704
Fax: (808) 456-4708
Email: sellislynch@hotmail.com

December 17, 2004

Via: Facsimile: (671) 477-0001
Alicia A. Limtiaco, Esq.
LIMTIACO CRUZ & SISON, PLLC
MVP Business Center
777 Route 4, Suite 11B
Sinajana, GU 96910

    Re:    Civil Case No. 03-00028
            Ramos, et al. v. LSG, et al.

            Civil Case No. 04-00010
            Datuin, et al. v. LSG, et al.

Dear Ms. Limtiaco:

    Please be advised that service of pleadings, correspondence, and documents may be served in the above cases to me through the following local office, or at the address listed above:

            c/o 207 Martyr Street, Suite 3
            Hagatna, Guam 96910

            Fax: (671) 472-8890

    My email address remains the same. Please feel free to contact me should you have any questions.

            Sincerely,

            Sandra D. Lynch, Esq.
            Attorney for Plaintiffs

**Exhibit "B"**