```
 1  LIMTIACO CRUZ & SISON, PLLC
    Alicia A. Limtiaco, Esq.
 2  Donna M. Cruz, Esq.
    MVP Business Center
 3  777 Route 4, Suite 11B
    Sinajana, Guam 96910
 4  Telephone: (671) 477-0000
    Facsimile:  (671) 477-0001
 5
    SIDLEY AUSTIN BROWN & WOOD LLP
 6  Peter I. Ostroff (SBN 045718)
    Max C. Fischer (SBN 226003)
 7  555 West Fifth Street, Suite 4000
    Los Angeles, California 90013-1010
 8  Telephone: (213) 896-6000
 9  Facsimile:  (213) 896-6600
```

**FILED**
DISTRICT COURT OF GUAM
APR -7 2005
MARY L.M. MORAN
CLERK OF COURT
134

# UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ, and NONA A. PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.<br><br>Defendants. | Civil Case No. 03-00028 |
| FELIPE DATUIN, JEFF GUMATAOTAO, and JAMES CRUZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.<br><br>Defendants. | Civil Case No. 04-00010<br><br>**DECLARATION OF NON-SERVICE** |

I, DAVID ROBERT SETTLEMYRE, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief:


District Court of Guam Civil Case No. CV 03-00028
District Court of Guam Civil Case No. CV04-00010
Declaration of Non-Service
Page 1 of 2

Case 1:03-cv-00028   Document 144   Filed 04/07/2005   Page 1 of 2

1. I am employed as a process server with the Law Offices of Limtiaco Cruz & Sison, PLLC;

2. I am at least 18 years old and not a party herein;

3. Our office represents LSG Catering Guam, Inc. and LSG Lufthansa Service Guam, Inc.;

4. That on Friday, March 11, 2005, I attempted service upon counsel, Sandra Lynch, Esq., 207 Martyr Street, Suite 3, Hagatna, Guam. Service upon Sandra Lynch, Esq., was attempted at said law office pursuant to Ms. Lynch's instructions set forth in her letter dated December 17, 2004.

5. That service of the following documents could not be made because "Janet", who is employed at the law office listed above, refused service. I was further informed by "Janet" that the Law Office of Cynthia Ecube will no longer accept service on behalf of Sandra Lynch, Esq., and that any future documents should be directed to and served upon the Law Offices of Gorman and Gavras:

   a. First Request for Production of Documents (Michelle Ramos)
   b. First Set of Interrogatories (Michelle Ramos)
   c. First Request for Production of Documents (Gino Perez)
   d. First Set of Interrogatories (Gino Perez)
   e. First Request for Production of Documents (Nona Perez)
   f. First Set of Interrogatories (Nona Perez)
   g. First Request for Production of Documents (Felipe Datuin)
   h. First Set of Interrogatories (Felipe Datuin)
   i. First Request for Production of Documents (James Cruz)
   j. First Set of Interrogatories (James Cruz)
   k. First Request for Production of Documents (Jeff Gumataotao)
   j. First Set of Interrogatories (Jeff Gumataotao)

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of March 2005.

DAVID ROBERT SETTLEMYRE

H:\Legal Files\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\Pleadings\Interrogatories\Certificate of NonService re Interrogatories (tab.03.14.05).doc

District Court of Guam Civil Case No. CV 03-00028
District Court of Guam Civil Case No. CV04-00010
Declaration of Non-Service
Page 2 of 2
Case 1:03-cv-00028    Document 144    Filed 04/07/2005    Page 2 of 2