ORIGINAL

**FILED**
DISTRICT COURT OF GUAM

APR - 8 2005

MARY L.M. MORAN
CLERK OF COURT
135

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, et al., | CIVIL CASE NO. 03-00028 |
| Plaintiffs, | |
| vs. | |
| LSG LUFTHANSA SERVICE HOLDING AG, et.al., | |
| Defendants. | |
| FELIPE DATUIN, et al., | CIVIL CASE NO. 04-00010 |
| Plaintiffs, | |
| vs. | **ORDER TO SHOW CAUSE** |
| LSG LUFTHANSA SERVICE HOLDING AG, et.al., | |
| Defendants. | |

On March 2, 2005 this Court issued an Order requiring the plaintiff to submit a proposed Scheduling Order setting forth the dates as agreed upon during the Scheduling Conference held on December 17, 2004. The proposed Scheduling Order was to be filed by close of business on March 31, 2005. To date plaintiff has failed to file said Order.

Accordingly, the plaintiff is ordered to show cause why plaintiff should not be held in contempt of court for disregarding the Court's Order. The plaintiff's written response to this

1  Order to Show Cause shall be filed no later than April 15, 2005. Thereafter, the Court will issue

2  its decision or if necessary set the matter.

3

4      IT IS SO ORDERED.

5  Dated this 7th day of April, 2005.

6

7

8  HONORABLE JOAQUIN V.E. MANIBUSAN, JR.,

   U.S. Magistrate Judge, District Court of Guam

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2