ALICIA A. LIMTIACO, ESQ.
DONNA M. CRUZ, ESQ.
LIMTIACO CRUZ & SISON, PLLC
Suite 11B, MVP Business Center
777 Route 4
Sinajana, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-477-0001
Email: guamlaw@ite.net

PETER I. OSTROFF, ESQ.
MAX C. FISCHER, ESQ.
SIDLEY AUSTIN BROWN & WOOD
555 West Fifth Street, 40th Floor
Los Angeles, California 90013-1010
Telephone: 213-896-6000
Facsimile: 213-896-6600

Attorneys for Defendants LSG Lufthansa Service Guam, Inc.
and LSG Catering Guam, Inc.



FILED
DISTRICT COURT OF GUAM
APR 1-8 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ and NONA A. PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.,<br><br>Defendants. | Civil Case No. 03-00028 |
| FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.,<br><br>Defendants. | Civil Case No. 04-00010<br><br>**SUPPLEMENTAL DECLARATION OF ATTORNEY IN SUPPORT OF MOTION TO DISMISS OR IN THE ALTERNATIVE FOR A MOTION GRANTING REQUEST FOR ATTORNEYS' FEES AND COSTS** |

ORIGINAL

I, DONNA M. CRUZ, do declare as follows:

1. I am a partner with the law firm of Limtiaco Cruz & Sison, PLLC, the attorney of record for Defendants LSG Lufthansa Service Guam, Inc. and LSG Catering Guam, Inc., in the United States District Court of Guam Civil Case Nos. 03-00028 and 04-00010.

2. On April 5, 2005, I filed with this Court a Declaration of Attorney in Support of Request for Attorneys' Fees, wherein I declared that the sum of $12,325.00 had been expended and incurred by Defendants in attorneys' fees and costs in the *Michelle Ramos, et.al* v. *LSG Lufthansa Service Guam, Inc., et al.*, District Court of Guam Civil Case No. 03-00028 Motion to Dismiss for Lack of Jurisdiction, up and through February 7, 2005, the date of the hearing.

3. The $12,325.00 amount only included attorneys' fees incurred during the period of January 25, 2005 through February 7, 2005. I hereby declare that the additional sum of $89.34 has been expended and incurred by Plaintiffs since January 25, 2005 through February 7, 2005 as costs and expenses. See attached Exhibit "A" of itemized costs and expenses, a true and correct copy of which is attached hereto.

4. Our office has expended the additional sum of $6,450.00 in fees and $344.46 in costs, in preparing and bringing forth this Motion to Dismiss, or in the alternative, Motion for Attorneys Fees, plus such additional amounts as may be incurred by Defendants in bringing forth this motion. See Exhibit "B" of itemized list of attorneys fees and costs, a true and correct copy of which is attached hereto.

5. On January 27, 2005, Defendants' counsel, Alicia Limtiaco and I, contacted Plaintiffs' counsel, Sandra Lynch, via telephone at her new location in Hawaii and we informed her that we had received a notice from the Court regarding the February 7, 2005 Motion to Dismiss for Lack of Jurisdiction hearing date. At that time, Ms. Lynch stated that she would contact the Court and/or Ms.

LIMTIACO CRUZ & SISON, PLLC
777 Route 4, Suite 11B, MVP Business Center
Sinajana, Guam 96910
(671) 477-0000 Fax (671) 477-0001
guamlaw@ite.net

Cynthia Ecube's Law Office regarding the February 7, 2005 hearing. At the February 7, 2005 hearing, the Court noted for the record, that Plaintiffs' counsel had been served with notice of the hearing and that Plaintiffs' counsel was not present. It is noteworthy to mention that the Court also physically stepped off the bench upon observing the absence of Plaintiffs' counsel and allotted additional time for Plaintiffs' counsel to appear, which they did not. Court personnel also made attempts to call Plaintiffs' counsel while in the courtroom regarding the scheduled hearing, which was set to begin. Despite these efforts by Defendants' counsel and the Court, Plaintiffs' counsel failed to appear. Further, at the February 7, 2005 hearing, which Ms. Limtiaco and I attended, Defendants' counsel placed on the record that our office did contact Ms. Lynch via telephone and informed her about the February 7, 2005 hearing.

6. I have also included Defendants' February 28, 2005 letter addressed to Plaintiffs counsel, Sandra Lynch, Alexander Gorman and William Garvas, informing them that our office had not received to date a proposed Scheduling Order. See attached Exhibit "C", Letter from Donna M. Cruz to Sandra Lynch, Anthony Gorman and William Gavras dated February 28, 2005, a true and correct copy of which is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 7th day of April, 2005.

