FILED
DISTRICT COURT OF GUAM
APR 13 2005
MARY L.M. MORAN
CLERK OF COURT
137

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE HOLDING AG, et.al.,<br><br>Defendants. | CIVIL CASE NO. 03-00028 |
| FELIPE DATUIN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE HOLDING AG, et.al.,<br><br>Defendants. | CIVIL CASE NO. 04-00010<br><br>**ORDER REGARDING DEFENDANT'S EX PARTE APPLICATION TO COMPEL PLAINTIFF'S ATTENDANCE AT DEPOSITIONS** |

On April 6, 2005, the Defendants filed an Ex Parte Application for an Order to Compel Plaintiffs' Attendance at Depositions. The Court having reviewed the application and supporting documents, finds that the defendants request is premature and is not of an ex parte nature.[1]

---

[1] Defendants are free to file a request with the court for sanctions and attorneys fees should the deponent(s) fail to appear at depositions, if in fact that does occur.

Accordingly, the defendants' request for an order compelling the plaintiffs to appear at depositions is DENIED.

SO ORDERED this 12th day of April, 2005.

_____
HONORABLE JOAQUIN V.E. MANIBUSAN, JR.,
U.S. Magistrate Judge, District Court of Guam

Notice is hereby given that this document was entered on the docket on 04/13/05.
No separate notice of entry on the docket will be issued by this Court.
    Mary L. M. Moran
    Clerk, District Court of Guam
By: _____ 04/13/05
Deputy Clerk   Date