

FILED
DISTRICT COURT OF GUAM
APR 13 2005
MARY L.M. MORAN
CLERK OF COURT

**DISTRICT COURT OF GUAM**

**TERRITORY OF GUAM**

| | |
|---|---|
| MICHELLE D. RAMOS, et al., | CIVIL CASE NO. 03-00028 |
| Plaintiffs, | |
| vs. | |
| LSG LUFTHANSA SERVICE HOLDING AG, et.al., | |
| Defendants. | |
| FELIPE DATUIN, et al., | CIVIL CASE NO. 04-00010 |
| Plaintiffs, | |
| vs. | **ORDER** |
| LSG LUFTHANSA SERVICE HOLDING AG, et.al., | |
| Defendants. | |

On April 6, 2005, the Defendants filed the following motions: (1) Motion to Dismiss or in the Alternative a Motion for Attorney's Fees pursuant to Rule 16(f) of the Federal Rules of Civil Procedure and District Court of Guam GR 2.1 and (2) Defendants' Motion to Dismiss for Lack of Personal Jurisdiction. Should the Plaintiffs wish to file an Opposition to these motions,

1  they shall do so by May 2, 2005 and any Reply by the Defendant shall be filed by May 6, 2005.
2  Thereafter, a hearing shall be scheduled on May 23, 2005, at 9:30 a.m.

4  IT IS SO ORDERED.

6  Dated this 12th day of April, 2005.

HONORABLE JOAQUIN V.E. MANIBUSAN, JR.,
U.S. Magistrate Judge, District Court of Guam