ALICIA A. LIMTIACO, ESQ.
DONNA M. CRUZ, ESQ.
LIMTIACO CRUZ & SISON, PLLC
Suite 11B, MVP Business Center
777 Route 4
Sinajana, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-477-0001
Email: guamlaw@ite.net

PETER I. OSTROFF, ESQ.
MAX C. FISCHER, ESQ.
SIDLEY AUSTIN BROWN & WOOD
555 West Fifth Street, 40th Floor
Los Angeles, California 90013-1010
Telephone: 213-896-6000
Facsimile: 213-896-6600

Attorneys for Defendants LSG Lufthansa Service Guam, Inc.
and LSG Catering Guam, Inc.

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ and NONA A. PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.,<br><br>Defendants. | Civil Case No. 03-00028<br><br><br>**DEFENDANTS' OBJECTION TO PLAINTIFFS' PROPOSED SCHEDULING ORDER** |
| FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.,<br><br>Defendants. | Civil Case No. 04-00010 |

Defendants LSG Lufthansa Service Guam, Inc. and LSG Catering Guam, Inc. (collectively "Defendants"), hereby object to the Proposed Scheduling Order filed by the Plaintiffs on April 13, 2005, on the basis that said Proposed Scheduling Order was untimely filed by the Plaintiffs and in violation of this Court's March 2, 2005 Order.

On March 2, 2005, this Court issued an Order that the Plaintiffs file a Proposed Scheduling Order with the stipulated dates agreed to by the parties and the Court at the second Scheduling Conference initiated, scheduled and heard by this Court, on December 17, 2004. Plaintiffs' counsel, Sandra D. Lynch, Esq., and Defendants' counsel, Alicia A. Limtiaco, were present at the second Scheduling Conference. Plaintiffs were ordered to file said Proposed Scheduling Order no later than March 31, 2005. Plaintiffs failed to file their Proposed Scheduling Order on March 31, 2005.

On April 6, 2005, Defendants filed a Motion to Dismiss, or in the Alternative, Motion for Attorneys' Fees Pursuant to FRCP 16(f) and GR 2.1 for Failure to Fully Submit Initial Disclosures, Failure to Attend February 7, 2005 Court Hearing, *Failure to Comply with March 2, 2005 Court Order for Failure to File Scheduling Order.* [Emphasis added]

Once again, in total disregard of and in violation of the Court's March 2, 2005 Order, Plaintiffs not only filed the Proposed Scheduling Order twelve (12) days after the court ordered deadline of March 31, 2005, but they also failed to include relevant and important information and certain dates are erroneous.

Defendants are placed yet another time in the frustrating position of having to make an objection to this Court regarding an untimely filing by Plaintiffs that fails to conform to the Local Rules of Practice for the District Court of Guam, Federal Rules of Civil Procedure, and orders issued by this Court, causing Defendants to suffer further delay and prejudice.

Defendants' Objection to Plaintiffs' Proposed Scheduling Order
Civil Case No. 03-00028/Civil Case No. 04-00010
Page 2 of 3

Case 1:03-cv-00028   Document 149   Filed 04/14/2005   Page 2 of 3

Accordingly, Defendants respectfully request this Court to grant their Motion for Dismissal or in the Alternative, for Attorneys Fees Pursuant to FRCP 16(f) and GR 2.1 for Failure to Fully Submit Initial Disclosures, Failure to Attend February 7, 2005 Court Hearing, Failure to Comply with March 2, 2005 Court Order for Failure to File Scheduling Order.

Dated: *April 14, 2005*.

LIMTIACO CRUZ & SISON, PLLC,

By: *Alicia A. Limtiaco*

ALICIA A. LIMTIACO,
a duly licensed employee.

H:\Legal Files\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\CONSOLIDATED DATUIN & RAMOS\Objection to Scheduling Order (tab 04.14.05).doc

Defendants' Objection to Plaintiffs' Proposed Scheduling Order
Civil Case No. 03-00028/Civil Case No. 04-00010
Page 3 of 3

Case 1:03-cv-00028    Document 149    Filed 04/14/2005    Page 3 of 3