William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiffs
MICHELLE D. RAMOS,
RICARDO G. "GINO" PEREZ,
and NONA PEREZ



FILED
DISTRICT COURT OF GUAM

APR 15 2005 𝜌

MARY L.M. MORAN
CLERK OF COURT

147

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, et. al., | CIVIL CASE NO. 03-00028 |
| Plaintiffs, | |
| vs. | |
| LSG LUFTHANSA SERVICE GUAM, INC., et. al., | SUBMISSION OF PLAINTIFFS' CONFIRMATION OF COMPLIANCE WITH THE COURT'S ORDER OF JUNE 14, 2004 |
| Defendants. | |

COMES NOW Plaintiffs Michelle Ramos, Ricardo G "Gino" Perez, and Nona A. Perez, through the undersigned counsel, and respectfully submits to this Honorable Court the Plaintiffs' confirmation that they substantially complied, through their counsel, Sandra D. Lynch, Esq., last year with the Court's Order of June 14, 2004.

Counsel Sandra Lynch inadvertently omitted to have the Plaintiffs individually sign the confirmation that they complied with the Court's Order, but instead she alone signed confirming that compliance.

Attorney Lynch, and the Plaintiffs apologize to the Court and to Defendants and its counsel for the omission and seek to purge their failure to have signed individually confirmation of their compliance. Though it is no excuse, Plaintiffs do not believe nor

ORIGINAL

**Michelle D. Ramos, et. al. v. LSG Lufthansa Service Guam, et. al.**
**Submission of Confirmation of Compliance**
**April, 2005**

have Defendants stated that Defendant have suffered any prejudice as the result of

Plaintiffs' late filing.

The Court is respectfully requested to forgive the Plaintiffs and their counsel this

oversight and omission and to accept at this time the Plaintiffs' individually signed

Confirmation of Compliance as belated but satisfying the requirement of the June 14,

2004 Order, and not find the Plaintiffs in contempt nor punish them with the imposition

of costs and attorney's fees on this matter.

(The original of Plaintiff Michelle Ramos' confirmation is forthcoming.)

WHEREFORE Plaintiffs pray that they not be held in contempt.

LAW OFFICES OF GORMAN & GAVRAS

Date: April 2005.

By: _____

WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiffs
MICHELLE D. RAMOS, NONA PEREZ
and RICARDO G. "GINO" PEREZ

2