William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorneys for Plaintiffs
MICHELLE D. RAMOS,
RICARDO G. "GINO" PEREZ,
and NONA PEREZ



FILED
DISTRICT COURT OF GUAM
APR 15 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, et. al., | CIVIL CASE NO. 03-00028 |
| Plaintiffs, | |
| vs. | |
| LSG LUFTHANSA SERVICE GUAM, INC., et. al., | CERTIFICATE OF SERVICE |
| Defendants. | |

The undersigned hereby certifies that a true and correct copy of the foregoing documents were served to Limtiaco Cruz & Sison, PLLC, this 15th day of April, 2005.

1. Plaintiffs' Response to Order to Show Cause: Submission of Plaintiffs' Confirmation of Compliance with the Court's Order of June 14, 2004; and

2. Submission of Plaintiffs' Confirmation of Compliance with the Court's Order of June 14, 2004.

Date: April 15, 2005.

LAW OFFICES OF GORMAN & GAVRAS

By: _____
WILLIAM L. GAVRAS, ESQ.
Co-Counsel for Plaintiffs
MICHELLE D. RAMOS,
RICARDO G. "GINO" PEREZ,
and NONA PEREZ

ORIGINAL