William L. Gavras, Esq.
**LAW OFFICES OF GORMAN & GAVRAS**
**A Professional Corporation**
2nd Floor, J & R Building
**208 Route 4**
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

**Attorneys for Plaintiffs**
**MICHELLE D. RAMOS,**
**RICARDO G. "GINO" PEREZ,**
**and NONA PEREZ**



**FILED**
DISTRICT COURT OF GUAM

APR 15 2005

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| **MICHELLE D. RAMOS, et. al.,** | **CIVIL CASE NO. 03-00028** |
| **Plaintiffs,** | |
| vs. | |
| **LSG LUFTHANSA SERVICE GUAM, INC., et. al.,** | **CONFIRMATION OF COMPLIANCE** |
| **Defendants.** | |

I, NONA PEREZ, hereby certify that I have complied with paragraphs (1)

through (3) of Section III Conclusion of this Court's Order of June 14, 2004.

The Compliance was accomplished by turning over to my counsel Sandra D.

Lynch, Esq. the required items set out in the aforesaid paragraphs. Said items were

turned over to Sandra D. Lynch prior to July 6, 2004.

Sandra D. Lynch, Esq. confirmed the provision of the subject documents in her

Declaration dated July 6, 2004 and filed at the District Court on July 7, 2004.

To the extent that the Court's Order required my personal signature, together

with my counsel's signature, I hereby give my signature as certification of compliance

with this Court's Order. Until just recently, I had no knowledge that my signature was

required in order to fulfill my obligations.

Date: April 13, 2005.

NONA PEREZ