William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

**Attorneys for Plaintiffs**
MICHELLE D. RAMOS,
RICARDO G. "GINO" PEREZ,
and NONA PEREZ



FILED
DISTRICT COURT OF GUAM
APR 18 2005
MARY L.M. MORAN
CLERK OF COURT
152

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, et. al., | CIVIL CASE NO. 03-00028 |
| Plaintiffs, | |
| vs. | FURTHER RESPONSE TO ORDER TO SHOW CAUSE |
| LSG LUFTHANSA SERVICE GUAM, INC., et. al., | |
| Defendants. | |

Plaintiffs do not object to the protective order requested by Defendants nor to the Order to seal Documents. Plaintiffs do object to an Award of Attorney's Fees based on non-compliance.

LAW OFFICES OF GORMAN & GAVRAS

Date: April 18, 2005.

By: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiffs
MICHELLE D. RAMOS, NONA PEREZ
and RICARDO G. "GINO" PEREZ

Michelle D. Ramos, et. al. v. LSG Lufthansa Service Guam, et. al.
Further Response to Order to Show Cause
April 18, 2005

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served to Limtiaco Cruz & Sison, PLLC, this 18th day of April, 2005.

LAW OFFICES OF GORMAN & GAVRAS

Date: April 18, 2005.        By: _____
                              WILLIAM L. GAVRAS, ESQ.
                              Attorneys for Plaintiffs
                              MICHELLE D. RAMOS, NONA PEREZ
                              and RICARDO G. "GINO" PEREZ