FILED
DISTRICT COURT OF GUAM
APR 19 2005
MARY L.M. MORAN
CLERK OF COURT
153

# DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CIVIL MINUTES - GENERAL

**CASE NO. CV-03-00028**  **DATE: 4/19/2005**  **TIME: 9:07 A.M.**
Related Case No. CV-04-00010

**CAPTION:** MICHELLE D. RAMOS, et al -vs- LUFTHANSA SERVICE HOLDING AG, et al

***

**HONORABLE JOAQUIN V.E. MANIBUSAN, JR., MAGISTRATE JUDGE**
Courtroom Deputy/ Court Recorder: Virginia T. Kilgore                      Law Clerk: Jennifer Moton
Hearing Electronically Recorded: (Run Time: 9:07:42 - 10:02:27)           CSO: J. Lizama

***APPEARANCES***

**COUNSEL FOR PLAINTIFF(s):**                     **COUNSEL FOR DEFENDANT(s):**

WILLIAM GAVRAS                                     ALICIA LIMTIACO, LSG Lufthansa Service Guam,
                                                   Inc. & LSG Catering Guam

***

**PROCEEDINGS:**

### ORDER TO SHOW CAUSE WHY THE DEFENDANT'S MOTIONS FILED ON MARCH 29, 2005 SHOULD NOT BE GRANTED

( x ) MOTIONS ARGUED BY    ( X ) PLAINTIFF    ( X ) DEFENDANT

**APPLICATION FOR PROTECTIVE ORDER AND TO SEAL DOCUMENTS**
Mr. Gavras had no objections to motions. GRANTED.

**APPLICATION FOR ORDER TO COMPEL PLAINTIFF'S WRITTEN CERTIFICATION AND ATTORNEYS FEES FOR FAILURE TO COMPLY WITH COURT'S 06/14/04 ORDER**

Ms. Limtiaco argued that because of plaintiff's non-compliance with the Court's order defendants have incurred attorneys fees and costs. Mr. Gavras apologized for the late filings and stated that his clients are now in compliance with the Court's Order. The Court found that plaintiffs are in compliance with its June 14, 2004 Order as of April 15, 2005. The Court took the issue regarding attorneys fees under advisement and will issue a written decision.

The Court and the parties discussed new deadlines for the hearing on the Motion to Dismiss set for May 23, 2005. Plaintiff's opposition is due May 9, 2005 and plaintiff's reply is due May 16, 2005.

COURTROOM DEPUTY: _____