FILED
DISTRICT COURT OF GUAM
APR 19 2005
MARY L.M. MORAN
CLERK OF COURT
154

**DISTRICT COURT OF GUAM**

**TERRITORY OF GUAM**

MICHELLE D. RAMOS, et al.,

Plaintiffs,

vs.

LSG LUFTHANSA SERVICE HOLDING AG, et.al.,

Defendants.

CIVIL CASE NO. 03-00028

FELIPE DATUIN, et al.,

Plaintiffs,

vs.

LSG LUFTHANSA SERVICE HOLDING AG, et.al.,

Defendants.

CIVIL CASE NO. 04-00010

**ORDER**

For the reasons stated on the record on April 19, 2005, the briefing schedule[1] previously ordered on April 13, 2005, regarding Defendants'(1) Motion to Dismiss or in the Alternative a Motion for Attorney's Fees pursuant to Rule 16(f) of the Federal Rules of Civil Procedure and District Court of Guam GR 2.1[2] and (2) Motion to Dismiss for Lack of Personal Jurisdiction[3]

---

1 Docket No. 138

2 Docket No. 130

3 Docket No. 131

filed on April 6, 2005 is modified in accordance with this Order. Should the Plaintiffs wish to file an Opposition to these motions, they shall do so by May 9, 2005 and any Reply by the Defendants shall be filed by May 16, 2005. Thereafter, a hearing shall be scheduled on May 23, 2005, at 9:30 a.m.

Further, the Order to Show Cause issued on April 8, 2005[4] regarding Plaintiffs' failure to file a Scheduling Order is hereby vacated.

**SO ORDERED** this 19th day of April, 2005.

HONORABLE JOAQUIN V.E. MANIBUSAN, JR.,
U.S. Magistrate Judge, District Court of Guam

[4] Docket No. 135