**FILED**
DISTRICT COURT OF GUAM
APR 19 2005
MARY L.M. MORAN
CLERK OF COURT

155

DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> LSG LUFTHANSA SERVICE HOLDING AG, et.al., <br><br> Defendants. | CIVIL CASE NO. 03-00028 |
| FELIPE DATUIN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> LSG LUFTHANSA SERVICE HOLDING AG, et.al., <br><br> Defendants. | CIVIL CASE NO. 04-00010 <br><br> **ORDER** |

This matter came before the Court on April 19, 2005, for a hearing on the Defendants' Motions for (1) an Order to Seal Documents, (2) a Protective Order, (3) an Order to Compel Plaintiff's Written Certification Pursuant to this Court's June 14, 2004 Order, and (4) an Award of Attorney's Fees Based on Noncompliance with this Court's Order of June 14, 2004. After reviewing the memorandum submitted and hearing argument from counsel, the Court makes the following findings:

1. the parties have agreed that the exhibits attached to Plaintiff's Opposition to Defendant's Motion to Dismiss, (Docket No. 30, filed October 17, 2003) and Plaintiff's Supplemental Opposition to Motion to Dismiss, (Docket No. 81, filed May 24, 2004) be sealed.
2. the parties have agreed that any discovery of materials regarding defendants' that information of a confidential nature would be subject to a protective order prohibiting disclosure to third parties not related to the instant case.
3. the Plaintiffs are in compliance with this Court's Order of June 14, 2004 as of April 15, 2005.
4. that Plaintiff's have demonstrated a pattern of noncompliance with Court Orders that cannot be tolerated, which is enumerated as follows:
   a. Plaintiffs' certifications of compliance with the Court's June 14, 2004 Order was filed nine (9) months late.
   b. Plaintiffs' failed to appear for oral arguments at a scheduled motion hearing on February 7, 2005 for which they were given notice.
   c. Plaintiffs' Scheduling Order in compliance with the Court's March 2, 2005 Order was filed twelve (12) days late.
   d. Plaintiffs' response to the Court's Order to Show Cause issued on March 31, 2005 for failure to comply with the Court's Order of June 14, 2005 ("OSC") was filed two (2) days late and was incomplete.
   e. Plaintiff filed a supplemental response to the Court's OSC on April 18, 2005 which was in turn five (5) days after the deadline.

Accordingly for the reasons stated on the record and those discussed herein:
1. Defendants' Motion to Seal Documents is GRANTED.
2. Defendants' Motion for a Protective Order is GRANTED, however said Order shall not prejudice the Plaintiffs rights to discovery.
3. Defendants' Motion for Attorney's Fees in the amount of $600 is GRANTED. Pursuant to FRCP16(f) and District Court of Guam General Rule 2.1(a), Plaintiffs

shall make full payment to Defendants' counsel within sixty (60) days of the entry of this Order.

**SO ORDERED** this 19th day of April, 2005.

/s/ Joaquin V.E. Manibusan, Jr.
HONORABLE JOAQUIN V.E. MANIBUSAN, JR.,
U.S. Magistrate Judge, District Court of Guam

Notice is hereby given that this document was entered on the docket on APR 1 9 2005.
No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam

By: _____  APR 1 9 2005
Deputy Clerk          Date