William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Sandra D. Lynch, Esq.
SANDRA D. LYNCH, ESQ., P.C.
1628 Aloha Avenue
Pearl City, HI 96782
Telephone: (808) 456-4704
Facsimile: (808) 456-4708

Attorneys for Plaintiffs
MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ, NONA A. PEREZ, FELIPE DATUIN, JEFF GUMATAOTAO, and JAMES CRUZ

FILED
DISTRICT COURT OF GUAM
APR 19 2005
MARY L.M. MORAN
CLERK OF COURT
156

IN THE DISTRICT COURT OF GUAM
DISTRICT OF GUAM

MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ, NONA A. PEREZ,

Plaintiffs,

vs.

LSG LUFTHANSA SERVICE GUAM, INC., et al.,

Defendants.
_______________________________________/

Civil Case No. 03-00028

FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ,

Plaintiffs,

vs.

LSG LUFTHANSA SERVICE GUAM, INC., et al.,

Defendants.
_______________________________________/

Civil Case No. 04-00010

~~PROPOSED~~ SCHEDULING ORDER

**SCHEDULING ORDER**

Pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure, and Rule 16.1 of the Local Rules of Practice for the District Court of Guam, the parties hereby submit the following Scheduling Order:

1. The nature of the case is as follows:

   Title VII of the Civil Rights Act of 1964.

2. The posture of the case is as follows:

   a) The following motions are on file (pending):

      Various ex parte motions filed by Defendant.

3. All Motions to add parties and claims shall be filed on or before:

   September 20, 2005.

4. All Motions to amend pleadings shall be filed on or before:

   September 20, 2005.

5. Status of Discovery:

   The Discovery Plan (filed concurrently herewith) is adopted and incorporated as part of this Scheduling Order.

6. The discovery cut-off date (defined as the last day to file responses to discovery) is: May 13, 2005.

**Ramos, et al., vs. LSG Lufthansa Service Guam, Inc. et al., CV 03-00028**
**Datuin, et al., vs. LSG Lufthansa Service Guam, Inc. et al., CV04-00010**
**Proposed Scheduling Order**
**April 2005.**

7. a) The anticipated discovery motions are:

None at this time, though Defendants have filed an outstanding motion to compel related to depositions.

b) All discovery motions shall be filed on or before June 13, 2005. These motions will be heard on or before July 13, 2005 at 9:30 a.m.

c) All dispositive motions shall be filed on or before August 12, 2005 and heard on or before September 2, 2005 at 9:30 a.m.

8. The prospects for settlement are:

Unknown at this time.

9. The Preliminary Pretrial Conference shall be held on October 18, 2005 at 9:30 a.m. (no later than 21 days to trial date).

10. The parties' pretrial materials, discovery materials, witness lists, designations and exhibit lists shall be filed on or before October 25, 2005 (no later than 14 days prior to Trial).

11. The Proposed Pretrial Order shall be filed on or before October 25, 2005 (no later than 14 days prior to Trial).

12. The Final Pretrial Conference shall be held on November 1, 2005 at 9:30 a.m. (no later than 7 days prior to Trial).

13. The Trial shall be held on November 8, 2005 at 9:30 a.m.

14. The case is currently set for a bench trial.

3

Ramos, et al., vs. LSG Lufthansa Service Guam, Inc. et al., CV 03-00028
Datuin, et al., vs. LSG Lufthansa Service Guam, Inc. et al., CV04-00010
Proposed Scheduling Order
April 2005.

15. It is anticipated that it will take ten (10) days to try this case.

16. The names of counsel on this case are:

William L. Gavras, Esq. and Sandra D. Lynch, Esq., for Plaintiffs Michelle D. Ramos, Ricardo G. "Gino" Perez, Nona A. Perez, Felipe Datuin, Jeff Gumataotao and James Cruz.

Alicia A. Limtiaco, Esq., and the Law Offices of Sidley Austin Brown & Wood, for Defendants LSG Lufthansa Service Guam, Inc.

17. The Parties are amenable to submitting this case to a settlement conference.

18. The parties present the following suggestions for shortening trial:

None at this time.

19. The following issues will affect the status or management of the case:

Unknown at this time.

Dated: APR 19 2005

HONORABLE JOAQUIN V.E. MANIBUSAN
Magistrate Judge, U.S District Court of Guam

RECEIVED
APR 12 2005

DISTRICT COURT OF GUAM
HAGATNA, GUAM

4

**Ramos, et al., vs. LSG Lufthansa Service Guam, Inc. et al., CV 03-00028**
**Datuin, et al., vs. LSG Lufthansa Service Guam, Inc. et al., CV04-00010**
**Proposed Scheduling Order**
**April 2005.**

**APPROVED AS TO FORM AND CONTENT:**

LAW OFFICES OF GORMAN & GAVRAS

Dated: April 12, 2005.

BY: ______________________________
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiffs
MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ, NONA A. PEREZ, FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ

Attorneys for Defendant LSG LUFTHANSA SERVICE GUAM, INC. was informed and was asked to sign the original of the Proposed Scheduling Order, but declined to sign.

LAW OFFICES OF LIMTIACO CRUZ & SISON

Dated: April __, 2005.

BY: ______________________________
ALICIA A. LIMTIACO, ESQ.
Attorneys for Defendants
LSG LUFTHANSA SERVICE GUAM, INC.

5

Ramos, et al., vs. LSG Lufthansa Service Guam, Inc. et al., CV 03-00028
Datuin, et al., vs. LSG Lufthansa Service Guam, Inc. et al., CV04-00010
Proposed Scheduling Order
April 2005.

**CERTIFICATE OF SERVICE**

I certify that I caused to be served upon Alicia A. Limtiaco, Esq. of Limtiaco Cruz & Sison, PLLC at MVP Business Center, 777 Route 4, Suite 11B, Sinajana, Guam 96910, a true and correct copy of the following document on or before April 12, 2005

LAW OFFICES OF GORMAN & GAVRAS

Date: April 12, 2005.

By: ______________________
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiffs
MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ, NONA A. PEREZ, FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ

6