William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Sandra D. Lynch, Esq.
SANDRA D. LYNCH, ESQ., P.C.
1628 Aloha Avenue
Pearl City, HI 96782
Telephone: (808) 456-4704
Facsimile: (808) 456-4708

Attorneys for Plaintiffs
MICHELLE D. RAMOS, RICARDO G.
"GINO" PEREZ, NONA A. PEREZ,
FELIPE DATUIN, JEFF GUMATAOTAO,
and JAMES CRUZ




FILED
DISTRICT COURT OF GUAM
APR 1 9 2005
MARY L.M. MORAN
CLERK OF COURT
157

## IN THE DISTRICT COURT OF GUAM
## DISTRICT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ, NONA A. PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.,<br><br>Defendants. | Civil Case No. 03-00028 |
| FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.,<br><br>Defendants. | Civil Case No. 04-00010<br><br>DISCOVERY PLAN |

Ramos, et al., vs. LSG Lufthansa Service Guam, Inc. et al., CV 03-00028
Datuin, et al., vs. LSG Lufthansa Service Guam, Inc. et al., CV04-00010
Discovery Plan
March 2005.

## DISCOVERY PLAN

Pursuant to Rule 26 (f) of the Federal Rules of Civil Procedure and Local Rule 16.2, the parties agree to and hereby submit the following plan:

A. Depositions of fact witnesses may begin at once and be taken as needed, prior to the discovery cutoff date. Some of the parties may call expert witnesses in this case.

B. Unless additional discovery is ordered by the Court, the parties also may propound one set each of interrogatories (25 maximum) and requests for admissions (25 maximum). Requests for production may also be propounded. This discovery shall be served in such a fashion as to be subject to answer or response on or before the discovery cutoff date.

C. Compliance with mandatory disclosure as is set forth in Rule 26 (a) (1) is on-going.

D. The dates have passed for disclosure of expert witnesses.

E. The specific subjects on which discovery may be needed are:

Facts supporting the nature of the claims and defenses.

F. Other than the provisos set forth above in Item B, the parties do not anticipate requiring any other changes or limitations on discovery as imposed under the Federal and Local Rules.

G. The Cutoff date for discovery is May 13, 2005.

Ramos, et al., vs. LSG Lufthansa Service Guam, Inc. et al., CV 03-00028
Datuin, et al., vs. LSG Lufthansa Service Guam, Inc. et al., CV04-00010
Discovery Plan
March 2005.


APPROVED AS TO FORM
AND CONTENT:

                              LAW OFFICES OF GORMAN & GAVRAS

Dated: April 12, 2005.       BY: _____
                                   WILLIAM L. GAVRAS, ESQ.
                                   Attorneys for Plaintiffs
                                   MICHELLE D. RAMOS, RICARDO G. "GINO"
                                   PEREZ, NONA A. PEREZ, FELIPE DATUIN,
                                   JEFF GUMATAOTAO and JAMES CRUZ

    Attorneys for Defendant LSG LUFTHANSA SERVICE GUAM, INC. was informed and was asked to sign the original of the Discovery Plan, but declined to sign.


                                   LAW OFFICES OF LIMTIACO CRUZ & SISON

Dated: April __, 2005.      BY: _____
                                   ALICIA A. LIMTIACO, ESQ.
                                   Attorneys for Defendants
                                   LSG LUFTHANSA SERVICE GUAM, INC.



RECEIVED
APR 12 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Ramos, et al., vs. LSG Lufthansa Service Guam, Inc. et al., CV 03-00028
Datuin, et al., vs. LSG Lufthansa Service Guam, Inc. et al., CV04-00010
Discovery Plan
March 2005.

## CERTIFICATE OF SERVICE

I certify that I caused to be served upon Alicia A. Limtiaco, Esq. of Limtiaco Cruz & Sison, PLLC at MVP Business Center, 777 Route 4, Suite 11B, Sinajana, Guam 96910, a true and correct copy of the following document on or before April 12, 2005

LAW OFFICES OF GORMAN & GAVRAS

Date: April 12, 2005.            By: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiffs
MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ, NONA A. PEREZ, FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