FILED
DISTRICT COURT OF GUAM

APR 22 2005

MARY L.M. MORAN
CLERK OF COURT

158

**ALICIA A. LIMTIACO, ESQ.**
**DONNA M. CRUZ, ESQ.**
**LIMTIACO CRUZ & SISON, PLLC**
Suite 11B, MVP Business Center
777 Route 4
Sinajana, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-477-0001
Email: guamlaw@ite.net

**PETER I. OSTROFF, ESQ.**
**MAX C. FISCHER, ESQ.**
**SIDLEY AUSTIN BROWN & WOOD**
555 West Fifth Street, 40th Floor
Los Angeles, California 90013-1010
Telephone: 213-896-6000
Facsimile: 213-896-6600

**Attorneys for Defendants LSG Lufthansa Service Guam, Inc. and LSG Catering Guam, Inc.**

LIMTIACO CRUZ & SISON, PLLC
777 Route 4, Suite 11B, MVP Business Center
Sinajana, Guam 96910
(671) 477-0000 Fax (671) 477-0001
guamlaw@ite.net

**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ and NONA A. PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.,<br><br>Defendants. | Civil Case No. 03-00028<br><br>**DEFENDANTS' MOTION FOR AN ORDER TO COMPEL DISCOVERY AND TO AWARD ATTORNEYS' FEES AND COSTS** |
| FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.,<br><br>Defendants. | Civil Case No. 04-00010 |

Defendants' Motion for an Order to Compel Discovery and to Award Attorneys' Fees and Costs
Civil Case No. 03-00028/Civil Case No. 04-00010
Page 1 of 5

ORIGINAL

## MOTION FOR AN ORDER TO COMPEL DISCOVERY AND TO AWARD ATTORNEYS' FEES AND COSTS

**COME NOW** Defendants LSG Catering Guam, Inc. and LSG Lufthansa Service Guam, Inc. (collectively "Defendants"), by and through their counsel, LIMTIACO CRUZ & SISON, PLLC, and move this Court, pursuant to Federal Rules of Civil Procedure 37(a)(2)(B) and 37(a)(4)(A), and Local Rules of Practice for the District Court of Guam General Rule 2.1, for an order to compel Plaintiffs' answers to Defendants' First Set of Interrogatories and to respond to Defendants' First Requests for Production of Documents, and to award attorneys' fees and costs for Plaintiffs' failure to serve their answers to Defendants' First Set of Interrogatories and to respond to Defendants' First Requests for Production of Documents submitted under Federal Rules of Civil Procedure 33 and 34, respectively.

This motion is based on the accompanying memorandum of points and authorities, declaration of counsel, the pleadings and records on file, and such oral and/or documentary evidence to be presented at the hearing on this matter.

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendants, by and through their undersigned counsel, hereby move the Court for an order to compel Plaintiffs' responses to Defendants' First Set of Interrogatories and Defendants' First Requests for Production of Documents, and to award attorneys' fees and costs to Defendants for Plaintiffs' failure to provide such discovery. In support of their Motion, Defendants state as follows:

1. Defendants served their First Set of Interrogatories upon Plaintiffs' counsel, Sandra D. Lynch, Esq. and Gorman & Gavras, on March 11, 2005.

2. Defendants served their First Requests for Production of Documents upon Plaintiffs' counsel on March 11, 2005.

LIMTIACO CRUZ & SISON, PLLC
777 Route 4, Suite 11B, MVP Business Center
Sinajana, Guam 96910
(671) 477-0000 Fax (671) 477-0001
guamlaw@ite.net



Case 1:03-cv-00028 Document 168 Filed 04/22/2005 Page 2 of 5

3. Plaintiffs had until April 11, 2005 by which to serve their responses to Defendants' First Set of Interrogatories and Defendants' First Requests for Production of Documents.

4. To date, Plaintiffs have failed to submit their responses to Defendants' First Set of Interrogatories and Defendants' First Requests for Production of Documents.

5. On April 11, 2005, Plaintiffs' counsel, Gorman & Gavras, acknowledged Plaintiffs' awareness of the April 11, 2005 discovery deadline, and indicated that Plaintiffs' would not be providing to Defendants' counsel their responses to Defendants' First Set of Interrogatories and Defendants' First Requests for Production of Documents, by said deadline, April 11, 2005.

6. Defendants' counsel stressed to Plaintiffs' counsel the necessity of receiving the requested discovery in a timely manner so as to afford Defendants time to prepare and conduct upcoming noticed depositions of Plaintiffs.

