ALICIA A. LIMTIACO, ESQ.
DONNA M. CRUZ, ESQ.
**LIMTIACO CRUZ & SISON, PLLC**
Suite 11B, MVP Business Center
777 Route 4
Sinajana, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-477-0001
Email: guamlaw@ite.net

PETER I. OSTROFF, ESQ.
MAX C. FISCHER, ESQ.
**SIDLEY AUSTIN BROWN & WOOD**
555 West Fifth Street, 40th Floor
Los Angeles, California 90013-1010
Telephone: 213-896-6000
Facsimile: 213-896-6600

Attorneys for Defendants LSG Lufthansa Service Guam, Inc.
and LSG Catering Guam, Inc.

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ and NONA A. PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.,<br><br>Defendants. | Civil Case No. 03-00028<br><br><br><br>**DECLARATION OF COUNSEL** |
| FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.,<br><br>Defendants. | Civil Case No. 04-00010 |

I, DONNA M. CRUZ, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge:

1. I am an attorney admitted to practice before the United States District Court of Guam and a partner with Limtiaco Cruz & Sison, PLLC, which maintains an office at 777 Route 4, MVP Business Center, Suite 11B, Sinajana, Guam 96910. Limtiaco Cruz & Sison, PLLC represents LSG Lufthansa Service Guam, Inc. and LSG Catering Guam, Inc. (collectively "Defendants").

2. I submit this Declaration in support of Defendants' Motion for an Order to Compel Discovery and to Award Attorneys' Fees and Costs.

3. The additional amount of $162 should be added to the cost amount of $10.40 indicated in the Declaration of Alicia A. Limtiaco for a total cost figures of $172.40. Thus, the total attorney's fees and costs being requested by defendant in this motion is $1,372.40.

Dated: 4-22-05

_____
DONNA M. CRUZ

H:\Legal Files\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\CONSOLIDATED DATUIN & RAMOS\Supplemental Declaration of DMC re Motion to Compel Discovery (cac 4.22.05) - FINAL.doc