ALICIA A. LIMTIACO, ESQ.
DONNA M. CRUZ, ESQ.
LIMTIACO CRUZ & SISON, PLLC
Suite 11B, MVP Business Center
777 Route 4
Sinajana, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-477-0001
Email: guamlaw@ite.net

PETER I. OSTROFF, ESQ.
MAX C. FISCHER, ESQ.
SIDLEY AUSTIN BROWN & WOOD
555 West Fifth Street, 40th Floor
Los Angeles, California 90013-1010
Telephone: 213-896-6000
Facsimile: 213-896-6600

Attorneys for Defendants LSG Lufthansa Service Guam, Inc.
and LSG Catering Guam, Inc.

**FILED**
DISTRICT COURT OF GUAM
APR 27 2005
MARY L.M. MORAN
CLERK OF COURT

161

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ and NONA A. PEREZ, <br><br> Plaintiffs, <br><br> vs. <br><br> LSG LUFTHANSA SERVICE GUAM, INC., et al., <br><br> Defendants. | Civil Case No. 03-00028 <br><br><br> **MUTUAL AGREEMENT AND ORDER OF HEARING DATE** |
| FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ, <br><br> Plaintiffs, <br><br> vs. <br><br> LSG LUFTHANSA SERVICE GUAM, INC., et al., <br><br> Defendants. | Civil Case No. 04-00010 |

**COME NOW** Defendants LSG Catering Guam, Inc. and LSG Lufthansa Service Guam, Inc. (collectively "Defendants"), by and through their counsel, the Law Offices of Limtiaco Cruz & Sison, and Plaintiffs Michelle Ramos, Ricardo "Gino" Perez, Nona Perez, Felipe Datuin, Jeff Gumataotao, and James Cruz (collectively "Plaintiffs"), by and through their co-counsel, the Law Offices of Gorman and Gavras, and hereby mutually agree that Defendants' Motion to Compel Discovery and to Award Attorneys' Fees shall be held on May 23, 2005 at 9:30 a.m.

AGREED to this 25th day of April 2005.        AGREED to this 25 day of April 2005.

LAW OFFICES OF LIMTIACO CRUZ &        LAW OFFICES OF GORMAN & GAVRAS
SISON, PLLC                                                         Co-Counsel for Plaintiffs
Attorneys for Defendants

By: _____        By: _____
DONNA M. CRUZ, Esq.                                        WILLIAM GAVRAS, Esq.
a duly licensed employee.

**SO AGREED AND ORDERED:** April 27, 2005

_____
HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
MAGISTRATE JUDGE, DISTRICT COURT OF GUAM.


RECEIVED
APR 26 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

H:\Legal Files\Master Client Files\LSG\Ramos, Perez & Perez vs LSG CV 03-00028\CONSOLIDATED DATUIN & RAMOS\Mutual Agreement of Hearing Date (tab) 04.22.05.doc