**ALICIA A. LIMTIACO, ESQ.**
**DONNA M. CRUZ, ESQ.**
**LIMTIACO CRUZ & SISON, PLLC**
Suite 11B, MVP Business Center
777 Route 4
Sinajana, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-477-0001
Email: guamlaw@ite.net

**PETER I. OSTROFF, ESQ.**
**MAX C. FISCHER, ESQ.**
**SIDLEY AUSTIN BROWN & WOOD**
555 West Fifth Street, 40th Floor
Los Angeles, California 90013-1010
Telephone: 213-896-6000
Facsimile: 213-896-6600

**Attorneys for Defendants LSG Lufthansa Service Guam, Inc. and LSG Catering Guam, Inc.**

FILED
DISTRICT COURT OF GUAM
APR 27 2005
MARY L.M. MORAN
CLERK OF COURT
162

LIMTIACO CRUZ & SISON, PLLC
777 Route 4, Suite 11B, MVP Business Center
Sinajana, Guam 96910
(671) 477-0000 Fax (671) 477-0001
guamlaw@ite.net

**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**

MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ and NONA A. PEREZ,

Plaintiffs,

vs.

LSG LUFTHANSA SERVICE GUAM, INC., et al.,

Defendants.

Civil Case No. 03-00028

**DEFENDANTS' NOTICE OF MOTION FOR AN ORDER TO COMPEL DISCOVERY AND TO AWARD ATTORNEYS' FEES AND COSTS**

FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ,

Plaintiffs,

vs.

LSG LUFTHANSA SERVICE GUAM, INC., et al.,

Defendants.

Civil Case No. 04-00010

Defendants' Notice of Motion for an Order to Compel Discovery and to Award Attorneys' Fee and Costs
Civil Case No. 03-00028/Civil Case No. 04-00010
Page 1 of 2

Case 1:03-cv-00028 Document 172 Filed 04/27/2005 Page 1 of 2
ORIGINAL

# NOTICE OF MOTION

PLEASE TAKE NOTICE that on May 23, 2005 at the hour of 9:30 a.m., Defendants LSG Lufthansa Service Guam, Inc. and LSG Catering Guam, Inc. (collectively "Defendants"), by and through their counsel, Limtiaco Cruz & Sison, PLLC, shall move the court, pursuant to Federal Rules of Civil Procedure 37(a)(2)(B) and 37(a)(4) (A) and Local Rules of Practice for the District Court of Guam General Rule 2.1 for an order to compel discovery and to award attorneys' fees and costs, and such other relief as the Court deems proper, as a result of Plaintiffs' failure to serve their answers to Defendants' First Set of Interrogatories and to respond to Defendants' First Requests for Production of Documents submitted under Federal Rules of Civil Procedure 33 and 34, respectively.

Dated this 22nd day of April, 2005.

LIMTIACO CRUZ & SISON, PLLC

By: Alicia A. Limtiaco
ALICIA A. LIMTIACO, Esq.
a duly licensed employee.

LIMTIACO CRUZ & SISON, PLLC
777 Route 4, Suite 11B, MVP Business Center
Sinajana, Guam 96910
(671) 477-0000 Fax (671) 477-0001
guamlaw@ite.net

RECEIVED
APR 22 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

H:\Legal Files\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\CONSOLIDATED DATUIN & RAMOS\Notice of Motion for Attorneys' Fees re Motion to Compel (cac 4.22.05)-FINAL.doc

Defendants' Notice of Motion for an Order to Compel Discovery and to Award Attorneys' Fee and Costs
Civil Case No. 03-00028/Civil Case No. 04-00010
Page 2 of 2