William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Sandra D. Lynch, Esq.
SANDRA D. LYNCH, ESQ., P.C.
1628 Aloha Avenue
Pearl City, HI 96782
Telephone: (808) 456-4704
Facsimile: (808) 456-4708

Attorneys for Plaintiffs
MICHELLE D. RAMOS, RICARDO G.
"GINO" PEREZ, NONA A. PEREZ,
FELIPE DATUIN, JEFF GUMATAOTAO,
and JAMES CRUZ

FILED
DISTRICT COURT OF GUAM
MAY - 9 2005
MARY L.M. MORAN
CLERK OF COURT
164

## IN THE DISTRICT COURT OF GUAM
## DISTRICT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ, NONA A. PEREZ, <br><br>Plaintiffs, <br><br>vs. <br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al., <br><br>Defendants. | Civil Case No. 03-00028 |
| FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ, <br><br>Plaintiffs, <br><br>vs. <br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al., <br><br>Defendants. | Civil Case No. 04-00010 <br><br> ANNOUNCEMENT OF SETTLEMENT |

Ramos, et al., vs. LSG Lufthansa Service Guam, Inc. et al., CV 03-00028
Datuin, et al., vs. LSG Lufthansa Service Guam, Inc. et al., CV04-00010
Announcement of Settlement
May, 2005

**COME NOW THE PLAINTIFFS**, through their undersigned counsel and hereby advise the Court that they have arrived at a settlement of the above-captioned and numbered consolidated cases.

The parties are in the process of drafting and executing the Settlement documents.

LAW OFFICES OF GORMAN & GAVRAS

Dated: May __, 2005.

BY: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served to Limtiaco Cruz & Sison, PLLC, this __ day of May, 2005.

LAW OFFICES OF GORMAN & GAVRAS

Date: May __, 2005.

By: _____
WILLIAM L. GAVRAS, ESQ.
Attorneys for Plaintiffs