LIMTIACO CRUZ & SISON, PLLC
Alicia A. Limtiaco, Esq.
Donna M. Cruz, Esq.
MVP Business Center
777 Route 4, Suite 11B
Sinajana, Guam 96910
Telephone: (671) 477-0000
Facsimile: (671) 477-0001

SIDLEY AUSTIN BROWN & WOOD LLP
Peter I. Ostroff (SBN 045718)
Max C. Fischer (SBN 226003)
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

FILED
DISTRICT COURT OF GUAM
MAY 20 2005
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ AND NONA A. PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.<br><br>Defendants. | Civil Case No. 03-00028 |
| FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.<br><br>Defendants. | Civil Case No. 04-00010<br><br>STIPULATION |

COME NOW counsel of record for Defendants LSG Lufthansa Service Guam, Inc. and LSG Catering Guam, Inc. (collectively "Defendants") and Plaintiffs' Michelle D. Ramos, Ricardo "Gino"

Perez, and Nona A. Perez in Civil Case No. 03-00028 and Felipe Datuin, Jeff Gumataotao, and James Cruz in Civil Case No. 04-00010 (collectively "Plaintiffs"), and hereby agree and stipulate to the following:

1. That the hearing scheduled for May 23, 2005 at 9:30 a.m. on the following motions be rescheduled to June 23, 2005 at 9:30 am.

    a. Defendants' Motion to Dismiss, or in the Alternative, Motion for Attorneys' Fees Pursuant to Federal Rules of Civil Procedure 16(f) and General Rule 2.1 for Failure to Fully Submit Initial Disclosures, Failure to Attend February 7, 2005 Court Hearing, Failure to Comply With March 2, 2005 Court Order for Failure to File Scheduling Order filed with this Court on April 6, 2005;

    b. Defendants' Motion to Dismiss for Lack of Personal Jurisdiction filed with this Court on April 6, 2005; and

    c. Defendants' Motion for an Order to Compel Discovery and to Award Attorneys' Fees and Costs filed with this Court on April 22, 2005.

///

///

///

///

///

2. The parties are engaged in settlement negotiations and request that the May 23, 2005 motion hearing be reset so as to allow the parties sufficient time to finalize all settlement negotiations and documentation.

| LIMTIACO CRUZ & SISON, PLLC | LAW OFFICES OF GORMAN AND GAVRAS |
|---|---|
| Counsel for Defendants | Co-Counsel for Plaintiffs |

By: *Alicia A. Limtiaco*      By: *William Leon Gavras*
ALICIA A. LIMTIACO, ESQ.      WILLIAM LEON GAVRAS, Esq.

Dated: 5/17/05      Dated: 5-17-05

SO ORDERED this 20th day of May, 2005.

HONORABLE JOAQUIN V.E. MANIBUSAN, JR.,
Magistrate Judge, District Court of Guam.

**RECEIVED**
MAY 19 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

H:\Legal Files\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\CONSOLIDATED DATUIN & RAMOS\Stipuation to Continue May 23 Hearing.doc