William L. Gavras, Esq.
LAW OFFICES OF GORMAN & GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagåtña, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Sandra D. Lynch, Esq.
SANDRA D. LYNCH, ESQ., P.C.
1628 Aloha Avenue
Pearl City, HI 96782
Telephone: (808) 456-4704
Facsimile: (808) 456-4708

Attorneys for Plaintiffs
MICHELLE D. RAMOS, RICARDO G.
"GINO" PEREZ, NONA A. PEREZ,
FELIPE DATUIN, JEFF GUMATAOTAO,
and JAMES CRUZ

FILED
DISTRICT COURT OF GUAM
JUN 22 2005
MARY L.M. MORAN
CLERK OF COURT
166

## IN THE DISTRICT COURT OF GUAM
## DISTRICT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ, NONA A. PEREZ, | Civil Case No. 03-00028 |
| Plaintiffs, | |
| vs. | |
| LSG LUFTHANSA SERVICE GUAM, INC., et al., | |
| Defendants. | |
| FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ, | Civil Case No. 04-00010 |
| Plaintiffs, | |
| vs. | STIPULATION |
| LSG LUFTHANSA SERVICE GUAM, INC., et al., | |
| Defendants. | |

ORIGINAL

Ramos, et al., vs. LSG Lufthansa Service Guam, Inc. et al., CV 03-00028
Datuin, et al., vs. LSG Lufthansa Service Guam, Inc. et al., CV04-00010
Stipulation
June, 2005

COMES NOW counsel of record for Defendants LSG Lufthansa Guam, Inc. and LSG Catering Guam, Inc. (collectively "Defendants") and Plaintiffs' Michelle D. Ramos, Ricardo "Gino" Perez and Nona A. Perez in Civil Case No. 03-00028 and Felipe Datuin, Jeff Gumataotao, and James Cruz in Civil Case No. 04-00010 (collectively "Plaintiffs"), and hereby agree and stipulate to the following:

1. That the hearing scheduled for June 23, 2005 at 9:30 a.m. on the following motions be rescheduled to July 7, 2005 at ~~2:00 p.m.~~ 1:00 a.m. [handwritten: AWG 05 6-22-]

    a. Defendants' Motion to Dismiss, or in the Alternative, Motion for Attorneys' Fees pursuant to Federal Rules of Civil Procedure 16(f) and General Rule 2.1 for Failure to Fully Submit Initial Disclosures, Failure to Attend February 7, 2005 Court Hearing, Failure to Comply with March 2, 2005 Court Order for Failure to File Scheduling Order filed with this Court on April 6, 2005;

    b. Defendants' Motion to Dismiss for Lack of Personal Jurisdiction filed with this Court on April 6, 2005; and

    c. Defendants' Motion for an Order to Compel Discovery and to Award Attorneys' Fees and Costs filed with this Court on April 22, 2005.

2. The parties are engaged in completing and executing settlement documents and request that the June 23, 2005 motion hearing be reset so as to allow the parties sufficient time to execute all documentation, one or more of the Plaintiffs being off-island.

2

Ramos, et al., vs. LSG Lufthansa Service Guam, Inc. et al., CV 03-00028
Datuin, et al., vs. LSG Lufthansa Service Guam, Inc. et al., CV04-00010
Stipulation
June, 2005

3. ~~Because it is anticipated that the parties will execute the required settlement documents prior to the hearing date, further filings by either party are not required.~~

| | |
|---|---|
| LIMTIACO CRUZ & SISON, PLLC<br>Counsel for Defendants | LAW OFFICES OF GORMAN & GAVRAS<br>Co-Counsel for Plaintiffs |
| By: *Alicia A. Limtiaco*<br>ALICIA A. LIMTIACO, ESQ. | By: *[signature]*<br>WILLIAM L. GAVRAS, ESQ. |
| Date: June 22, 2005. | Date: June 20, 2005. |

**SO ORDERED** this 22nd day of June, 2005.

*[signature]*
HON. JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge, District Court of Guam

RECEIVED
JUN 22 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM