ALICIA A. LIMTIACO, ESQ.
DONNA M. CRUZ, ESQ.
LIMTIACO CRUZ & SISON, PLLC
Suite 11B, MVP Business Center
777 Route 4
Sinajana, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-477-0001
Email: guamlaw@ite.net

PETER I. OSTROFF, ESQ.
MAX C. FISCHER, ESQ.
SIDLEY AUSTIN BROWN & WOOD
555 West Fifth Street, 40th Floor
Los Angeles, California 90013-1010
Telephone: 213-896-6000
Facsimile: 213-896-6600

Attorneys for Defendants LSG Lufthansa Service Guam, Inc.
and LSG Catering Guam, Inc.

**FILED**
DISTRICT COURT OF GUAM
JUL - 7 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ and NONA A. PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.,<br><br>Defendants. | Civil Case No. 03-00028<br><br><br>**STIPULATION AND ORDER TO CONTINUE HEARING** |
| FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.,<br><br>Defendants. | Civil Case No. 04-00010 |

Stipulation and Order to Continue Hearing
Civil Case No. 03-00028/Civil Case No. 04-00010
Page 1 of 3
Case 1:03-cv-00028   Document 177   Filed 07/07/2005   Page 1 of 3

**COMES NOW** counsel for Defendants LSG Lufthansa Guam, Inc. and LSG Catering Guam, Inc. (collectively "Defendants") and Plaintiffs' Michelle D. Ramos, Ricardo "Gino" Perez and Nona A Perez in Civil Case No. 03-0028 and Felipe Datuin, Jeff Gumataotao, and James Cruz in Civil Case No. CV 04-00010 (collectively "Plaintiffs"), and hereby agree and stipulate the following:

1. That the hearing scheduled for July 7, 2005 at 11:00 a.m. on the following motions be rescheduled to August 12, 2005 at 11:00 a.m.

   a. Defendant's Motion to Dismiss, or in the Alternative, Motion for Attorneys' Fees pursuant to Federal Rules of Civil Procedure 16(f) and General Rule 2.1 for Failure to Fully Submit Initial Disclosures, Failure to Attend February 7, 2005 Court Hearing, Failure to Comply with March 2, 2005 Court Order for Failure to File Scheduling Order filed with this Court on April 6, 2005;

   b. Defendants' Motion to Dismiss for Lack of Personal Jurisdiction filed with this Court on April 6, 2005; and

   c. Defendants' Motion for an Order to Compel Discovery and to Award Attorneys' Fees and Costs filed with this Court on April 22, 2005.

2. The parties are engaged in completing and executing settlement documents and request that the July 7, 2005 motion hearing be reset so as to allow the parties sufficient time to execute all documentation, one or more of the Plaintiffs being off-island.

Respectfully submitted: July 6, 2005.

LIMTIACO CRUZ & SISON, PLLC

By: /s/ ALICIA A. LIMTIACO, Esq.
a duly licensed employee.

Respectfully submitted: July 6, 2005.

LAW OFFICES OF GORMAN & GAVRAS, P.C.

By: /s/ WILLIAM L. GAVRAS, Esq.

LIMTIACO CRUZ & SISON, PLLC
777 Route 4, Suite 11B, MVP Business Center
Sinajana, Guam 96910
(671) 477-0000 Fax (671) 477-0001
guamlaw@ite.net

**IT IS SO ORDERED** that the motion hearing scheduled for July 7, 2005 at 11:00 a.m. be rescheduled to August 12, 2005 at 11:00 a.m.

Dated: 7/7/05

_____
for HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
MAGISTRATE JUDGE, DISTRICT COURT OF GUAM.

RECEIVED
JUL - 6 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

H:\Legal Files\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\CONSOLIDATED DATUIN & RAMOS\Stipulation & Order to Dismiss\Stipulation and Order to Continue 07.07.05 hearing (tab).doc