ALICIA A. LIMTIACO, ESQ.
DONNA M. CRUZ, ESQ.
**LIMTIACO CRUZ & SISON, PLLC**
Suite 11B, MVP Business Center
777 Route 4
Sinajana, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-477-0001
Email: guamlaw@ite.net

PETER I. OSTROFF, ESQ.
MAX C. FISCHER, ESQ.
**SIDLEY AUSTIN BROWN & WOOD**
555 West Fifth Street, 40th Floor
Los Angeles, California 90013-1010
Telephone: 213-896-6000
Facsimile: 213-896-6600

Attorneys for Defendants LSG Lufthansa Service Guam, Inc.
and LSG Catering Guam, Inc.

FILED
DISTRICT COURT OF GUAM
AUG 11 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ and NONA A. PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.,<br><br>Defendants. | Civil Case No. 03-00028<br><br><br>**STIPULATION ~~AND ORDER~~**<br>**TO DISMISS WITH PREJUDICE** |
| FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.,<br><br>Defendants. | Civil Case No. 04-00010 |

ORIGINAL
Stipulation and Order to Dismiss With Prejudice (Felipe Datuin)
Civil Case No. 03-00028/Civil Case No. 04-00010
Case 1:03-cv-00028   Document 179   Filed 08/11/2005   Page 1 of 2

## STIPULATION TO DISMISS WITH PREJUDICE

Plaintiff Felipe Datuin ("Plaintiff") and Defendants LSG Catering Guam, Inc. and LSG Lufthansa Service Guam, Inc. (collectively "Defendants"), by and through their undersigned counsel, hereby request that this matter be dismissed with prejudice in its entirety, each party to bear its own fees and costs.

Respectfully submitted: June 24, 2005.

LIMTIACO CRUZ & SISON, PLLC

By: _____
ALICIA A. LIMTIACO, Esq.
a duly licensed employee.

Respectfully submitted: June 23, 2005.

LAW OFFICES OF GORMAN & GAVRAS, P.C.

By: _____
WILLIAM L. GAVRAS, Esq.

**IT IS SO ORDERED** that this matter is hereby **DISMISSED WITH PREJUDICE**.

Dated: _____.

_____
HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
MAGISTRATE JUDGE, DISTRICT COURT OF GUAM.

H:\Legal Files\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\CONSOLIDATED DATUIN & RAMOS\Stipulation & Order to Dismiss\Stipulation to Settlement (Felipe Datuin) Revisions by Gavras 6-21-05.doc