**ALICIA A. LIMTIACO, ESQ.**
**DONNA M. CRUZ, ESQ.**
**LIMTIACO CRUZ & SISON, PLLC**
Suite 11B, MVP Business Center
777 Route 4
Sinajana, Guam 96910
Telephone: 671-477-0000
Facsimile:  671-477-0001
Email:  guamlaw@ite.net

**PETER I. OSTROFF, ESQ.**
**MAX C. FISCHER, ESQ.**
**SIDLEY AUSTIN BROWN & WOOD**
555 West Fifth Street, 40th Floor
Los Angeles, California 90013-1010
Telephone:  213-896-6000
Facsimile:  213-896-6600

**Attorneys for Defendants LSG Lufthansa Service Guam, Inc.**
**and LSG Catering Guam, Inc.**

**FILED**
DISTRICT COURT OF GUAM

AUG 1 1 2005

**MARY L.M. MORAN**
**CLERK OF COURT**

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ and NONA A. PEREZ,

Plaintiffs,

vs.

LSG LUFTHANSA SERVICE GUAM, INC., et al.,

Defendants.

Civil Case No. 03-00028

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**

FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ,

Plaintiffs,

vs.

LSG LUFTHANSA SERVICE GUAM, INC., et al.,

Defendants.

Civil Case No. 04-00010

**ORIGINAL**

Stipulation and Order to Dismiss With Prejudice (Nona A. Perez)
Civil Case No. 03-00028/Civil Case No. 04-00010
Page 1 of 2

Case 1:03-cv-00028     Document 181     Filed 08/11/2005     Page 1 of 2

## STIPULATION TO DISMISS WITH PREJUDICE

Plaintiff Nona A. Perez ("Plaintiff") and Defendants LSG Catering Guam, Inc. and LSG

Lufthansa Service Guam, Inc. (collectively "Defendants"), by and through their undersigned counsel,

hereby request that this matter be dismissed with prejudice in its entirety, each party to bear its own

fees and costs.

Respectfully submitted: June ____, 2005.         Respectfully submitted: June ____, 2005.

*(not) aug. 11*                                   *July 15*

LIMTIACO CRUZ & SISON, PLLC                       LAW OFFICES OF GORMAN & GAVRAS, P.C.

By: _____                     By: _____
ALICIA A. LIMTIACO, Esq.                          WILLIAM L. GAVRAS, Esq.
a duly licensed employee.

**IT IS SO ORDERED** that this matter is hereby **DISMISSED WITH PREJUDICE**.

Dated: _____.

_____
HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
MAGISTRATE JUDGE, DISTRICT COURT OF GUAM.

H:\Legal Files\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\CONSOLIDATED DATUIN & RAMOS\Stipulation & Order to Dismiss\Stipulation to Settlement (Nona) Revisions by Gavras 6-21-05.doc

LIMTIACO CRUZ & SISON, PLLC
777 Route 4, Suite 11B, MVP Business Center
Sinajana, Guam 96910
(671) 477-0000 Fax (671) 477-0001
guamlaw@ite.net

Stipulation and Order to Dismiss With Prejudice (Nona A. Perez)
Civil Case No. 03-00028/Civil Case No. 04-00010
Case 1:03-cv-00028    Document 181    Filed 08/11/2005    Page 2 of 2
Page 2 of 2