ALICIA A. LIMTIACO, ESQ.
DONNA M. CRUZ, ESQ.
LIMTIACO CRUZ & SISON, PLLC
Suite 11B, MVP Business Center
777 Route 4
Sinajana, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-477-0001
Email: guamlaw@ite.net

PETER I. OSTROFF, ESQ.
MAX C. FISCHER, ESQ.
SIDLEY AUSTIN BROWN & WOOD
555 West Fifth Street, 40th Floor
Los Angeles, California 90013-1010
Telephone: 213-896-6000
Facsimile: 213-896-6600

Attorneys for Defendants LSG Lufthansa Service Guam, Inc.
and LSG Catering Guam, Inc.

**FILED**
DISTRICT COURT OF GUAM
AUG 11 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ and NONA A. PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.,<br><br>Defendants. | Civil Case No. 03-00028<br><br><br><br>**STIPULATION ~~AND ORDER~~**<br>**TO DISMISS WITH PREJUDICE** |
| FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.,<br><br>Defendants. | Civil Case No. 04-00010 |

Stipulation and Order to Dismiss With Prejudice (Ricardo "Gino" Perez)
Civil Case No. 03-00028/Civil Case No. 04-00010
Page 1 of 2

Case 1:03-cv-00028   Document 183   Filed 08/11/2005   Page 1 of 2

ORIGINAL

# STIPULATION TO DISMISS WITH PREJUDICE

Plaintiff Ricardo "Gino" Perez ("Plaintiff") and Defendants LSG Catering Guam, Inc. and LSG Lufthansa Service Guam, Inc. (collectively "Defendants"), by and through their undersigned counsel, hereby request that this matter be dismissed with prejudice in its entirety, each party to bear its own fees and costs.

Respectfully submitted: ~~May~~ Aug. 11, 2005.

LIMTIACO CRUZ & SISON, PLLC

By: _____
ALICIA A. LIMTIACO, Esq.
a duly licensed employee.

Respectfully submitted: ~~May~~ June 14, 2005.

LAW OFFICES OF GORMAN & GAVRAS, P.C.

By: _____
WILLIAM L. GAVRAS, Esq.

**IT IS SO ORDERED** that this matter is hereby **DISMISSED WITH PREJUDICE**.

Dated: _____.

_____
HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
MAGISTRATE JUDGE, DISTRICT COURT OF GUAM.

H:\Legal Files\Master Client Files\LSG\Ramos, Perez & Perez vs. LSG CV 03-00028\CONSOLIDATED DATUIN & RAMOS\Stipulation to Settlement (Gino Perez) 5-11-05.doc

Stipulation and Order to Dismiss With Prejudice (Ricardo "Gino" Perez)
Civil Case No. 03-00028/Civil Case No. 04-00010
Page 2 of 2