| | |
|---|---|
| 1 | ALICIA A. LIMTIACO, ESQ.<br>DONNA M. CRUZ, ESQ. |
| 2 | LIMTIACO CRUZ & SISON, PLLC<br>Suite 11B, MVP Business Center |
| 3 | 777 Route 4<br>Sinajana, Guam 96910 |
| 4 | Telephone: 671-477-0000<br>Facsimile: 671-477-0001 |
|   | Email: guamlaw@ite.net |
| 5 | PETER I. OSTROFF, ESQ. |
| 6 | MAX C. FISCHER, ESQ.<br>SIDLEY AUSTIN BROWN & WOOD |
| 7 | 555 West Fifth Street, 40th Floor<br>Los Angeles, California 90013-1010 |
| 8 | Telephone: 213-896-6000<br>Facsimile: 213-896-6600 |
| 9 | Attorneys for Defendants LSG Lufthansa Service Guam, Inc.<br>and LSG Catering Guam, Inc. |



**FILED**
DISTRICT COURT OF GUAM
AUG 12 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | | |
|---|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ and NONA A. PEREZ, | ) | Civil Case No. 03-00028 |
| Plaintiffs, | ) | |
| vs. | ) | **ORDER RE: STIPULATION**<br>**TO DISMISS WITH PREJUDICE**<br>**(JAMES CRUZ)** |
| LSG LUFTHANSA SERVICE GUAM, INC., et al., | ) | |
| Defendants. | ) | |
| FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ, | ) | Civil Case No. 04-00010 |
| Plaintiffs, | ) | |
| vs. | ) | |
| LSG LUFTHANSA SERVICE GUAM, INC., et al., | ) | |
| Defendants. | ) | |

Order re: Stipulation to Dismiss With Prejudice (James Cruz)
Civil Case No. 03-00028/Civil Case No. 04-00010
Page 1 of 2

Case 1:03-cv-00028   Document 184   Filed 08/12/2005   Page 1 of 2

1  The stipulation with respect to Plaintiff James Cruz, filed on August 11, 2005, is Hereby
2  Approved and So Ordered.
3  Dated: *August 12, 2005*.

_____
HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
MAGISTRATE JUDGE, DISTRICT COURT OF GUAM.

Order re: Stipulation to Dismiss With Prejudice (James Cruz)
Civil Case No. 03-00028/Civil Case No. 04-00010
Page 2 of 2

Case 1:03-cv-00028   Document 184   Filed 08/12/2005   Page 2 of 2