| | |
|---|---|
| 1 | ALICIA A. LIMTIACO, ESQ.<br>DONNA M. CRUZ, ESQ. |
| 2 | LIMTIACO CRUZ & SISON, PLLC<br>Suite 11B, MVP Business Center |
| 3 | 777 Route 4<br>Sinajana, Guam 96910 |
| 4 | Telephone: 671-477-0000<br>Facsimile: 671-477-0001 |
| 5 | Email: guamlaw@ite.net |

PETER I. OSTROFF, ESQ.
MAX C. FISCHER, ESQ.
SIDLEY AUSTIN BROWN & WOOD
555 West Fifth Street, 40th Floor
Los Angeles, California 90013-1010
Telephone: 213-896-6000
Facsimile: 213-896-6600

Attorneys for Defendants LSG Lufthansa Service Guam, Inc.
and LSG Catering Guam, Inc.
FILED
DISTRICT COURT OF GUAM
AUG 12 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ and NONA A. PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.,<br><br>Defendants. | Civil Case No. 03-00028<br><br><br><br>**ORDER RE: STIPULATION<br>TO DISMISS WITH PREJUDICE<br>(JEFF GUMATAOTAO)** |
| FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.,<br><br>Defendants. | Civil Case No. 04-00010 |

Order re: Stipulation to Dismiss With Prejudice (Jeff Gumataotao)
Civil Case No. 03-00028/Civil Case No. 04-00010
Page 1 of 2

Case 1:03-cv-00028    Document 185    Filed 08/12/2005    Page 1 of 2

The stipulation with respect to Plaintiff Jeff Gumataotao, filed on August 11, 2005, is Hereby Approved and So Ordered.

   Dated: August 12, 2005.

                                           _____
                                           HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
                                           MAGISTRATE JUDGE, DISTRICT COURT OF GUAM.

Order re: Stipulation to Dismiss With Prejudice (Jeff Gumataotao)
Civil Case No. 03-00028/Civil Case No. 04-00010
Page 2 of 2

Case 1:03-cv-00028   Document 185   Filed 08/12/2005   Page 2 of 2