ALICIA A. LIMTIACO, ESQ.
DONNA M. CRUZ, ESQ.
**LIMTIACO CRUZ & SISON, PLLC**
Suite 11B, MVP Business Center
777 Route 4
Sinajana, Guam 96910
Telephone: 671-477-0000
Facsimile: 671-477-0001
Email: guamlaw@ite.net

PETER I. OSTROFF, ESQ.
MAX C. FISCHER, ESQ.
**SIDLEY AUSTIN BROWN & WOOD**
555 West Fifth Street, 40th Floor
Los Angeles, California 90013-1010
Telephone: 213-896-6000
Facsimile: 213-896-6600

Attorneys for Defendants LSG Lufthansa Service Guam, Inc.
and LSG Catering Guam, Inc.

FILED
DISTRICT COURT OF GUAM
AUG 12 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ and NONA A. PEREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.,<br><br>Defendants. | Civil Case No. 03-00028<br><br><br>**ORDER RE: STIPULATION TO DISMISS WITH PREJUDICE (NONA A. PEREZ)** |
| FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.,<br><br>Defendants. | Civil Case No. 04-00010 |

Order re: Stipulation to Dismiss With Prejudice (Nona Perez)
Civil Case No. 03-00028/Civil Case No. 04-00010
Page 1 of 2

Case 1:03-cv-00028    Document 187    Filed 08/12/2005    Page 1 of 2

The stipulation with respect to Plaintiff Nona A. Perez, filed on August 11, 2005, is Hereby Approved and So Ordered.

Dated: August 12, 2005.

_____
HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
MAGISTRATE JUDGE, DISTRICT COURT OF GUAM.

Order re: Stipulation to Dismiss With Prejudice (Nona Perez)
Civil Case No. 03-00028/Civil Case No. 04-00010
Page 2 of 2

Case 1:03-cv-00028   Document 187   Filed 08/12/2005   Page 2 of 2