**ALICIA A. LIMTIACO, ESQ.**
**DONNA M. CRUZ, ESQ.**
**LIMTIACO CRUZ & SISON, PLLC**
Suite 11B, MVP Business Center
777 Route 4
Sinajana, Guam 96910
Telephone: 671-477-0000
Facsimile:  671-477-0001
Email:   guamlaw@ite.net

**PETER I. OSTROFF, ESQ.**
**MAX C. FISCHER, ESQ.**
**SIDLEY AUSTIN BROWN & WOOD**
555 West Fifth Street, 40th Floor
Los Angeles, California 90013-1010
Telephone:  213-896-6000
Facsimile:   213-896-6600

Attorneys for Defendants LSG Lufthansa Service Guam, Inc.
and LSG Catering Guam, Inc.



FILED
DISTRICT COURT OF GUAM

AUG 12 2005

MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. "GINO" PEREZ and NONA A. PEREZ, | Civil Case No. 03-00028 |
| Plaintiffs, | |
| vs. | **ORDER RE: STIPULATION TO DISMISS WITH PREJUDICE (MICHELLE RAMOS)** |
| LSG LUFTHANSA SERVICE GUAM, INC., et al., | |
| Defendants. | |
| FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ, | Civil Case No. 04-00010 |
| Plaintiffs, | |
| vs. | |
| LSG LUFTHANSA SERVICE GUAM, INC., et al., | |
| Defendants. | |

Order re: Stipulation to Dismiss With Prejudice (Michelle Ramos)
Civil Case No. 03-00028/Civil Case No. 04-00010

1    The stipulation with respect to Plaintiff Michelle d. Ramos, filed on August 11, 2005, is Hereby

2  Approved and So Ordered.

3      Dated: _____August 12, 2005_____ .

4

5

6                      _____
                        HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
7                       MAGISTRATE JUDGE, DISTRICT COURT OF GUAM.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Order re: Stipulation to Dismiss With Prejudice (Michelle Ramos)
Civil Case No. 03-00028/Civil Case No. 04-00010
Case 1:03-cv-00028    Document 189    Filed 08/12/2005    Page 2 of 2