DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CIVIL MINUTES - GENERAL



FILED
DISTRICT COURT OF GUAM

AUG 12 2005

MARY L.M. MORAN
CLERK OF COURT

CASE NO. CV-03-00028
Related Case No. CV-04-00010    DATE: 08/12/2005    TIME: 10:38 a.m.

CAPTION:  MICHELLE D. RAMOS, et al  -vs-  LUFTHANSA SERVICE HOLDING AG, et al

***

HONORABLE JOAQUIN V.E. MANIBUSAN, JR., MAGISTRATE JUDGE    Law Clerk: Jennifer Moton

Courtroom Reporter: Wanda Miles    Courtroom Deputy: Virginia T. Kilgore

Hearing Electronically Recorded: 10:38:47 - 10:47:03    CSO: J. McDonald

*** APPEARANCES ***

COUNSEL FOR PLAINTIFF(s):    COUNSEL FOR DEFENDANT(s):

WILLIAM GAVRAS    ALICIA LIMTIACO & DONNA CRUZ, LSG Lufthansa Service Guam, Inc. & LSG Catering Guam

***

PROCEEDINGS:    FURTHER PROCEEDINGS

(  ) MOTION (S) ARGUED BY    (  ) PLAINTIFF    (  ) DEFENDANT

(  ) MOTION(s) ___Granted ___Denied ___Settled ___Withdrawn ___Under Advisement

(  ) ORDER SUBMITTED ___Approved ___Disapproved

(  ) ORDER to be Prepared By: _____

(  ) PROCEEDINGS CONTINUED TO: _____ at _____

Mr. Gavras wanted to inform the Court that his client, Mr. James Cruz, refused to execute the release agreement, however, he did have the opportunity to discuss the terms and conditions with his client. He further stated that Mr. Cruz gave him verbal authorization on numerous occasions to sign the stipulation for dismissal in this matter consistent with the release. Ms. Limtiaco concurred. Based on the representations made by the parties, the Court found that Mr. Gavras was within his authority based on the verbal permission given to him by his client and that the settlement agreement between the parties govern the obligations that exist between the parties in terms of the dismissal.

COURTROOM DEPUTY:_____