**LIMTIACO CRUZ & SISON, PLLC**
**Suite 10B, MVP Business Center**
**777 Route 4**
**Sinajana, Guam 96910**
**Telephone:  671-477-0000**
**Facsimile:  671-477-0001**
**Email:  guamlaw@ite.net**

Attorney for Defendants

**FILED**
DISTRICT COURT OF GUAM

JAN - 4 2007

**MARY L.M. MORAN**
**CLERK OF COURT**

## IN THE UNITED STATES DISTRICT COURT OF GUAM

| | |
|---|---|
| MICHELLE D. RAMOS, RICARDO G. , "GINO" PEREZ and NONA A. PEREZ,<br><br>Plaintiffs,<br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.,<br><br>Defendants. | Civil Case No. 03-00028<br><br><br><br><br>Civil Case No. 04-00010 |
| FELIPE DATUIN, JEFF GUMATAOTAO and JAMES CRUZ,<br><br>Plaintiffs,<br>vs.<br><br>LSG LUFTHANSA SERVICE GUAM, INC., et al.,<br><br>Defendants. | **CERTIFICATE RE:**<br>**WITHDRAWAL OF COUNSEL** |

I, Alicia A. Limtiaco, Esq. will no longer be a member of the Law Offices of LIMTIACO CRUZ & SISON, a Professional Limited Liability Corporation due to my election as Attorney General of Guam.

Dated this 29th of December, 2006.

LIMTIACO CRUZ & SISON, PLLC

By: _Alicia A. Limtiaco_
Alicia A. Limtiaco, Esq.

ORIGINAL