_____
DONNA M. CRUZ



## LSG Lufthansa
## Costs and Expenses

| Jan 25-Feb 07 2005 | Xerox Charges | $20.60 |
| | Westlaw-Computer Research Charges | 5.14 |
| | Xerox Charges | <u>63.60</u> |
| | **Total Costs and Expenses** | **$89.34** |

Exhibit "A"



Law Offices
LINTIACO CRUZ & SISON PLLC
A Professional Limited Liability Company
777 Route 4, Ste 113 • M.V.P. Business Center
Sinajana, Guam 96910

Tel: 671-477-0000  Fax: 671-477-0001  Email: guamlaw@ite.net

## LSG Lufthansa-Feb 07-Apr 05 2005

| Date | Timekeeper | Activity | Hrs | Rate | Amount |
|---|---|---|---|---|---|
| 02/24/2005 | DMC | Review RFCP 16f and GR2-1; o/c TAB. | 1.00 | 200.00 | $200.00 |
| 03/02/2005 | DMC | Research for motion for attorneys fees; draft motion for attorneys fees. | 3.25 | 200.00 | 650.00 |
| 03/03/2005 | DMC | Research for motion for attorneys fees; draft, revise draft. | 2.00 | 200.00 | 400.00 |
| 03/06/2005 | DMC | Research for motion for attorneys fees; review cases; review ALR articles; o/c JMR; revisions to draft. | 2.00 | 200.00 | 400.00 |
| 03/13/2005 | DMC | Research and revise draft motion for attorneys fees. | 4.00 | 200.00 | 800.00 |
| 03/14/2005 | DMC | Revise, draft and research for motion for attorneys fees. | 4.00 | 200.00 | 800.00 |
| 03/15/2005 | DMC | Revise draft and research for motion for attorneys fees; review case law. | 4.00 | 200.00 | 800.00 |
| 03/28/2005 | DMC | Revise motion for attorneys fees. | 2.00 | 200.00 | 400.00 |
| 03/30/2005 | DMC | Review draft; draft supporting documents. | 1.00 | 200.00 | 200.00 |
| 04/04/2005 | DMC | Revisions to draft; review docs. | 6.00 | 200.00 | 1,200.00 |
| 04/05/2005 | DMC | Finalize draft and exhibits. | 3.00 | 200.00 | 600.00 |
| | | **Total** | **32.25** | | **$6,450.00** |



Law Offices
LIMTIACO CRUZ & SISON PLLC
A Professional Limited Liability Company
777 Route 4, Ste 11D • M.V.P. Business Center
Sinajana, Guam 96910

Tel: 671-477-0000  Fax: 671-477-0001  Email: guamlaw@ite.net

# LSG Lufthansa
# Costs and Expenses

| | | |
|---|---|---:|
| Feb 07-Apr 05 2005 | Xerox Charges | $336.00 |
| | Westlaw-Computer Research Charges | 8.46 |
| | **Total Costs and Expenses** | **$344.46** |

Exhibit "B"



Law Offices
LIMTIACO CRUZ & SISON PLLC
A Professional Limited Liability Company
777 Route 4, Ste 118 • MVP Business Center
Sinajana, Guam 96910
Tel: 671-477-0000
Fax: 671-477-0001
E-mail: guamlaw@ite.net / lcslaw@ite.net

Donna M. Cruz, Esq.
Ray C. Haddock, Esq.
Alicia A. Limtiaco, Esq.
Jocelyn M. Roden, Esq.
Benjamin C. Sison, Jr., Esq.

# CONFIRMATION

February 28, 2005

**VIA FACSIMILE**
(808) 456-4708

Sandra D. Lynch, Esq.
1628 Aloha Avenue
Pearl City, Hawaii 96782

**VIA FACSIMILE**
472-2342

Anthony Alexander Gorman, Esq.
William Leon Gavras, Esq.
Law Offices of Gorman and Gavras
118-A Chalan Santo Papa
Hagatna, Guam 96910

Re: <u>Felipe Datuin, et. al. v. LSG Lufthansa Service Holding AG, et. al.</u>
U.S. District Court of Guam Civil Case No. 04-00010

Dear Sandy, Anthony & William:

This letter is to follow up on the scheduling order in the above-referenced matter. At the first status conference on June 2, 2004, U.S. District Court Magistrate Judge Joaquin V.E. Manibusan, Jr. ordered that Plaintiffs prepare the scheduling order as agreed upon by the parties in this matter. Because there was no movement regarding the pending motions and because no scheduling order had been filed, the District Court set a status conference for December 16, 2004. At the December 17, 2004 scheduling conference new dates for the scheduling order were agreed upon by the parties. Since that time, our office has not received a scheduling order from you. As you know, Plaintiffs have the burden of preparing the scheduling order pursuant to District Court LR16.1.

In addition, our office informed Plaintiffs co-counsel, the Law Office of Gorman and Gavras, that our office had not received a proposed scheduling order. On February 1, 2005, one of our secretaries spoke to Angelina (Mr. Gavras's secretary) and informed her that it was our understanding that it was Plaintiffs responsibility to finalize the scheduling order and that you were present at the scheduling conference and to contact you for further information. To date, our office has still not received a proposed scheduling order from you or the Law Offices of Gorman and Gavras.

Exhibit "C"

Sandra D. Lynch, Esq.
Anthony Alexander Gorman, Esq.
William Leon Gavras, Esq.
February 25, 2005
Page 2

Please forward to us a proposed scheduling order with the relevant dates as agreed upon at the December 17, 2004 scheduling conference as soon possible. Should you have any questions, please do not hesitate to contact Alicia Limtiaco or me at the numbers listed above.

Sincerely,

LIMTIACO CRUZ & SISON, PLLC,

Donna M. Cruz

DMC:cc

Cc: Neil Davy

H:\Legal Files\Master Client Files\LSG\EEOC - Datuin\Ltr to Lynch & Gavras (cac 2-28-05).doc