7. Defendants are forced to address this Court to compel discovery as authorized by Federal Rule of Civil Procedure 37(a)(2)(B) to ensure the efficient and timely production of discovery and in an effort to adequately prepare their defense to the claims alleged against them by Plaintiffs.

8. As with every other motion brought before this Court compelling Plaintiffs to follow mandates set by this Court, whether by rule or order, Plaintiffs do not act until Defendants actually proceed to move this Court for an order to compel Plaintiffs to act or respond in accordance with the Court's order at issue.

777 Route 4, Suite 11B, MVP Business Center
Sinajana, Guam 96910
(671) 477-0000 Fax (671) 477-0001
guamlaw@ite.net

Defendants' Motion for an Order to Compel Discovery and to Award Attorneys' Fees and Costs
Civil Case No. 03-00028/Civil Case No. 04-00010
Page 3 of 5

Case 1:03-cv-00028 Document 168 Filed 04/22/2005 Page 3 of 5

## ARGUMENT

Federal Rule of Civil Procedure 37(a)(2)(B) allows parties to move the Court to compel discovery.

> . . . .
>
> (B) If a deponent fails to answer a question propounded or submitted under Rules 30 or 31, or a corporation or other entity fails to make a designation under Rule 30(b)(6) or 31(a), or a party fails to answer an interrogatory submitted under Rule 33, or if a party, in response to a request for inspection submitted under Rule 34, fails to respond that inspection will be permitted as requested or fails to permit inspection as requested, the discovering party may move for an order compelling answer, or a designation, or an order compelling inspection in accordance with the request. The motion must include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make the discovery in an effort to secure the information or material without court action. When taking a deposition on oral examination, the proponent of the question may complete or adjourn the examination before applying for an order.
>
> . . .

FRCP 37(a)(2)(B) (emphasis added).

Federal Rule of Civil Procedure 37(a)(4)(A) permits parties to bring a motion before the Court seeking sanctions for failure to cooperate with discovery and request for attorney fees and costs. See Declaration of Counsel attached hereto.

> . . .
>
> (A) If the motion is granted or if the disclosure or requested discovery is provided after the motion was filed, the court shall, after affording an opportunity to be heard, require the party or deponent whose conduct necessitated the motion or the party or attorney advising such conduct or both of them to pay to the moving party the reasonable expenses incurred in making the motion, including attorney's fees, unless the court finds that the motion was filed without the movant's first making a good faith effort to obtain the disclosure or discovery without court action, or that the opposing party's nondisclosure, response, or objection

LIMTIACO CRUZ & SISON, PLLC
777 Route 4, Suite 11B, MVP Business Center
Sinajana, Guam 96910
(671) 477-0000 Fax (671) 477-0001
guamlaw@ite.net

Defendants' Motion for an Order to Compel Discovery and to Award Attorneys' Fees and Costs
Civil Case No. 03-00028/Civil Case No. 04-00010
Page 4 of 5

> was substantially justified, or that other circumstances make an award of expenses unjust.
>
> . . .

FRCP 37(a)(4)(A).

The Local Rules of Practice for the District Court of Guam General Rule 2.1 ("GR 2.1") authorizes sanctions for nonconformance of court rules. In accordance with GR 2.1 which states in pertinent part: "the violation of or failure to conform to any of these Local Rules, the Federal Rules of Civil Procedure, . . . shall subject the offending party or counsel to such penalties, including monetary sanctions and/or the imposition of costs and attorneys' fees to opposing counsel, as the Court may deem appropriate under the circumstances."

Accordingly, Defendants respectfully request that the Court grant Defendants' Motion for an Order to Compel Discovery and to Award Attorneys Fees and Costs pursuant to Federal Rules of Civil Procedure 37(a)(2)(B) and 37(a)(4)(A), and GR 2.1, for attorneys fees and costs incurred by Defendants for having to bring this motion before the Court, including preparation and oral argument of said motion, and any other relief as the Court may deem proper.

Respectfully submitted this 22nd day of April 2005.

LIMTIACO CRUZ & SISON, PLLC,

By: Alicia A. Limtiaco

ALICIA A. LIMTIACO
A duly licensed employee.

LIMTIACO CRUZ & SISON, PLLC
777 Route 4, Suite 11B, MVP Business Center
Sinajana, Guam 96910
(671) 477-0000 Fax (671) 477-0001
guamlaw@ite.net

Defendants' Motion for an Order to Compel Discovery and to Award Attorneys' Fees and Costs
Civil Case No. 03-00028/Civil Case No. 04-00010
Page 5 of 5